**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

FILED
U.S. DISTRICT COURT
2018 MAY 23  A 8: 49
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PAUL KENNETH CROMAR, and<br>BARBARA ANN CROMAR, et al.<br>Defendants. | CASE NO.: 2:17-cv-01223-RJS<br><br>DEFENDANTS'<br>MOTION FOR HEARING |

## Motion For Hearing

1. Comes now, Paul Kenneth: Cromar and Barbara Ann: Cromar, *pro se, en pauperis,* Defendants, and hereby files with the district court this *Motion For Hearing* in the above captioned action.

2. For all of the legal causes detailed in the Defendants' ***Objection and Motion to Strike Improper Pleadings for Lack of a Demonstrated subject-matter jurisdiction of the court that is properly and fully shown on the record of the action***, the Defendants respectfully *MOVE* this honorable court at this time to schedule the required preliminary hearing that is required to be held in this matter to identify and establish the fully granted alleged *subject-matter jurisdiction* of the Plaintiff in this court that exists and can be taken by the court over the civil action.

3. Defendants pray this honorable court will schedule the required preliminary *due process* hearing in the district court, that is necessary in order to determine whether or not a true, **fully granted,** *subject-matter jurisdiction* of the court exists, that can be taken over the requested enforcement of the claims made in the original *Complaint* filed in the action by the plaintiff United States, **(or not)**.

Hearing Date and Time: _____

    Respectfully submitted,

by: *[signature]*
Paul Kenneth: Cromar
9870 N. Meadow Drive
Cedar Hills, UT 84062 usA

And

*[signature]*
Barbara Ann: Cromar
9870 N. Meadow Drive
Cedar Hills, UT 84062 usA

May 23, 2018

## CERTIFICATE OF SERVICE

We, Paul Kenneth: Cromar and Barbara Ann: Cromar, certify that a true copy of the attached *Objection & Motion to Strike for lack of Subject-matter Jurisdiction*, and *Defendants' Motion for Hearing* has been served via Certified Mail (or as otherwise noted) to the following:

Ryan S. Watson, Trial Attorney
US Department of Justice, Tax Division
P.O. Box 683
Washington, D.C.  20044                    Certified Mail # 7018 0680 0001 1802 0042

KENYON D. DOVE & THOMAS W. FARRELL
SMITH KNOWLES, PC
2225 Washington Blvd, Suite 200
Ogden, UT 84401                    via email    kdove@smithknowles.com
                                                tfarrell@smithknowles.com

STEVEN W. LEWIS
Utah Attorney General's Office
160 East 200 South, 5th Floor
Salt Lake City, UT 84114           via email    swlewis@agutah.gov

JEFFREY R. BUHMAN (7401)
Utah County Attorney
M. CORT GRIFFIN (4583)
Deputy Utah County Attorney
100 E. Center, Suite 2400
Provo, UT  84606                   via email    cortg@utahcounty.gov

PAUL JARVIS
UCCU
188 West 5200 North
Provo, UT  84604                   via email    paulj@uccu.com


by: *Paul Kenneth: Cromar*    And    *Barbara-Ann: Cromar*
Paul Kenneth: Cromar                  Barbara Ann: Cromar
9870 N. Meadow Drive                  9870 N. Meadow Drive
Cedar Hills, UT 84062  usA            Cedar Hills, UT 84062  usA

May 23, 2018