RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202.514.5173
Ryan.Watson@usdoj.gov

*Of Counsel*:
JOHN W. HUBER
United States Attorney
District of Utah
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL KENNETH CROMAR,<br>BARBARA ANN CROMAR,<br>UTAH HOUSING FINANCE AGENCY,<br>UNIVERSAL CAMPUS FEDERAL CREDIT UNION,<br>STATE OF UTAH, TAX COMMISSION,<br>AND UTAH COUNTY, UTAH<br><br>    Defendants. | Case No. 2:17-cv-01223-RJS<br><br>**UNITED STATES' RESPONSE TO DEFENDANTS' MOTIONS (ECF NOS. 48 AND 49)** |

The United States of America, through undersigned counsel, submits this Response to Defendants' "Objection and Motion to Strike Improper Pleadings for Lack of a Demonstrated subject-matter jurisdiction of the court that is properly and fully shown on the record of the action" (ECF No. 48) and "Motion for Hearing" (ECF No. 49).

On April 27, 2018, the Court entered an Order (ECF No. 27) denying the Defendants' motions challenging the Court's subject matter jurisdiction (ECF Nos. 11 and 12). On May 15, 2018, the Court denied (ECF No. 46) the Defendants' second motion challenging the Court's subject matter jurisdiction (ECF No. 39). The Court's May 15, 2018 Order warned the Defendants that "the filing of improper and frivolous motions may result in the imposition of sanctions." (ECF No. 46 p. 2.)

In defiance of the Court's previous Orders, the Defendants filed yet another motion challenging the Court's subject matter jurisdiction (ECF No. 48) and a motion requesting a hearing (ECF No. 49) on May 23, 2018. These motions raise the same frivolous arguments that were dismissed by the Court on two prior occasions. For the same reasons set forth in the Court's April 27, 2018 and May 15, 2018 Orders, the Defendants' motions should be denied.

\\

\\

\\

\\

\\

- 3 -

Dated: May 24, 2018    Respectfully Submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice

*Of Counsel*:
JOHN W. HUBER
United States Attorney

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 24, 2018, I served the foregoing as follows:

<u>Via CM/ECF</u>:

M. Cort Griffin
cortg@utahcounty.gov
*Attorney for Utah County*

<u>Via U.S. Mail</u>:

Paul Kenneth Cromar
9870 N. Meadows Drive
Cedar Hills, UT 84062

Barbara Ann Cromar
9870 N. Meadows Drive
Cedar Hills, UT 84062

                                      */s/ Ryan S. Watson*
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice