RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202.514.5173
Ryan.Watson@usdoj.gov

*Of Counsel*:
JOHN W. HUBER
United States Attorney
District of Utah
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL KENNETH CROMAR,<br>BARBARA ANN CROMAR,<br>UTAH HOUSING FINANCE AGENCY,<br>UNIVERSAL CAMPUS FEDERAL CREDIT UNION,<br>STATE OF UTAH, TAX COMMISSION,<br>AND UTAH COUNTY, UTAH<br><br>    Defendants. | Case No. 2:17-cv-01223-RJS<br><br>**DECLARATION OF RYAN S. WATSON IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** |

I, Ryan S. Watson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am employed as an attorney with the United States Department of Justice, Tax Division, in Washington, DC. I am assigned responsibility for representing the interests of the United States in the above-captioned matter. I am in possession of the Department of Justice files concerning this case, and I submit this Declaration in support of the United States' Motion for Entry of Default against Defendants Paul and Barbara Cromar.

2.      Defendant Paul Kenneth Cromar is not an infant or, to the best of my knowledge, an incompetent person. Additionally, based upon my inquiry with the U.S. Department of Defense's website[1] regarding military personnel who may be subject to the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501, the Department of Defense does not have any information indicating that Defendant Paul Cromar is currently on active duty with the U.S. Armed Forces. Attached as Exhibit A to this Declaration is a true and correct copy of a status report for Paul Cromar.

3.      Defendant Barbara Ann Cromar is not an infant or, to the best of my knowledge, an incompetent person. Additionally, based upon my inquiry with the U.S. Department of Defense's website regarding military personnel who may be subject to the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501, the Department of Defense does not have any information indicating that Defendant Barbara Cromar is currently on active duty with the U.S. Armed Forces. Attached

---

[1] https://scra.dmdc.osd.mil/scra/#/single-record

- 3 -

as Exhibit B to this Declaration is a true and correct copy of a status report for Barbara Cromar.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2018 */s/ Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice