# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

FILED
U.S. DISTRICT COURT

2018 SEP -7 ⊃ 2: 04

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

**Judge: Robert J. Shelby**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | CASE NO.:<br>2:17-cv-01223-RJS |
| v. | |
| PAUL KENNETH CROMAR, and<br>BARBARA ANN CROMAR, et al.<br>Defendants. | DEFENDANTS'<br>NOTICE OF INTERLOCUTORY<br>APPEAL |

## DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Paul Kenneth: Cromar and Barbara Ann: Cromar, *pro se*, *en pauperis,* Defendants/Appellants in the above captioned action in the district court, hereby files this interlocutory appeal to the U.S. 10th Circuit Court of Appeals, of the Orders of the district court issued on July 12th, 2018 and August 28th, 2018, because the district court's Orders fail to identify as required by *due process* at law, the **specific** *constitutional foundations* for the alleged *subject-matter jurisdiction* of the district court over the entire civil action; - and the alleged *personal* jurisdiction of the court over the defendant's *person*.

In its appealed Order, the district court vaguely asserts a *jurisdiction* of the court over the action under statutes alone, but refuses to specifically disclose

1

for the defendants, or even identify on the record of the action, the **specific constitutional foundations** for that alleged *jurisdiction*.

This is therefore an interlocutory appeal of a *defective* and *erroneous* Order of the district court (issued by Judge Robert J. Shelby) that fails to properly establish or specifically identify on the record of the action in the court, either the **specific** constitutional elements of the *subject-matter jurisdiction* of the court over the civil action, or the *personal jurisdiction* of the court over the defendants and the attempt to steal their home, liberty and property.

*Jurisdiction* of the district court, over both the entire civil action and the defendant's *person*, is ***lacking*** under Article I, Section 8, clauses 1 and 18 of the U.S. Constitution.

Respectfully submitted this 7th day of September 2018.

by: *Paul Kenneth C*
Paul Kenneth: Cromar
9870 N. Meadows Dr.
Cedar Hills, UT   84062


And


*Barbara Ann: Cromar*
Barbara Ann: Cromar
9870 N. Meadow Drive
Cedar Hills, UT 84062  usA


September 7, 2018

2

## CERTIFICATE OF SERVICE

I, Paul Kenneth: Cromar and Barbara Ann: Cromar, certify that a true copy of the attached
*Notice of Interlocutory Appeal* and ~~Motion to Certify the Question on Appeal~~ has been served
via Certified Mail, or as otherwise noted via mail or email to the following:

S. Watson, Trial Attorney
US Department of Justice, Tax Division
P.O. Box 683
Washington, D.C.  20044                    Certified Mail  #7018 0680 0001 1811 1900

KENYON D. DOVE & THOMAS W. FARRELL
SMITH KNOWLES, PC
2225 Washington Blvd, Suite 200
Ogden, UT 84401                    via email    kdove@smithknowles.com
                                                tfarrell@smithknowles.com

STEVEN W. LEWIS
Utah Attorney General's Office
160 East 200 South, 5th Floor
Salt Lake City, UT 84114                via email    swlewis@agutah.gov

JEFFREY R. BUHMAN (7401)
Utah County Attorney
M. CORT GRIFFIN (4583)
Deputy Utah County Attorney
100 E. Center, Suite 2400
Provo, UT  84606                    via email    cortg@utahcounty.gov

PAUL JARVIS
UCCU
188 West 5200 North
Provo, UT  84604                    via email    paulj@uccu.com

by: Paul Kenneth: Cromar    And    Barbara Ann: Cromar
Paul Kenneth: Cromar              Barbara Ann: Cromar
9870 N. Meadow Drive              9870 N. Meadow Drive
Cedar Hills, UT 84062  usA        Cedar Hills, UT 84062  usA

September 7, 2018