# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  　　　September 11, 2018　　　Chris Wolpert
Clerk of Court　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Mr. Paul Kenneth Cromar
Mrs. Barbara Ann Cromar
9870 N. Meadow Dr.
Cedar Hills, UT 84062

**RE:**     **18-4128, United States v. Cromar, et al**
         Dist/Ag docket: 2:17-CV-01223-RJS-EJF

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Attorneys must complete and file an entry of appearance form within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file the form within thirty days of the date of this letter. An attorney who fails to enter an appearance within that time frame will be removed from the service list for this case, and there may be other ramifications under the rules. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

Please note that a separate fee is due for initiating an appeal to the circuit court. You are required to pay the $505.00 fee ($5.00 filing fee and $500.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees with the district court within 30 days of the date of this letter, or this appeal may be dismissed without further notice. *See* Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

The court will forward all forms, letters and orders to you via US Mail. If you wish to change the method of service from US Mail to email, you must make that request in writing and provide this office a valid email address. Requests to change the method of service must come via regular US Mail and may not be emailed. Please note that by providing the court with a valid email address you consent to receive all orders/letters issued by the court via "notices of docket activity" (NDAs). Paper copies will not be mailed to you. When you receive an email "NDA" a link to the order/letter that has been issued will appear in the notice; you are entitled to one free "look" at the document and

should download it at that time. The document will appear as a PDF so you must have the ability to view PDFs. Finally, if your email address changes you must notify the court immediately. It is your responsibility to maintain your email address.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

                                              Sincerely,

                                              Elisabeth A. Shumaker
                                              Clerk of the Court

cc:      Ryan S. Watson

EAS/mlb