**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**September 13, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

PAUL KENNETH CROMAR, et al.,

    Defendants - Appellants,

and

UNIVERSAL CAMPUS FEDERAL CREDIT UNION, et al.,

    Defendants.

No. 18-4128
(D.C. No. 2:17-CV-01223-RJS-EJF)
(D. Utah)

---

## ORDER

---

This matter comes on for consideration following the court's review of the preliminary record and the district court docket report upon the opening of this appeal. The court is considering summary dismissal for lack of appellate jurisdiction. Accordingly, briefing on the merits is stayed pending further order of the court. *See* 10th Cir. R. 27.3(C). Preliminary documents must still be timely filed.

Within 21 days of the date of this order, the appellants shall file a memorandum brief addressing the issue of whether this court has appellate jurisdiction where it appears that no final judgment has been entered. *See* 28 U.S.C. § 1291.

The appellee shall file a memorandum brief in response within 14 days of the date of service of the appellants' memorandum brief.

The memoranda shall address the appellate jurisdictional issue only.

Failure of the appellants to file a timely response to this order may result in dismissal of this appeal without further notice. *See* 10th Cir. R. 42.1.

>Entered for the Court
>ELISABETH A. SHUMAKER, Clerk
>
>by: Ellen Rich Reiter
>    Jurisdictional Attorney