RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202.514.5173
Ryan.Watson@usdoj.gov

*Of Counsel*:
JOHN W. HUBER
United States Attorney
District of Utah
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL KENNETH CROMAR,<br>BARBARA ANN CROMAR,<br>UTAH HOUSING FINANCE AGENCY,<br>UNIVERSAL CAMPUS FEDERAL CREDIT UNION,<br>STATE OF UTAH, TAX COMMISSION,<br>AND UTAH COUNTY, UTAH<br><br>    Defendants. | Case No. 2:17-cv-01223-RJS<br><br>**DECLARATION OF RYAN S. WATSON IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

I, Ryan S. Watson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am employed as an attorney with the United States Department of Justice, Tax Division, in Washington, DC. I am assigned responsibility for representing the interests of the United States in the above-captioned matter. I am in possession of the Department of Justice files concerning this case, and I submit this Declaration in support of the United States' Motion for Entry of Default Judgment against Defendants Paul Cromar, Barbara Cromar, and Universal Campus Federal Credit Union.

2. On June 19, 2018, I submitted a Declaration (ECF No. 56-1) in support of the United States' Motion for Entry of Default against Defendants Paul and Barbara Cromar.

3. In that Declaration, I stated that, to the best of my knowledge, Paul and Barbara Cromar are neither infants nor incompetent persons, and that I searched the U.S. Department of Defense's website to determine whether Paul or Barbara Cromar were on active duty with the U.S. Armed Forces.

4. My search indicated that the Department of Defense does not have any information indicating that these Defendants are on active duty or subject to the Servicemembers Civil Relief Act.

5. On February 7, 2019, I performed the same inquiry, and my search indicated that the Department of Defense does not have any information indicating that these Defendants are on active duty or subject to the Servicemembers Civil Relief Act.

\\

\\

- 3 -

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  <u>February 8, 2019</u>          <u>*/s/ Ryan S. Watson*          </u>
                                         RYAN S. WATSON
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice