

# Internal Revenue Service
United States Department of the Treasury

**Exhibit A**

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

```
                                        Request Date:       11-21-2017
                                        Response Date:      11-21-2017
                                        Tracking Number:    100359858799

FORM NUMBER:        1040A
TAX PERIOD:         Dec. 31, 1999


TAXPAYER IDENTIFICATION NUMBER:         ▇▇▇-▇▇-9932
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  ▇▇▇-▇▇-6874

PAUL K CROMAR
9870 N MEADOW DR
CEDAR HILLS, UT 84062-9430-707



             --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              174,176.07
ACCRUED INTEREST:                               7,920.47    AS OF: Dec. 04, 2017
ACCRUED PENALTY:                                    0.00    AS OF: Dec. 04, 2017


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                182,096.54


             ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                            01
FILING STATUS:                       Married Filing Separate
ADJUSTED GROSS INCOME:                        140,580.00
TAXABLE INCOME:                               136,265.00
TAX PER RETURN:                                     0.00
SE TAXABLE INCOME TAXPAYER:                    72,600.00
SE TAXABLE INCOME SPOUSE:                           0.00
TOTAL SELF EMPLOYMENT TAX:                     12,941.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Nov. 15, 2005
PROCESSING DATE                                                 Dec. 05, 2005
```

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 150 | Substitute tax return prepared by IRS | | 12-05-2005 | $0.00 |
| n/a | 29210-888-00000-5 | | | |
| 570 | Additional account action pending | | 12-05-2005 | $0.00 |
| 420 | Examination of tax return | | 11-23-2005 | $0.00 |
| 170 | Penalty for not pre-paying tax<br>00-00-0000 | 20074608 | 11-26-2007 | $2,598.00 |
| 160 | Penalty for filing tax return after the due date<br>00-00-0000 | 20074608 | 11-26-2007 | $12,077.00 |
| 300 | Additional tax assessed by examination<br>00-00-0000 | 20074608 | 11-26-2007 | $53,674.00 |
| n/a | 49247-710-00603-7 | | | |
| 421 | Closed examination of tax return | | 11-26-2007 | $0.00 |
| 336 | Interest charged for late payment | 20074608 | 11-26-2007 | $42,785.93 |
| 276 | Penalty for late payment of tax | 20074608 | 11-26-2007 | $13,418.50 |
| 971 | Notice issued<br>CP 071C | | 05-12-2008 | $0.00 |
| 971 | Notice issued<br>CP 071C | | 05-18-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-31-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-04-2009 | $0.00 |
| 360 | Fees and other expenses for collection | | 09-28-2009 | $20.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 09-10-2009 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-18-2010 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-17-2011 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-15-2012 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-21-2013 | $0.00 |
| 196 | Interest charged for late payment | 20134005 | 10-21-2013 | $33,672.98 |
| 971 | Notice issued<br>CP 071D | | 10-20-2014 | $0.00 |
| 196 | Interest charged for late payment | 20144005 | 10-20-2014 | $4,805.71 |
| 971 | Notice issued<br>CP 071D | | 10-26-2015 | $0.00 |
| 196 | Interest charged for late payment | 20154005 | 10-26-2015 | $5,048.35 |
| 971 | Notice issued<br>CP 071D | | 10-24-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164005 | 10-24-2016 | $6,075.60 |
| 520 | Bankruptcy or other legal action filed | | 11-01-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-23-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data


