Payoff Calculator　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

PAYOFF CALCULATOR

Name:　PAUL K CROMAR　　SSN: 9932



Exhibit
B

Calculation Result Based on INTST

| MFT | Tax Period | Assessed Tax/Penalty | 11/21/2017 (Target Date) | | | 12/21/2017 (Target Date + 30 Days) | | | IDRS Hold Conditions |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total FTP | Total Interest | Balance | Total FTP | Total Interest | Balance | |
| 30 | 199912 | 68,369.00 | 13,418.50 | 100,049.81 | 181,837.31 | 13,418.50 | 100,648.59 | 182,436.09 | |
| 30 | 200012 | 88,213.00 | 17,250.50 | 111,352.47 | 216,815.97 | 17,250.50 | 112,066.43 | 217,529.93 | |
| 30 | 200112 | 63,558.00 | 12,561.25 | 71,704.89 | 147,824.14 | 12,561.25 | 72,191.66 | 148,310.91 | |
| 30 | 200212 | 44,093.00 | 8,759.50 | 44,998.37 | 97,850.87 | 8,759.50 | 45,320.59 | 98,173.09 | |
| 30 | 200312 | 44,196.34 | 8,831.00 | 41,337.90 | 94,365.24 | 8,831.00 | 41,648.64 | 94,675.98 | |
| 30 | 200412 | 88,817.00 | 17,706.24 | 74,638.10 | 181,161.34 | 17,706.24 | 75,234.65 | 181,757.89 | |
| 30 | 200512 | 69,470.00 | 13,728.00 | 49,975.78 | 133,173.78 | 13,728.00 | 50,414.31 | 133,612.31 | |
| Total | | 466,716.34 | 92,254.99 | 494,057.32 | 1,053,028.65 | 92,254.99 | 497,524.87 | 1,056,496.20 | |

Print　Close　Return to Calculator

https://ams.enterprise.irs.gov/ams/fincalc.do　　　　　　　　　　　　　　　　　　　　11/21/2017