FILED
United States Court of Appeals
Tenth Circuit

June 15, 2020

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

PAUL KENNETH CROMAR; BARBARA ANN CROMAR,

    Defendants - Appellants,

and

UTAH HOUSING FINANCE AGENCY; UNIVERSAL CAMPUS FEDERAL CREDIT UNION; STATE OF UTAH TAX COMMISSION; UTAH COUNTY,

    Defendants.

No. 19-4075
(D.C. No. 2:17-CV-01223-RJS)
(D. Utah)

_____

**ORDER**
_____

Before **HOLMES**, **PHILLIPS**, and **CARSON**, Circuit Judges.
_____

    Appellants' motion for leave of court to file an out-of-time petition for rehearing and rehearing en banc is granted.

    Appellants' petition for rehearing is denied.

    The petition for rehearing en banc was transmitted to all of the judges of the court

who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk