# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

June 23, 2020

Jane K. Castro
Chief Deputy Clerk

Mr. D. Mark Jones
United States District Court for the District of Utah
351 South West Temple
Salt Lake City, UT 84101

**RE:**  **19-4075, United States v. Cromar, et al**
Dist/Ag docket: 2:17-CV-01223-RJS

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 26, 2020 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:   Robert Joel Branman
      Barbara Ann Cromar
      Paul Kenneth Cromar
      Michael J. Haungs

CMW/mlb