IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL KENNETH CROMAR, BARBARA ANN CROMAR, UTAH HOUSING FINANCE AGENCY, UNIVERSAL CAMPUS FEDERAL CREDIT UNION, STATE OF UTAH, TAX COMMISSION, AND UTAH COUNTY, UTAH,<br><br>Defendants. | **SEALED**<br><br>**ORDER LIFTING STAY AND DENYING EX PARTE APPLICATION FOR WRIT OF ASSISTANCE**<br><br>Case No. 2:17-cv-01223-RJS<br><br>Chief Judge Robert J. Shelby |

On May 29, 2020, non-party Copper Birch Properties, LLC filed an Ex Parte Application for Writ of Assistance (Application) pursuant to Rule 70 of the Federal Rules of Civil Procedure.[1] Four days later, the United States of America filed a Motion to Stay Action on Requested Writ of Assistance And to Seal Document No. 122.[2] The court granted the Motion to Stay, staying a decision on the Application and sealing related filings.[3] Copper Birch has now filed a Motion for Leave to File Sealed Document[4] and Opposition to Motion to Stay Action on Requested Writ of Assistance.[5] Having considered the Application, and for good cause appearing, the court now LIFTS THE STAY and DENIES the Application because Copper Birch is not a party to this action

---

[1] Dkt. 122 (SEALED).

[2] Dkt. 124-1 (SEALED).

[3] Dkt. 125.

[4] Dkt. 126 (SEALED).

[5] Dkt. 126-1 (SEALED).

and has not moved to intervene.[6]  The court will not entertain a non-party's application and therefore DENIES Copper Birch's Application.[7]

SO ORDERED this 26th day of June 2020.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[6] For the parties' benefit, the court notes that it doubts the applicability of Rule 70 in this context, where Copper Birch was not the party who obtained a judgment or an order against the Cromars.  The court also doubts its jurisdiction over a trespass case that is a step removed from a foreclosure justified by the Cromar's failure to pay federal taxes.  Assuming Copper Birch moves to intervene and is granted intervention, these are issues it will need to address.

[7] Dkt. 122 (SEALED).

United States District Court
for the
District of Utah
June 29, 2020

******MAILING CERTIFICATE OF THE CLERK******

RE:   USA v. Cromar et al
      2:17-cv-01223-RJS

Andrew V. Collins
MITCHELL BARLOW & MANSFIELD PC
9 EXCHANGE PL STE 600
SALT LAKE CITY, UT  84111

Nathan S. Dorius
MITCHELL BARLOW & MANSFIELD PC
9 EXCHANGE PL STE 600
SALT LAKE CITY, UT  84111

John K. Mangum
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT  84111-2176

___/s/ Deborah Aston_____

Deborah Aston