IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAUL KENNETH CROMAR, et al <br><br> Defendants. | **ORDER TO SHOW CAUSE** <br><br> Case No. 2:17-cv-01223-RJS <br><br> Chief Judge Robert J. Shelby |

The court hereby orders Plaintiff United States of America and Copper Birch Properties, LLC, to show cause why their sealed filings and the sealed orders concerning those filings, including docket numbers 124, 125, 126, 129, and 131, should not be unsealed. The parties shall file their response no later than Thursday, August 20, 2020. Failure to respond will result in the unsealing of the identified documents.

SO ORDERED this 17th day of August 2020.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

1