IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  PAUL KENNETH CROMAR, et al  Defendants. | **ORDER OF UNSEALING**  Case No. 2:17-cv-01223-RJS  Chief Judge Robert J. Shelby |

On August 17, 2020, the court ordered Plaintiff United States of America and Copper Birch Properties, LLC, to show cause why their sealed filings and the sealed orders concerning those filings should not be unsealed.[1] Plaintiff filed a response indicating it had no objection to the court unsealing the relevant documents.[2] Copper Birch Properties did not file a response. Accordingly, it is hereby ORDERED that the following documents be UNSEALED: docket numbers 122, 124, 125, 126, 129, and 131.

SO ORDERED this 21st day of August 2020.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 133.

[2] Dkt. 134.

1