Exhibit B

AUGUST 01, 2019

| gal Notices | Legal Notices |
|---|---|

Daily Herald
August 1, 2019
page B6



This is deceitful.
Our property has a
"Lis Pendens"
alerting public that
the property is in
dispute in two
separate court cases.
Doesn't sound like a
smart property to
bid on yet, does it?

**IRS JUDICIAL AUCTION SALE**
Pursuant to an Order of Sale entered in United States vs. Paul Kenneth & Barbara Ann Cromar et al Civil No. 2-17-cv-01223 United States District Court for the District of Utah, the United States will offer to sell at public auction the right, title, and interest of Paul Kenneth & Barbara Ann Cromar, in and to property located in Cedar Hills, Utah County, Utah. The sale will be held by public auction
Date of Sale: September 10th, 2019
Time of Sale: 11:00am with registration beginning at 10:30am
Location. US District Court, 351 S W Temple, Salt Lake City, UT 84101
Property Offered: 9870 N. Meadow Drive, Cedar Hills, Utah
Minimum Bid: $245,000.00
Property may be viewed at: Drive by only.
This is not an advertisement of a sale of seized property. This information notice is only regarding a sale being conducted by the Internal Revenue Service as a result of the foreclosure of an Internal Revenue Service Federal Tax Lien by the Department of Justice.
This property shall be offered for sale at public auction, free and clear of all liens and interests of the parties to this action.
Terms of Payment: Deferred: 10% odue at time of acceptance of highest bid. Remaining balance due NLT October 10th, 2019.
All payments must be by certified check or cashier's check. Make check payable to the United States District Court of Utah.
For more information go to www.irsauctions.gov or contact Gary Chapman (360)536-6602.
. Legal Notice 42662 Published in The Daily Herald on July 18, 25; August 1, 8, 2019.