IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>PAUL KENNETH CROMAR and<br>BARBARA ANN CROMAR,<br><br>      Defendants. | **ORDER GRANTING DEFENDANTS'<br>MOTION FOR LEAVE OF THE COURT<br>TO FILE MOTION FOR DISCOVERY<br>AND DENYING THE MOTION FOR<br>DISCOVERY**<br><br>Case No. 2:17-cv-01223-RJS<br><br>Chief Judge Robert J. Shelby |

Before the court is Defendants Paul Kenneth Cromar and Barbara Ann Cromar's Motion for Leave of the Court to File Motion for Discovery.[1] The court GRANTS Defendants leave to file their Motion for Discovery[2] because it does not constitute an abuse of process. Accordingly, the Clerk of Court should docket the Motion for Discovery.[3]

The court now takes up the Motion for Discovery[4] and DENIES it. The Motion for Discovery is denied because final judgment was entered in favor of Plaintiff United States of America after Defendants refused to answer Plaintiff's Complaint, and this case is closed. Indeed, this case has been closed since March 2019. Further, the results of this case have been affirmed on appeal. Accordingly, there are no claims, defenses, or other issues remaining before this court that would permit Defendants to conduct discovery or that would necessitate further proceedings.

---

[1] Dkt. 145.

[2] Dkt. 145-1.

[3] *Id.*

[4] *Id.*

2

SO ORDERED this 23rd day of October 2020.

                                                   BY THE COURT:

                                                   _____
                                                   ROBERT J. SHELBY
                                                 United State Chief District Judge