**Internal Revenue Service**
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                        Request Date:     11-21-2017
                                        Response Date:    11-21-2017
                                        Tracking Number:  100359858799
```

FORM NUMBER:      1040A
TAX PERIOD:       Dec. 31, 2000

TAXPAYER IDENTIFICATION NUMBER:           9932
SPOUSE TAXPAYER IDENTIFICATION NUMBER:    6874

PAUL K CROMAR
9870 N MEADOW DR
CEDAR HILLS, UT 84062-9430-707

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                207,680.98
ACCRUED INTEREST:                                 9,444.09   AS OF: Dec. 04, 2017
ACCRUED PENALTY:                                      0.00   AS OF: Dec. 04, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                  217,125.07

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                             01
FILING STATUS:                     Married Filing Separate
ADJUSTED GROSS INCOME:                          176,172.00
TAXABLE INCOME:                                 172,497.00
TAX PER RETURN:                                       0.00
SE TAXABLE INCOME TAXPAYER:                      76,200.00
SE TAXABLE INCOME SPOUSE:                             0.00
TOTAL SELF EMPLOYMENT TAX:                       14,359.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Nov. 15, 2005
PROCESSING DATE                                                Dec. 05, 2005

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 150 | Substitute tax return prepared by IRS | | 12-05-2005 | $0.00 |
| n/a | 29210-888-00000-5 | | | |
| 570 | Additional account action pending | | 12-05-2005 | $0.00 |
| 420 | Examination of tax return | | 11-23-2005 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20074608 | 11-26-2007 | $3,686.00 |
| 160 | Penalty for filing tax return after the due date 00-00-0000 | 20074608 | 11-26-2007 | $15,525.00 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20074608 | 11-26-2007 | $69,002.00 |
| n/a | 49247-710-00607-7 | | | |
| 421 | Closed examination of tax return | | 11-26-2007 | $0.00 |
| 336 | Interest charged for late payment | 20074608 | 11-26-2007 | $43,070.88 |
| 276 | Penalty for late payment of tax | 20074608 | 11-26-2007 | $17,250.50 |
| 971 | Notice issued CP 071C | | 05-12-2008 | $0.00 |
| 971 | Notice issued CP 071C | | 05-18-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-31-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-04-2009 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 09-10-2009 | $0.00 |
| 971 | Notice issued CP 071D | | 10-18-2010 | $0.00 |
| 971 | Notice issued CP 071D | | 10-17-2011 | $0.00 |
| 971 | Notice issued CP 071D | | 10-15-2012 | $0.00 |
| 971 | Notice issued CP 071D | | 10-21-2013 | $0.00 |
| 196 | Interest charged for late payment | 20134005 | 10-21-2013 | $40,152.67 |
| 971 | Notice issued CP 071D | | 10-20-2014 | $0.00 |
| 196 | Interest charged for late payment | 20144005 | 10-20-2014 | $5,730.16 |
| 971 | Notice issued CP 071D | | 10-26-2015 | $0.00 |
| 196 | Interest charged for late payment | 20154005 | 10-26-2015 | $6,019.45 |
| 971 | Notice issued CP 071D | | 10-24-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164005 | 10-24-2016 | $7,244.32 |
| 520 | Bankruptcy or other legal action filed | | 11-01-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-23-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data


# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Account Transcript

Request Date: 11-21-2017
Response Date: 11-21-2017
Tracking Number: 100359858799

FORM NUMBER: 1040A
TAX PERIOD: Dec. 31, 2001

TAXPAYER IDENTIFICATION NUMBER: 9932
SPOUSE TAXPAYER IDENTIFICATION NUMBER: 6874

PAUL K CROMAR
9870 N MEADOW DR
CEDAR HILLS, UT 84062-9430-707

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 141,595.95
ACCRUED INTEREST: 6,438.93  AS OF: Dec. 04, 2017
ACCRUED PENALTY: 0.00  AS OF: Dec. 04, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount): 148,034.88

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS: 01
FILING STATUS: Married Filing Separate
ADJUSTED GROSS INCOME: 133,167.00
TAXABLE INCOME: 128,033.00
TAX PER RETURN: 0.00
SE TAXABLE INCOME TAXPAYER: 80,400.00
SE TAXABLE INCOME SPOUSE: 0.00
TOTAL SELF EMPLOYMENT TAX: 13,720.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Nov. 15, 2005
PROCESSING DATE   Dec. 05, 2005

Account Transcript      9932 1040A Dec. 31, 2001 CROM                     Page 2 of 2

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 12-05-2005 | $0.00 |
| n/a | 29210-888-00000-5 | | | |
| 570 | Additional account action pending | | 12-05-2005 | $0.00 |
| 420 | Examination of tax return | | 11-23-2005 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20074608 | 11-26-2007 | $2,008.00 |
| 160 | Penalty for filing tax return after the due date 00-00-0000 | 20074608 | 11-26-2007 | $11,305.00 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20074608 | 11-26-2007 | $50,245.00 |
| n/a | 49247-710-00612-7 | | | |
| 421 | Closed examination of tax return | | 11-26-2007 | $0.00 |
| 336 | Interest charged for late payment | 20074608 | 11-26-2007 | $25,150.81 |
| 276 | Penalty for late payment of tax | 20074608 | 11-26-2007 | $12,561.25 |
| 971 | Notice issued CP 071C | | 05-12-2008 | $0.00 |
| 971 | Notice issued CP 071C | | 05-18-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-31-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-04-2009 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 09-10-2009 | $0.00 |
| 971 | Notice issued CP 071D | | 10-18-2010 | $0.00 |
| 971 | Notice issued CP 071D | | 10-17-2011 | $0.00 |
| 971 | Notice issued CP 071D | | 10-15-2012 | $0.00 |
| 971 | Notice issued CP 071D | | 10-21-2013 | $0.00 |
| 196 | Interest charged for late payment | 20134005 | 10-21-2013 | $27,375.91 |
| 971 | Notice issued CP 071D | | 10-20-2014 | $0.00 |
| 196 | Interest charged for late payment | 20144005 | 10-20-2014 | $3,906.79 |
| 971 | Notice issued CP 071D | | 10-26-2015 | $0.00 |
| 196 | Interest charged for late payment | 20154005 | 10-26-2015 | $4,104.04 |
| 971 | Notice issued CP 071D | | 10-24-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164005 | 10-24-2016 | $4,939.15 |
| 520 | Bankruptcy or other legal action filed | | 11-01-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-23-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

================================================================
This Product Contains Sensitive Taxpayer Data
================================================================

## Account Transcript

```
                                        Request Date:    11-21-2017
                                        Response Date:   11-21-2017
                                        Tracking Number: 100359858799
```

```
FORM NUMBER:        1040A
TAX PERIOD:         Dec. 31, 2002


TAXPAYER IDENTIFICATION NUMBER:            9932
SPOUSE TAXPAYER IDENTIFICATION NUMBER:     6874

PAUL K CROMAR
9870 N MEADOW DR
CEDAR HILLS, UT 84062-9430-707
```

```
           --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                  93,728.17
ACCRUED INTEREST:                                  4,262.20   AS OF: Dec. 04, 2017
ACCRUED PENALTY:                                       0.00   AS OF: Dec. 04, 2017


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                    97,990.37

                  ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                              01
FILING STATUS:                          Married Filing Separate
ADJUSTED GROSS INCOME:                            95,150.00
TAXABLE INCOME:                                   88,225.00
TAX PER RETURN:                                        0.00
SE TAXABLE INCOME TAXPAYER:                       84,900.00
SE TAXABLE INCOME SPOUSE:                              0.00
TOTAL SELF EMPLOYMENT TAX:                        13,253.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Sep. 29, 2004
PROCESSING DATE                                                Oct. 18, 2004
```

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 10-18-2004 | $0.00 |
| n/a | 29210-888-00000-4 | | | |
| 570 | Additional account action pending | | 10-18-2004 | $0.00 |
| 420 | Examination of tax return | | 10-07-2004 | $0.00 |
| 170 | Penalty for not pre-paying tax<br>00-00-0000 | 20074608 | 11-26-2007 | $1,171.00 |
| 160 | Penalty for filing tax return after the due date<br>00-00-0000 | 20074608 | 11-26-2007 | $7,884.00 |
| 300 | Additional tax assessed by examination<br>00-00-0000 | 20074608 | 11-26-2007 | $35,038.00 |
| n/a | 49247-710-00618-7 | | | |
| 421 | Closed examination of tax return | | 11-26-2007 | $0.00 |
| 336 | Interest charged for late payment | 20074608 | 11-26-2007 | $14,182.32 |
| 276 | Penalty for late payment of tax | 20074608 | 11-26-2007 | $8,759.50 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-31-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-04-2009 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 09-10-2009 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-18-2010 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-17-2011 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-15-2012 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-21-2013 | $0.00 |
| 196 | Interest charged for late payment | 20134005 | 10-21-2013 | $18,121.23 |
| 971 | Notice issued<br>CP 071D | | 10-20-2014 | $0.00 |
| 196 | Interest charged for late payment | 20144005 | 10-20-2014 | $2,586.07 |
| 971 | Notice issued<br>CP 071D | | 10-26-2015 | $0.00 |
| 196 | Interest charged for late payment | 20154005 | 10-26-2015 | $2,716.63 |
| 971 | Notice issued<br>CP 071D | | 10-24-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164005 | 10-24-2016 | $3,269.42 |
| 520 | Bankruptcy or other legal action filed | | 11-01-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-23-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

```
                                    Request Date:      11-21-2017
                                    Response Date:     11-21-2017
                                    Tracking Number:   100359858799

FORM NUMBER:        1040A
TAX PERIOD:         Dec. 31, 2003


TAXPAYER IDENTIFICATION NUMBER:              9932
SPOUSE TAXPAYER IDENTIFICATION NUMBER:       6874

PAUL K CROMAR
9870 N MEADOW DR
CEDAR HILLS, UT 84062-9430-707



            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                  90,389.40
ACCRUED INTEREST:                                  4,110.37   AS OF: Dec. 04, 2017
ACCRUED PENALTY:                                       0.00   AS OF: Dec. 04, 2017


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                    94,499.77

                ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                              01
FILING STATUS:                       Married Filing Separate
ADJUSTED GROSS INCOME:                           101,453.00
TAXABLE INCOME:                                   93,653.00
TAX PER RETURN:                                        0.00
SE TAXABLE INCOME TAXPAYER:                       87,000.00
SE TAXABLE INCOME SPOUSE:                              0.00
TOTAL SELF EMPLOYMENT TAX:                        13,688.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)        Sep. 29, 2004
PROCESSING DATE                                                     Oct. 18, 2004
```

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 10-18-2004 | $0.00 |
| n/a | 29210-888-00000-4 | | | |
| 570 | Additional account action pending | | 10-18-2004 | $0.00 |
| 420 | Examination of tax return | | 10-07-2004 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20074608 | 11-26-2007 | $924.44 |
| 160 | Penalty for filing tax return after the due date 00-00-0000 | 20074608 | 11-26-2007 | $7,947.90 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20074608 | 11-26-2007 | $35,324.00 |
| n/a | 49247-710-00621-7 | | | |
| 421 | Closed examination of tax return | | 11-26-2007 | $0.00 |
| 336 | Interest charged for late payment | 20074608 | 11-26-2007 | $11,759.87 |
| 276 | Penalty for late payment of tax | 20074608 | 11-26-2007 | $7,771.28 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-31-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-04-2009 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 09-10-2009 | $0.00 |
| 971 | Notice issued CP 071D | | 10-18-2010 | $0.00 |
| 276 | Penalty for late payment of tax | 20104008 | 10-18-2010 | $1,059.72 |
| 971 | Notice issued CP 071D | | 10-17-2011 | $0.00 |
| 971 | Notice issued CP 071D | | 10-15-2012 | $0.00 |
| 971 | Notice issued CP 071D | | 10-21-2013 | $0.00 |
| 196 | Interest charged for late payment | 20134005 | 10-21-2013 | $17,335.43 |
| 971 | Notice issued CP 071D | | 10-20-2014 | $0.00 |
| 196 | Interest charged for late payment | 20144005 | 10-20-2014 | $2,493.94 |
| 971 | Notice issued CP 071D | | 10-26-2015 | $0.00 |
| 196 | Interest charged for late payment | 20154005 | 10-26-2015 | $2,619.86 |
| 971 | Notice issued CP 071D | | 10-24-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164005 | 10-24-2016 | $3,152.96 |
| 520 | Bankruptcy or other legal action filed | | 11-01-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-23-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

```
                                    Request Date:      11-21-2017
                                    Response Date:     11-21-2017
                                    Tracking Number:   100359858799
```

FORM NUMBER:      1040A
TAX PERIOD:       Dec. 31, 2004

TAXPAYER IDENTIFICATION NUMBER:       ███ 9932
SPOUSE TAXPAYER IDENTIFICATION NUMBER: ███ 6874

PAUL K CROMAR
9870 N MEADOW DR
CEDAR HILLS, UT 84062-9430-707

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                           173,528.57
ACCRUED INTEREST:                            7,891.03   AS OF: Dec. 04, 2017
ACCRUED PENALTY:                                 0.00   AS OF: Dec. 04, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):             181,419.60

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                        01
FILING STATUS:                   Married Filing Separate
ADJUSTED GROSS INCOME:                     196,617.00
TAXABLE INCOME:                            191,767.00
TAX PER RETURN:                                  0.00
SE TAXABLE INCOME TAXPAYER:                 87,900.00
SE TAXABLE INCOME SPOUSE:                        0.00
TOTAL SELF EMPLOYMENT TAX:                  16,385.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Nov. 15, 2005
PROCESSING DATE                                                 Dec. 05, 2005

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails            11/21/2017

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 12-05-2005 | $0.00 |
| n/a | 29210-888-00000-5 | | | |
| 570 | Additional account action pending | | 12-05-2005 | $0.00 |
| 420 | Examination of tax return | | 11-23-2005 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20074608 | 11-26-2007 | $2,056.00 |
| 160 | Penalty for filing tax return after the due date 00-00-0000 | 20074608 | 11-26-2007 | $15,936.00 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20074608 | 11-26-2007 | $70,825.00 |
| n/a | 49247-710-00625-7 | | | |
| 421 | Closed examination of tax return | | 11-26-2007 | $0.00 |
| 336 | Interest charged for late payment | 20074608 | 11-26-2007 | $18,428.94 |
| 276 | Penalty for late payment of tax | 20074608 | 11-26-2007 | $11,332.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-31-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-04-2009 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 09-10-2009 | $0.00 |
| 971 | Notice issued CP 071D | | 10-18-2010 | $0.00 |
| 276 | Penalty for late payment of tax | 20104008 | 10-18-2010 | $6,374.24 |
| 971 | Notice issued CP 071D | | 10-17-2011 | $0.00 |
| 971 | Notice issued CP 071D | | 10-15-2012 | $0.00 |
| 971 | Notice issued CP 071D | | 10-21-2013 | $0.00 |
| 196 | Interest charged for late payment | 20134005 | 10-21-2013 | $32,705.95 |
| 971 | Notice issued CP 071D | | 10-20-2014 | $0.00 |
| 196 | Interest charged for late payment | 20144005 | 10-20-2014 | $4,787.85 |
| 971 | Notice issued CP 071D | | 10-26-2015 | $0.00 |
| 196 | Interest charged for late payment | 20154005 | 10-26-2015 | $5,029.58 |
| 971 | Notice issued CP 071D | | 10-24-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164005 | 10-24-2016 | $6,053.01 |
| 520 | Bankruptcy or other legal action filed | | 11-01-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-23-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data

11/21/2017 5:17:44 PM -0500 IRS     PAGE 15 OF 16
Case 2:17-cv-01223-RJS  Document 95-3  Filed 02/08/19  Page 14 of 15
Account Transcript    9932 1040A Dec. 31, 2005 CROM     Page 1 of 2



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 11-21-2017
Response Date: 11-21-2017
Tracking Number: 100359858799

FORM NUMBER: 1040A
TAX PERIOD: Dec. 31, 2005

TAXPAYER IDENTIFICATION NUMBER: 9932
SPOUSE TAXPAYER IDENTIFICATION NUMBER: 6874

PAUL K CROMAR
9870 N MEADOW DR
CEDAR HILLS, UT 84062-9430-707

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 127,562.85
ACCRUED INTEREST: 5,800.78  AS OF: Dec. 04, 2017
ACCRUED PENALTY: 0.00  AS OF: Dec. 04, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount): 133,363.63

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS: 01
FILING STATUS: Married Filing Separate
ADJUSTED GROSS INCOME: 154,641.00
TAXABLE INCOME: 148,809.00
TAX PER RETURN: 0.00
SE TAXABLE INCOME TAXPAYER: 90,000.00
SE TAXABLE INCOME SPOUSE: 0.00
TOTAL SELF EMPLOYMENT TAX: 15,509.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Sep. 25, 2006
PROCESSING DATE: Oct. 16, 2006

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 10-16-2006 | $0.00 |
| n/a | 29210-888-00000-6 | | | |
| 570 | Additional account action pending | | 10-16-2006 | $0.00 |
| 420 | Examination of tax return | | 10-05-2006 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20074608 | 11-26-2007 | $2,203.00 |
| 160 | Penalty for filing tax return after the due date 00-00-0000 | 20074608 | 11-26-2007 | $12,355.00 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20074608 | 11-26-2007 | $54,912.00 |
| n/a | 49247-710-00628-7 | | | |
| 421 | Closed examination of tax return | | 11-26-2007 | $0.00 |
| 336 | Interest charged for late payment | 20074608 | 11-26-2007 | $9,125.84 |
| 276 | Penalty for late payment of tax | 20074608 | 11-26-2007 | $5,491.20 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-31-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-04-2009 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 09-10-2009 | $0.00 |
| 971 | Notice issued CP 071D | | 10-18-2010 | $0.00 |
| 276 | Penalty for late payment of tax | 20104008 | 10-18-2010 | $8,236.80 |
| 971 | Notice issued CP 071D | | 10-17-2011 | $0.00 |
| 971 | Notice issued CP 071D | | 10-15-2012 | $0.00 |
| 971 | Notice issued CP 071D | | 10-21-2013 | $0.00 |
| 196 | Interest charged for late payment | 20134005 | 10-21-2013 | $23,572.46 |
| 971 | Notice issued CP 071D | | 10-20-2014 | $0.00 |
| 196 | Interest charged for late payment | 20144005 | 10-20-2014 | $3,519.61 |
| 971 | Notice issued CP 071D | | 10-26-2015 | $0.00 |
| 196 | Interest charged for late payment | 20154005 | 10-26-2015 | $3,697.30 |
| 971 | Notice issued CP 071D | | 10-24-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164005 | 10-24-2016 | $4,449.64 |
| 520 | Bankruptcy or other legal action filed | | 11-01-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-23-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data