**REGISTERED MAIL™**
UNITED STATES POSTAL SERVICE®

RE 117 630 502 US

Label 200, August 2005          PSN 7690-03-000-9311

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

FEB 0 8 2021

D. MARK JONES, CLERK

BY_____
          DEPUTY CLERK



Paul-Kenneth: Cromar.,
- the secured party of the name "PAUL KENNETH CROMAR", and,
Barbara-Ann: Cromar.,
- the secured party of the name "BARBARA ANN CROMAR",
c/o 9870 N. Meadow Drive
Cedar Hills, Utah state: uSA [84062]

---

# IN THE FOURTH JUDICIAL DISTRICT COURT
# UTAH COUNTY, STATE OF UTAH

---

| | | |
|---|---|---|
| STATE OF UTAH, | ) | |
| | ) | SECOND JUDICIAL NOTICE: |
| Plaintiff, | ) | |
| | ) | God, |
| vs. | ) | Family and Country, |
| | ) | Law and Public Notices |
| PAUL KENNETH CROMAR, | ) | as Exhibits in Fact |
| BARBARA ANN CROMAR, | ) | |
| | ) | Case No. 2:17-cv-01223-RJS |
| Defendants. | ) | Robert J. Shelby |

---

## SECOND JUDICIAL NOTICE:

**God, Family and Country, Law and Public Notices as Exhibits in Fact**

© 2021 Paul-Kenneth: Cromar™ – NOTICE– #PKC-22102-06c-BarbieAndKensHouse3

1

*We*, Paul-Kenneth: Cromar and Barbara-Ann: Cromar., secured parties for the names above, as a living man and woman on the land, *sui juris*, by special appearance, *propria persona,* under a flag of peace, hereby provide this **JUDICIAL NOTICE**: **God, Family and Country, Law and Public Notices as Exhibits in Fact**, as allowed by Federal Rules of Procedure Rule 201 and Utah Rules of EVIDENCE Rule 201, is provided herein.


## INTRODUCTION

The objective of the filing of this SECOND JUDICIAL NOTICE is to establish on the record of this court existing facts and/or publicly recorded and available documents relevant to this, and other related cases. Some explanation of purpose is provided here introducing each Exhibit, with additional reference to be built upon with litigation of this and other cases (see JUDICIAL NOTICE – EXHIBIT A – Lis Pendens, bottom of page 2 lists the related cases).

Additionally, *We* filed this SECOND JUDICIAL NOTICE *propria persona.* At times some officers of the court of lower-learning in law, become intellectually challenged by the form of our filings, at the expense of their sworn oath to pursue Justice under the Constitutions. However, the Supreme Court has ruled that Our *Propria Persona* pleadings are to be considered without regard to technicalities:

> "Pleadings in this case are being filed by Plaintiff In Propria Persona, wherein pleadings are to be considered without regard to technicalities. Propria pleadings are not to be held to the same high standards of perfection as practicing lawyers. (See Haines v. Kerner 92 Sct 594).

"The Federal Rules rejects the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits." According to Rule 8(f) FRCP and the State Court rule which holds that **all pleadings shall be construed to do substantial justice**."

This SECOND JUDICIAL NOTICE is comprised of the following EXHIBITS A through M:

## God's word - EXHIBIT A

The Founding Fathers of this nation acknowledged God as the Sovereign in many ways, and significantly so in the Declaration of Independence:

> ***In Congress, July 4, 1776***
>
> ***The unanimous Declaration of the thirteen united States of America,*** *When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the **Laws of Nature** and of **Nature's God** entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.*
>
> *We hold these truths to be self-evident, that all men are created equal, that they are **endowed by their Creator** with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.* (https://www.archives.gov/founding-docs/declaration-transcript - please note the <u>correctly</u> punctuated lower case "u" in the first line reading "thirteen <u>united</u> States of America" provided by the National Archives)

Additionally, PUBLIC LAW 97-280 serves as the introduction to the quotes that comprise Exhibit A, which Law was approved by Congress on October 4, 1982, and highlights the **Bible** (and scripture generally) as the basis of all Law and moral standards, -- and is herein **judicially noticed** as such.

#

© 2021 Paul-Kenneth: Cromar™ – NOTICE– #PKC-22102-06c-BarbieAndKensHouse3

### *"A More Perfect Union"* DVD - EXHIBIT B

As part of EXHIBIT A, a quote from George Washington was included from a feature film authorized by the United States Bi-Centennial Commission (1989) called *"A More Perfect Union"* about the Constitutional Convention. (Note: Producer / Director Paul-Kenneth: Cromar oversaw the re-mastering of this production from worn 35mm prints, when the original film negative was lost.) Hence a DVD copy of this film documenting the establishment of the **Constitution for the united States of America**, which is described as "the most wonderful work ever struck off at a given time by the brain and purpose of man." (William Gladstone), -- is hereby judicially noticed.

### *"MIRACLES: In God We Trust"* DVD - EXHIBIT C

Also as part of EXHIBIT A, numerous quotes from a documentary production *"MIRACLES: In God We Trust"* (2019) were included, addressing *"God's Word Regarding His Gift of Liberty Given To America, His Divinely Inspired Constitution Designed To Protect It, And Satan's Threats To Destroy That Freedom Through Some Evil Judges, Attorneys and Secret Societies Determined to Destroy It"*. Hence a DVD copy of this film is supplied as EXHIBIT C, serving as support of EXHIBIT A – is **hereby judicially noticed**.

### Cromar Family Declaration of Independence - EXHIBIT D

Jurisdiction and status are at the foundation of this instant case. We, Paul-Kenneth: Cromar and Barbara-Ann: Cromar are foreign to the alleged claim of jurisdiction over *Us*. This **Cromar Family Declaration of Independence** was lawfully notarized and filed July 5, 2012 on Utah County Record specifically to DECLARE who we are and who we are not, for such a time as this instant case against us, in part to be able to PROVE this case is being unlawfully forced upon *Us*. We as sovereigns with *Our* un-a-lien-able God-given right are the ONLY authority able to make this factual declaration of who we are and are not, in

© 2021 Paul-Kenneth: Cromar™ – NOTICE– #PKC-22102-06c-BarbieAndKensHouse3

4

relation to the government *WE the People* created to serve *Us*, under God, – and this Cromar Family Declaration of Independence is **hereby judicially noticed.**

(http://bmiwebh5.utahcounty.gov/BmiWeb/?page=Document&Entry_No=55868&YR=20 12 )


### "Deed Pole" as filed with Utah County Recorder - EXHIBIT E

AGAIN, jurisdiction and status are at the foundation of this instant case.  *We*, Paul-Kenneth: Cromar and Barbara-Ann: Cromar are foreign to the alleged claim of jurisdiction over *Us*, as also demonstrated by this November 22, 2013 "Deed Pole Declaration of Name in Affidavit Form" lawfully notarized and re-filed February 4, 2020 on Utah County Record specifically to DECLARE who we are and who we are not, for such a time as this instant case to be able to PROVE this kind of case has been unlawfully forced upon us.  AGAIN, *We* as sovereigns with *Our* un-a-lien-able God-given right are the ONLY authority able to make this factual declaration of who we are and are not, in relation to the government *WE the People* created to serve *Us*, under God,  – and the Deed Pole is hereby **judicially noticed**.

(http://bmiwebh5.utahcounty.gov/BmiWeb/?page=Document&Entry_No=14772&YR=2020 )


### The Constitution for the united States, the Declaration of Independence - EXHIBIT F

As widely acknowledged the foundation of ALL law is born out of these two documents, provided as EXHIBIT F in the form of a pocket-sized copy containing both documents, and are provided inside the packaging of each of the DVDs (see EXHIBITs B and C), – and both are **hereby judicially noticed**.


### Utah County Recorded ALLODIAL Land Patent #392 - EXHIBITs G & H

On April 17, 2019 (EXHIBIT G), and April 22, 2019 (EXHIBIT H), – two LAND PATENT documents related to Our acceptance of a GRANT DEED to a property commonly known as

© 2021 Paul-Kenneth: Cromar™ – NOTICE– #PKC-22102-06c-BarbieAndKensHouse3

9870 N. Meadow Drive at or near Cedar Hills, in the Utah state, were filed with the Utah County Recorder establishing ALLODIAL Title to a part and parcel of Land Patent #392, signed in 1887 by then President Grover Cleveland securing the property to *Our* "heirs and assigns forever". A lawful 60-day public NOTICE alerting the public to this issue was made as required by law, on a Cedar Hills public posting board to the West of the Cedar Hills firehouse on Cedar Hills Drive, as well as to the US DISTRICT COURT via NOTICE OF INFORMATION filed on the court as May 18, 2020 docket #120 in case 2:17-cv-01223-RJS-EJF. This documentation can also be accessed via links to the Utah County Record, and is **hereby judicially noticed:**

> Entry #: 50724-2020  -  Recorded: 4/17/2020
> ***LAND PATENT NOTICE*** (see pages 27-35) **- *Utah state sovereign declarations***
>   http://bmiwebh5.utahcounty.gov/BmiWeb/?page=Document&Entry_No=50724&YR=2020

—————

> Entry #: 52870-2020  -  Recorded: 4/22/2020
>   ***Declaration of Assignees Update of Patent***  (pages 1-11)
>   http://bmiwebh5.utahcounty.gov/BmiWeb/?page=Document&Entry_No=52870&YR=2020

—————

> Entry #: 73442-2020  -  Recorded: 5/29/2020
> ***NOTICE OF INFORMATION as docketed in US District Court***
> (includes Land Patent info (page 73-82) / RESCIND of Fraud & Swindle in Dishonor, etc.)
>   http://bmiwebh5.utahcounty.gov/BmiWeb/?page=Document&Entry_No=73442&YR=2020

—————

## PUBLIC NOTICE  &  DEFAULT AND ACCEPTANCE
### Documentation - EXHIBITs I & J.

October 1, 2020, a PUBLIC NOTICE, DECLARATIONS, MANDATES AND LAWFUL NOTICE (or "PUBLIC NOTICE") was filed on this instant case with the Office of the Clerk. No written response to the document's declarations was made on the record of the court. On November 10, 2020, Mr. Jared Perkins, who sometimes acts as a prosecutor for the Utah

County Attorney office criminal division and officer of the court, also received a USPS Certified Return Receipt #7019 2280 0000 3191 1523.  Later on December 7, 2020, after choosing not to respond, Mr. Jared Perkins received a NOTICE OF DEFAULT, ACCEPTANCE OF AGREEMENT, AND INTENT TO COLLECT (or "DEFAULT AND ACCEPTANCE") via USPS Certified Return Receipt #7020 0090 0000 4449 9347.  (see EXHIBIT I).

The original case from which many appeals and various cases have sprung began in UNITED STATES DISTRICT COURT wherein a Judgment against *Us* without ever being allowed in the courtroom.   We were denied Motions for Hearing, denied counter claim, denied clarification of law under which case was filed, denied opportunity to face and cross-examine under oath our accuser/plaintiff, and most significantly denied our Constitutionally guaranteed, God-given, un-a-lien-able right to a public Trial by Jury.  Mr. Robert J. Shelby, the living man, who sometimes acts as a "Chief Judge", was served via USPS Certified Return Receipt mail #7019 2970 0001 7192 9347 a PUBLIC NOTICE, DECLARATIONS, MANDATES, AND LAWFUL PROTEST on June 15, 2020 – 12.48 pm., which was also filed on the Utah County Record as the first 17 pages of a 324 page recording. (see EXHIBIT J)

---

Entry #: 89469-2020 -  Recorded: 6/26/2020 -  (324 pages of affidavits of fact)
***PUBLIC NOTIC, DECLARATIONS, MANDATES, AND LAWFUL PROTESTS — by Paul-kenneth: Cromar to:***
   http://bmiwebh5.utahcounty.gov/BmiWeb/?page=Document&Entry_No=89469&YR=2020

Mr. Shelby chose to file that personal document on the case above, without response, as docket #130 of June 23, 2020.  On September 22, 2020 at 1:26 p.m., Mr. Robert J. Shelby the living man received a NOTICE OF DEFAULT, ACCEPTANCE OF AGREEMENT, AND INTENT TO COLLECT mailing via USPS Certified Return Receipt # **7019 2280 0000 3187 1643**.  The foregoing PUBLIC NOTICE and DEFAULT, ACCEPT AND COLLECT **affidavits of truth**, -- and are **hereby judicially noticed**.

#

#

© 2021 Paul-Kenneth: Cromar™ – NOTICE– #PKC-22102-06c-BarbieAndKensHouse3

## The Story of a Mother in two parts - **EXHIBIT K**

It is beyond difficult for most honest and honorable people to understand the depths of just how diabolical and devious Satan and his selfish followers have been throughout history. "No one would do that!" Wrong! For example, who can fathom the fact that Satan would steal a child at birth, slap a number on him *(look at your own birth certificate)*, monetize and invest, trade and sell on the value of that child through out it's life. Our birthrights are systematically stolen and the money used to further the Devil's work of war, hate, chaos, despair, and the complete destruction of God's beloved children living on earth. Crazy talk, right? David Lester Straight's ***The Story of a Mother*** **in two parts** helps explain this great and evil wickedness. Sample:

> "[A mother…] Then Walking in the doors of a hospital one day at the end of her beautiful 9 month full term of pregnancy, about to have a major medical procedure commonly known as childbirth delivers her precious and healthy baby. A gift from GOD!

> "…Unknowingly under duress and without full and honest disclosure, she, Signing as an informant (definition of informant is one who gives up someone to another) she gives "title" to her bouncing baby up to the STATE.

> "She takes her bundle of joy home not knowing the long term consequences of her actions. Her baby registered as a "vessel" an "entity" "a transmitting utility" for life is registered, bonded and insured, and placed into a Cestui Que Vie public trust and forever bought and sold as US treasury bonds under LEI's through its CUSIP#'s becomes the "full faith and credit" of the UNITED STATES Inc…"

See EXHIBIT K for the fascinating complete story – in two parts.


## *The United States Isn't a Country – It's a Corporation!* - **EXHIBIT L & M**

Again, it is beyond difficult for most honest and honorable people to understand the depths of just how diabolical and devious Satan and his selfish followers have been throughout history. The country that was established by God, given freedom, secured by a divinely inspired Constitution, and preserved by the blood of patriots throughout the years, has been

© 2021 Paul-Kenneth: Cromar™ – NOTICE– #PKC-22102-06c-BarbieAndKensHouse3

8

systematically changed, drip by drip by drip, into two countries;  the original Constitution for the united States vs.  THE CORPORATION OF THE UNITED STATES who have made most (not all) CITIZEN SLAVES and bled our nation of its people, land and resources, -- all with the purpose to destroy our nation and the Liberty God has given us.

> *If we are stupid enough to surrender our freedom to a bunch of lousy*
> *international bankers, then we deserve to live in bondage.*
> — *Lisa Guliani*

Crazy talk, right?  Lisa Guliani's ***The United States Isn't a Country – It's a Corporation!*** helps explain this great and evil wickedness.  Sample:

> "Don't point to that beloved parchment, the Constitution, as a symbol of your enduring freedom. It is representative of a form of government which seemingly no longer exists in this country today. The Constitution has been thrown out the window, the *Republic* shoved aside and replaced with a *democracy*. The thing is; most people in this country remain unaware that this is so because they simply do not know the truth — what lies beyond the myths. Your so-called government is not going to tell you, either.

> "To even begin to understand what has happened to the Republic, we must look backward in time to the period following the Civil War. We must go back to the year 1871, which was the beginning of the decline of the Republic. When we examine what happened during that time in our history, we begin to piece together this troubling, perplexing puzzle that is "America" — only then should we answer as to whether we are indeed a "free" people or not."

See EXHIBIT L for the fascinating complete story – in two parts. And, a personal and practical example filed on the Utah County Record August 15, 2006 as one man's *AFFIDAVIT OF JURISDICTION STATEMENT BY PAUL K. CROMAR* - EXHIBIT M, as a bonus.


## CONCLUSION

This **SECOND JUDICIAL NOTICE: God, Family and Country, Law and Public Notices as Exhibits in Fact**, is provided on and for the record to establish important existing facts and/or publicly recorded affidavits, and/or available documents relevant to this, and related cases – in defense of the INNOCENCE of Paul-Kenneth: and Barbara-Ann: Cromar

9

© 2021 Paul-Kenneth: Cromar™ – NOTICE– #PKC-22102-06c-BarbieAndKensHouse3

("defendants") and *Our* relief and remedy from criminal fraud and swindle in dishonor. BEWARE officers of the court and attorneys of lower learning, if interested the truth surrounding how you have been used – wittingly or unwittingly – you can understand through reading, pondering and praying. As this instant case continues, the factual, widely available information will be relied upon as we make our case before God, mankind and this court we admonish act **Lawfully** (Constitutionally in behalf of *We the People*) and not "legally" (corporate/commercial deception and theft).

Defendants reserve the right to make any amendments or corrections.

_____

**FOR THE AFFIDAVIT IS OF THE TRUTH:**

FOR THE Secured Parties **ARE** FOR THE AFFIRMATION OF THE DECLARATION OF THE

TRUTH BY THE FIRSTHAND KNOWLEDGE OF THE FACTS:

**Utah** County          )
                                )          Asseveration
**Utah** Republic         )
united States of America  )          L.S. by: Paul-Kenut C
                                              Signed only in correct public capacity
                                              As beneficiary to the Original Jurisdiction.

                                         Asseveration

                                    L.S. by: Barbara-Ann: C
                                              Signed only in correct public capacity
                                              As beneficiary to the Original Jurisdiction

                                    February 6th , 2021

© 2021 Paul-Kenneth: Cromar™ – NOTICE– #PKC-22102-06c-BarbieAndKensHouse3

EXHIBIT - A

## A COMPILATION OF:

God's Word Regarding His Gift of Liberty Given To America,
His Divinely Inspired Constitution Designed To Protect It,
And Satan's Threats To Destroy That Freedom Through Some Evil Judges, Attorneys
and Secret Societies Determined to Destroy It



### CONGRESS DECLARES BIBLE "THE WORD OF GOD"

PUBLIC LAW 97-280— OCT. 4, 1982

Public Law 97-280                                    96 STAT. 1211
97th Congress        Joint Resolution

Authorizing and requesting the President to proclaim 1983 as the "Year of the Bible".

Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people;

Whereas deeply held religious convictions springing from the Holy Scriptures led to the early settlement of our Nation;

Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States;

Whereas many of our great national leaders—among them Presidents Washington, Jackson, Lincoln, and Wilson—paid tribute to the surpassing influence of the Bible in our country's development, as in the words of President Jackson that the Bible is "the rock on which our Republic rests";

Whereas the history of our Nation clearly illustrates the value of voluntarily applying the teachings of the Scriptures in the lives of individuals, families, and societies;

Whereas this Nation now faces great challenges that will test this Nation as it has never been tested before; and

Whereas that renewing our knowledge of and faith in God through Holy Scripture can strengthen us as a nation and a people: Now, therefore, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the President is authorized and requested to designate 1983 as a national "Year of the Bible" in recognition of both the formative influence the Bible has been for our Nation; and our national need to study and apply the teachings of the Holy Scriptures.

Approved October 4, 1982.        *Scriptures for America, P.O. Box 766, LaPorte, Colo. 80535*

1

INTRODUCTION

As noted in the above PUBLIC LAW 97-280 approved by Congress on October 4, 1982, the **Bible** (and scripture generally) is the Basis of all Law and moral standards.  Many examples could be cited, including the fact that in 1820, the United States government purchased 20,000 bibles for distribution. The Cromar family adds this personal note regarding the PUBLIC LAW 97-280, as part of this JUDICIAL NOTICE and statement of fact that these quotes and scriptures exist are publicly accessible:

> This PUBLIC LAW it reads: *"Whereas deeply held religious convictions springing from the **Holy Scriptures** led to the early settlement of our Nation;"*

> We believe that The Book of Mormon – Another Testament of Jesus Christ, the Doctrine and Covenants, and The Pearl of Great Price are also *"Holy Scripture"* that led members of The Church of Jesus Christ of Latter-day Saints (also known as "Mormons") to the *"early settlement of our Nation"*, as they fled the country to the west and that our great-great-great grandfather Brigham Young to establish over 300 cities and settlements along the Rocky Mountains  (including Salt Lake City and Las Vegas), mostly in what is now known as Utah the state.

> In keeping with Public Law 97-280, the following are quotes from what we see as scripture and words of inspiration from God.

---

For we wrestle not against flesh and blood, but against principalities, against powers, against the **rulers of the darkness of this world**, against spiritual **wickedness in high places**.                                                                  (BIBLE - Ephesian 6:12)

**"We recognize no Sovereign but God, and no King but Jesus!"**

> John Adams and John Hancock gave this response to a British major who ordered them and those with them to disperse in the name of George the sovereign King of England on April 18 1775.-- American

For, behold, the **darkness shall cover the earth**, and gross darkness the people: but the Lord shall arise upon thee, and his glory shall be seen upon thee.
                                                                  (BIBLE - Isaiah 60: 2)

2

"…The propitious smiles of heaven, can never be expected on a nation that disregards the **eternal rules of order and right**, which **heaven itself has ordained**."

(George Washington's Inaugural Address of April 30, 1789)

"**America is great because she is good**. If America ceases to be good, America will cease to be great."

— Alexis de Tocqueville

For unto us a child is born, unto us a son is given: and **the government shall be upon his shoulder**: and his name shall be called Wonderful, Counselor, The mighty God, The everlasting Father, The Prince of Peace [Jesus Christ].

(BIBLE - Isaiah 9: 6)

'**America will never be destroyed from the outside.** If we lose our freedoms it will be because we have destroyed ourselves from within.

— Abraham Lincoln

**Oh, what a sinful nation they are**— loaded down with a burden of guilt. They are evil people, corrupt children who have rejected the LORD. They have despised the Holy One of Israel and turned their backs on him.   (*BIBLE New Living Translation*  Isaiah 1:4)

**And Satan sware unto Cain** that he would do according to his commands. And all these things were **done in secret**.

For, from the days of Cain, there was **a secret combination**, and their works were in the dark, and they knew *[carnal knowledge?]* every man his brother.

(The Pearl of Great Price – hereafter "***PofGP***" - Moses 5:30, 51)

And the children of men were numerous upon all the face of the land. And in those days Satan had great dominion among men, and raged in their hearts; and from thenceforth came wars and bloodshed; and a man's hand was against his own brother, in administering death, **because of secret works, seeking for power**.   (*PofGP* - Moses 6:15)

And our spirits must have become like unto him [Satan], and we become devils, angels to a devil, to be shut out from the presence of our God, and **to remain with the father of lies, in misery, like unto himself**; yea, to that being who beguiled our first parents, who transformeth himself nigh unto an angel of light, and stirreth up the children of men unto **secret combinations** of murder and all manner of **secret works of darkness**.

(The Book of Mormon – Another Testament of Jesus Christ
– hereafter "***BoM***" -  2 Nephi 9: 9)

3

And there are also **secret combinations**, even as in times of old, according to **the combinations of the devil, for he is the founder of all these things**; yea, the founder of murder, and works of darkness; yea, and he leadeth them by the neck with a flaxen cord, until he bindeth them with his strong cords forever.          (*BoM* - 2 Ne. 26:22)

Now it came to pass **that those judges had many friends and kindreds**; and the remainder, yea, even almost all the **lawyers** and the high priests, did gather themselves together, and unite with the kindreds of those **judges** who were to be tried according to the law.

And they did enter into a covenant one with another, yea, even into that covenant which was given by them of old, which covenant was given and administered by the devil, **to combine against all righteousness.**

Therefore they did combine against the people of the Lord, and enter into a covenant to destroy them, and to deliver those who were guilty of murder from the grasp of justice, which was about to be administered according to the law.

**And they did set at defiance the law and the rights of their country**; and they did covenant one with another to destroy the governor, and to establish a king over the land, **that the land should no more be at liberty but should be subject** unto king.
(*BoM* - 3 Nephi 6: 27-30)

We the people are the rightful masters of both Congress and the courts, not to overthrow the Constitution, but to **overthrow the men who pervert the Constitution**.
- Abraham Lincoln

**"A law repugnant to the Constitution is void.  An act of Congress repugnant to the Constitution cannot become a law.  The Constitution supersedes all other laws** and the individual's rights shall be liberally enforced in favor of him, the clearly intended and expressly designated beneficiary."          –*Marbury v. Madison, 5 U.S. 137 (1803)*

… **Fools mock, but they shall mourn; and my grace is sufficient for the meek, that they shall take no advantage of your weakness;**

And if men come unto me I will show unto them their weakness. I give unto men weakness that they may be humble; and my grace is sufficient for all men that humble themselves before me; for if they humble themselves before me, and have faith in me, then will I make weak things become strong unto them.          (*BoM* - Ether 12:  26-27)

4

If you don't know your rights, - you don't have them.
 If you don't exercise your rights, - they have not power.
  If you don't defend your rights, - and the rights of others,
     they will be taken from everyone."

*Ken Cromar – Producer/Director - "Miracles: In God We Trust"*
time-code 1:13:10, available FREE on Amazon PRIME at https://amzn.to/2K53KyJ
or see EXHIBIT C in DVD format as attached.)

For behold, they murdered all the prophets of the Lord who came among them to declare unto them concerning their iniquities; and the blood of those whom they murdered did cry unto the Lord their God for vengeance upon those who were their murderers; **and thus the judgments of God did come upon these workers of darkness and secret combinations**. *(BoM* - Alma 37:30)

For there shall arise false Christs, and false prophets, and shall shew great signs and wonders; insomuch that, if it were possible, they shall deceive the very elect.
*(BIBLE* - Matthew 24: 21)

**And it shall come in a day when the blood of saints shall cry unto the Lord, because of secret combinations and the works of darkness.**

Yea, why do ye build up your **secret abominations** to get gain, and cause that widows should mourn before the Lord, and also orphans to mourn before the Lord, and also **the blood of their fathers and their husbands to cry unto the Lord from the ground, for vengeance upon your heads?** *(BoM* - Mormon 8: 27, 40)

Narrator Stan Ellsworth (speaking of the Civil War):  "It's interesting that the number of slaves originally shipped to the Colonies (graphic reads:  650,000 original slaves) is the same number of Civil War dead.  (graphic reads:  "650,000 deaths" )  A debt paid in full?  (graphic reads:  "So, what about our 60 million U.S. abortions debt?")
*("Miracles: In God We Trust"* at time-code 57:20 - EXHIBIT C)

Therefore, I, the Lord, justify you, and your brethren of my church, in **befriending that law which is the constitutional law of the land;**

And as pertaining to law of man, whatsoever is more or less than this, **cometh of evil.**

5

**I, the Lord God, make you free, therefore ye are free indeed; and the law also maketh you free.**

Nevertheless, **when the wicked rule the people mourn**.

Wherefore, honest men and wise men should be sought for diligently, and good men and wise men ye should observe to uphold; otherwise **whatsoever is less than these cometh of evil.**                                                                                    (*D&C* 98: 6-10)

**Is our nation a Democracy?**  Upon leaving the Constitutional Convention a woman asked Dr. Benjamin Franklin:  "What have you given us Dr. Franklin?"

Franklin:   "A Republic madam, if you can keep it."
                         *"Miracles: In God We Trust"* at time-code 46:37 - EXHIBIT C

**Democracy is the road to socialism.**
                                                        (Karl Marx – author *"The Communist Manifesto"*)

**According to the laws and constitution of the people, which I have suffered to be established**, and should be maintained for the rights and protection of all flesh, according to just and holy principles;

That every man may act in doctrine and principle pertaining to futurity, according to the moral agency which I have given unto him, that every man may be accountable for his own sins in the day of judgment.

Therefore, it is not right that any man should be in bondage one to another.

And for this purpose have **I established the Constitution of this land, by the hands of wise men whom I raised up unto this very purpose, and redeemed the land by the shedding of blood.**                                                (*D&C* 101: 77-80)

**Be wise** now therefore, O ye kings: be instructed, **ye judges of the earth**.  Serve the Lord with fear, and rejoice with trembling.  … Blessed are all they that put their trust in him.
                                                                                   (*BIBLE* - Psalms 10-12)

And it came to pass that they formed **a secret combination**, even as they of old; **which combination is most abominable and wicked above all, in the sight of God;**
                                                                                   (*BoM* - Ether 8:18)

6

We believe that **governments were instituted of God** for the benefit of man; and that he holds men accountable for their acts in relation to them, both in making laws and administering them, for the good and safety of society.

We believe that **no government can exist in peace,** except such laws are framed and held inviolate as will **secure to each individual the free exercise of conscience, the right and control of property, and the protection of life.**         (*D&C* 134: 1-2)

And **they did reject all the words of the prophets**, because of their **secret society** and wicked abominations.                              (*BoM* - Ether 11:22)

.

[NOTE:  Moses went into a high mountain and had an encounter with God and then Satan.]

> The words of God, which he spake unto Moses at a time when Moses was caught up into an exceedingly high mountain,
>
> And he saw God face to face, and he talked with him, and the glory of God was upon Moses; therefore Moses could endure his presence.
>
> And God spake unto Moses, saying: Behold, I am the Lord God Almighty, and Endless is my name; for I am without beginning of days or end of years; and is not this endless?
>
> And, behold, thou art my son; wherefore look, and I will show thee the workmanship of mine hands; but not all, for my works are without end, and also my words, for they never cease.                         (*PofGP* - Moses 1:18-21)

[NOTE:  After being in God's presence and seeing His glory and His vast creations, Satan then came to Moses and tried to divert Moses's worship away from God and to him instead.  Moses could easily see the stark difference between them:  ]

> And again Moses said: I will not cease to call upon God, I have other things to inquire of him: for his glory has been upon me, wherefore I can judge between him and thee. **Depart hence, Satan.**
>
> And now, when Moses had said these words, Satan cried with a loud voice, and ranted upon the earth, and commanded, saying: I am the Only Begotten, worship me.

7

And it came to pass that Moses began to fear exceedingly; and **as he began to fear, he saw the bitterness of hell**. Nevertheless, **calling upon God, he received strength,** and he commanded, saying: **Depart from me, Satan**, for this one God only will I worship, which is the God of glory.

And now Satan began to tremble, and the earth shook; and Moses received strength, and called upon God, saying: **In the name of the Only Begotten, depart hence, Satan**.

And it came to pass that Satan cried with a loud voice, with weeping, and wailing, and gnashing of teeth; **and he departed hence**, even from the presence of Moses, that he beheld him not.

That made Satan leave for real this time, but not without his loud outcry of "weeping and wailing and gnashing of teeth." _(PofGP - Moses 1:18-21)_

[NOTE:  Satan exposing his weakness with the above ultimate of all temper tantrums, showed him for the narcissistic, petulant child he is.  Satan knows he is no match.  Christ has already defeated Satan, sin and death.  The only thing yet to be played out is who we choose to side with; the Eternal Messiah Christ, or the pathetic loser of all losers Satan who, ironically <u>abandons everyone</u> foolish enough to follow him.  BEWARE! ]

… But you [Satan] are brought down to the realm of the dead, to the depths of the pit [hell].

Those who see you stare at you [Satan], they ponder your fate:  _"Is this the man who shook the earth and made kingdoms tremble,_

_the man who made the world a wilderness, who overthrew its cities and would not let his captives go home?"_  _(BIBLE - Isaiah 14:15)_

Yea, though I walk through the valley of the shadow of death, I will **fear no evil**: for thou art with me; thy rod and thy staff they comfort me.

_(BIBLE - Psalm 23:4)_

Wherefore, ye must press forward with a **steadfastness in Christ**, having a **perfect brightness of hope**, and a **love of God and of all men**. Wherefore, if ye shall press forward, feasting upon the word of Christ, and endure to the end, behold, thus saith the Father: Ye shall have eternal life.  _(BoM - 2 Nephi 31:20)_

8

For it is written, As I live, saith the Lord, every knee shall bow to me, and every tongue shall confess to God.  So then **every one of us shall give account of himself to God.**

<div align="right">(<em>BIBLE</em> - Romans 14: 11-12)</div>

**And wo unto them who shall do these things away and die, for they die in their sins, and they cannot be saved in the kingdom of God**; and I speak it according to the words of Christ; and I lie not.

<div align="right">(<em>BoM</em> - Moroni 10: 26)</div>

And after ye have obtained a hope in Christ ye shall obtain riches, if ye seek them; and ye will seek them for the intent to do good—to clothe the naked, and to feed the hungry, and to liberate the captive, and administer relief to the sick and the afflicted.

And now, my brethren, I have spoken unto you concerning pride; and those of you which have afflicted your neighbor, and persecuted him because ye were proud in your hearts, of the things which God hath given you, what say ye of it?

<div align="right">(<em>BoM</em> - Jacob 2:19-20)</div>

Wherefore, my beloved brethren, pray unto the Father with all the energy of heart, that ye may be filled with this love, which he hath bestowed upon **all who are true followers of his Son, Jesus Christ**; that ye may become the sons of God; that when he shall appear we shall be like him, for we shall see him as he is; that we may have this hope; that we may be purified even as he is pure. Amen.

<div align="right">(<em>BoM</em> - Moroni 7:48)</div>

Those who know your name trust in you, for you, LORD, have never forsaken those who seek you.

<div align="right">(<em>BIBLE New International version</em> - Psalms 9:10)</div>

Now the God of hope fill you with all joy and peace in believing, that ye may abound in hope, **through the power of the Holy Ghost**.

<div align="right">(<em>BIBLE</em> - Romans 15:13)</div>

Wherefore, ye must press forward with a **steadfastness in Christ**, having a **perfect brightness of hope**, and a **love of God and of all men**. Wherefore, if ye shall press forward, feasting upon the word of Christ, and endure to the end, behold, thus saith the Father: **Ye shall have eternal life.**

<div align="right">(<em>BoM</em> - 2 Nephi 31:20)</div>

<div align="right">9</div>

THESE are the times that try men's souls. The summer soldier and the sunshine patriot will, in this crisis, shrink from the service of their country; but he that stands it now, deserves the love and thanks of man and woman.

Tyranny, like hell, is not easily conquered; yet we have this consolation with us, that the harder the conflict, the more glorious the triumph.

What we obtain too cheap, we esteem too lightly: it is dearness only that gives every thing its value. Heaven knows how to put a proper price upon its goods; and it would be strange indeed if so celestial an article as FREEDOM should not be highly rated.

> **Thomas Paine** *(The Crisis No. 1 - written 19 December 1776, published 23 December 1776 – on Christmas night December 25, 1776 Washington crosses the Delaware with his troops and wins  a  miraculous military victory.)*

If my people, which are called by my name, shall humble themselves, and pray, and seek my face, and turn from their wicked ways; then will I hear from heaven, and will forgive their sin, and will heal their land.          *(BIBLE* - 2 Chronicles 7: 14)

And it came to pass that he [Captain Moroni] rent his coat; and he took a piece thereof, and wrote upon it—**In memory of our God, our religion, and freedom, and our peace, our wives, and our children**—and he fastened it upon the end of a pole.

And he fastened on his head-plate, and his breastplate, and his shields, and girded on his armor about his loins; and he took the pole, which had on the end thereof his rent coat, (and he called it the title of liberty) and he bowed himself to the earth, and **he prayed mightily unto his God for the blessings of liberty** to rest upon his brethren, **so long as there should a band of Christians remain to possess the land**...   *(BoM* - Alma 46: 12-13)

George Washington addresses the Constitutional Convention after all the debates are concluded and a final draft of the Constitution for the United states of America:

> "Well gentlemen, what remains for us to do is sign.  This for me is a great moment.  I've prayed for it.  And I will continue to pray for the success of this document [the Constitution].  For I believe it to be the hope of this country."

And Washington put the first signature on the Constitution for the United States of America.

> (see *"A More Perfect Union"* time-code 1:43:53, available FREE on Amazon PRIME at https://amzn.to/31OSskr or see EXHIBIT B in DVD format as attached.*)*

10

**O Lord, I have trusted in thee, and I will trust in thee forever**. I will not put my trust in the arm of flesh; for I know that cursed is he that putteth his trust in the arm of flesh. Yea, cursed is he that putteth his trust in man or maketh flesh his arm.   (*BoM* - 2 Nephi 4: 34)

"I do solemnly swear, that **I will support and defend the Constitution** of the United States **against all enemies foreign and domestic**, that I will bear truth faith and allegiance to the same, that I take this obligation freely, without any mental reservation or purpose of evasion.  I will faithfully discharge the duties of the office I am about to enter. So help me God."

Must be sworn by all government officials from judges, president, congress, military, law enforcement, councils, including all U.S. Citizenship seeking immigrants.

(Oath of office for the President - Constitution Article II, Section 1, Clause 8 as referenced in *"Miracles: In God We Trust"* at time-code 45:51 - EXHIBIT C)

And their leader, Zemnarihah, was taken and hanged upon a tree, yea, even upon the top thereof until he was dead. And when they had hanged him until he was dead they did fell the tree to the earth, and did cry with a loud voice, saying:

**May the Lord preserve his people in righteousness** and in holiness of heart, that they may cause to be felled to the earth all who shall seek to slay them **because of power and secret combinations**, even as this man hath been felled to the earth.

And they did rejoice and cry again with one voice, saying: May the God of Abraham, and the God of Isaac, and the God of Jacob, **protect this people in righteousness, so long as they shall call on the name of their God for protection.**

And it came to pass that they did break forth, all as one, in singing, and praising their God for the great thing which he had done for them, in preserving them from falling into the hands of their enemies.

**Yea, they did cry: Hosanna to the Most High God. And they did cry: Blessed be the name of the Lord God Almighty, the Most High God.**

And their hearts were swollen with joy, unto the gushing out of many tears, because of the great goodness of God in delivering them out of the hands of their enemies; and they knew **it was because of their repentance and their humility** that they had been delivered from an everlasting destruction.   (*BoM* - 3 Nephi 4: 28-33)

Blessed is every one that feareth [worships] the Lord; that walketh in his ways.  For thou shalt eat the labour of thine hands: happy shalt thou be, and it shall be well with thee.

(*BIBLE* - Psalms 128: 1-2)

If any of you lacks wisdom, you should ask God [pray], who gives generously to all without finding fault, and it will be given to you.

(*BIBLE New International version* - James 1:5)

**Yea, come unto Christ, and be perfected in him,** and deny yourselves of all ungodliness; and if ye shall deny yourselves of all ungodliness, and love God with all your might, mind and strength, then is his grace sufficient for you, that **by his grace ye may be perfect in Christ**; and if by the grace of God ye are perfect in Christ, ye can in nowise deny the power of God.

And again, if ye by the grace of God are perfect in Christ, and deny not his power, then are ye sanctified in Christ by the grace of God, through the shedding of the blood of Christ, which is in the covenant of the Father unto the remission of your sins, that **ye become holy, without spot.**

(*BoM* - Moroni 10: 32-33)

*[NOTE:  This final scripture has been posted in our Cromar family home of 29 years, in numerous places over many years, before our home, lives and liberty were unlawfully assaulted and terrorized by so-called "law enforcement" officials in an on-going act of fraud and criminal felony theft in progress.]*

**Trust in the Lord with all [your] heart;**

**and lean not unto [your] own understanding.**

**In all [your] ways acknowledge him,**

**and he shall direct [your] paths.**

(*BIBLE* - Proverbs 3: 5-6)

12

*"A More Perfect Union"*                                                EXHIBIT - B



Available for *FREE* for those an with Amazon PRIME subscription at:

https://amzn.to/310Sskr      Or watch on DVD or BluRay

SYNOPSIS -- The patriot rebellion of 1776 miraculously defeated the most powerful military in the world, and won freedom from the British King.  In 1787, some of the best minds ever, gathered at Independence Hall to create a new government.  This film re-enacts the Founding Fathers' political battle at a Constitutional Convention – to establish "A More Perfect Union", create a nation, and launch the cause of freedom into the world!

NEW!  The dream to Digitally Re-master this Bi-Centennial Celebration (1987) production almost didn't happen, because the film negative had been LOST! The film was painstakingly rebuilt from two worn-out 35mm theatrical prints, repaired, dust and scratches removed, audio enhanced, and color-corrected, etc.  This loving effort successfully re-mastered this classic film into a pristine, state of the art, high-definition 5.1 surround sound audio product.

A More Perfect Union is now ready for a new generation of young Americans to experience!
www.MiraclesInGodWeTrust.com

*"MIRACLES - In God We Trust"*                    EXHIBIT - C



Available for FREE for those an with Amazon PRIME subscription at:

https://amzn.to/2K53KyJ

Or watch on DVD or Blu-ray

SYNOPSIS

Is God dead? Do miracles happen anymore? America's college students have questions.

Fact:  Our nation's birth in freedom didn't happen by accident. The Founders and patriots prayed for MIRACLES in their fight for freedom—and got them! So why is this history no longer taught in our schools?

Liberty experts Stan Ellsworth (American Ride), Rabbi Daniel Lapin, Kate Dalley, Sen. Mike Lee, David Barton, KrisAnne Hall, Timothy Ballard and others explore the subject of miracles—yesterday and today.

*"Using modern values to judge other periods in history is the sign of an incompetent historian or an unwise student."*     Ken Cromar - Producer / Director

www.MiraclesInGodWeTrust.com

EXHIBIT - D

ENT 55868:2012 PG 1 of 5
JEFFERY SMITH
UTAH COUNTY RECORDER
2012 Jul 05 4:46 pm FEE 18.00 BY SS
RECORDED FOR CROMAR, PAUL KENNETH

**Our Personal & Solemn**

# Declaration of Independence

## By Paul Kenneth & Barbara Ann Cromar
## and their children

## July 4, 2012

A public declaration of loyalty to God only, and conditional support of righteous, Constitutionally-bound government whose sole purpose is to protect our God-given rights and freedoms, and a declaration of Independence from all other undesired associations – archived in the Utah County Record.

We recognize that there are two major forces at odds with each other; good and evil.

We hereby publicly declare our choice to stand and declare our allegiance to good, and offer the following explanation to any who may have interest.

When in the Course of human events, it becomes necessary for individuals to dissolve the political bands which have connected them with others, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. --That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shown, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed.

But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce me and my family under absolute Despotism, it is our right, it is our duty, to throw off such Governments, individuals mortal or otherwise, and to provide new Guards

1

for our future security. --Such has been the patient sufferance of generations of liberty-minded people across America; and such is now the necessity, which constrains us to reconsider how we are connected to our current system of Government. The recent history of the present United States corporation federal government has eroded into that of repeated injuries and usurpations of power, financial resources, and debt, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.

Simply stated, the growth of corruption at the highest levels of our government has grown beyond dispute, is unsustainable, and is trending towards this nation's freedom and liberty being unalterably thrust off the precipice onto the waste heap of former nations. Therefore, as a people squandering a birthright of liberty rarely enjoyed throughout world history, Americans must repent or suffer the consequences. We have no control over anyone but ourselves, and we choose to do what we can. Hence, the purpose of this Declaration of Independence, designed to at least spiritually untie our family, from a sinking ship of state, if possible.

God has given each of us unalienable rights; meaning that they are non-transferable, tradable or sellable even if one should desire to do so. Individual rights are UN-a-lien-able. Therefore we declare our independence from any and all organizations of any size great or small, known or unknown, that in any way tries to tie any of us with them and compromise our opportunity to exercise our right of association with God the Father, and his Son Jesus Christ who is the only God of this land.

Our Creator God preserved and prepared this land in the Americas for the establishing of a free nation that was to be a "city set on a hill", shinning a light of freedom, truth and righteousness. In years past the people of this nation's example blessed and inspired people across the world towards that same light.

> According to the laws and constitution of the people, which I have suffered to be established, and should be maintained for the rights and protection of all flesh, according to just and holy principles;...

> ...And for this purpose have I established the Constitution of this land, by the hands of wise men whom I raised up unto this very purpose, and redeemed the land by the shedding of blood. *(Doctrine & Covenants 101: 77, 80)*

This nation's freedom was secured by blood, and the breaking of this holy covenant thus will result in more blood being spilt. Under the Divine Creator's protecting promise that the land would remain free and prosperous as long as the people would serve the God of this land which is Jesus Christ, -- or suffer the fate of those previous peoples who did not – and "be swept from the land" in annihilation. Unfortunately, as a people our morality is in a state of degradation, we slide ourselves further from Him, and hurl ourselves closer to the precipice.

I, Paul Kenneth: Cromar have taken an oath to protect and defend the Constitution of the United States and the State of Utah, from enemies foreign and domestic, an oath which had no

expiration date. I have done all I know how to do, but generally have enjoyed limited success
in this regard in my community and in the nation. Nevertheless, I will continue to support and
encourage all others who similarly believe, covenant and act in a manner most likely to
achieve this oath's objective.

We agree with an early Supreme Court, which offered this perfect clarity:

**"All laws which are repugnant to the Constitution are null and void."**
*(Maybury vs Madison, US Supreme Court, 1803)*

Therefore, we declare that we accept only Constitutional law, and reject all other.

We want and need God's divine protection and guidance for our family, therefore, we stand
with only laws and officials in keeping with fidelity towards the Constitution. Our
allegiances are hereby openly and publicly declared to be with our Creator God and his Son,
Jesus the Christ, our Savior and Redeemer, both of whom who we acknowledge gave us our
unalienable birthright of freedom and liberty, and the Constitution designed to protect these
rights.

We publicly acknowledge and accept our Creator God's declaration that his moral laws are
provided as a path designed to provide mankind safety and access to the greatest happiness
possible during this earthly existence. We realize that succumbing to the temptation to break
His commandments, or our covenants of obedience, are the best way to insure pain, suffering,
and misery not only for ourselves, but also for those who could suffer collateral damage of
such actions.

We also publicly acknowledge our allegiance, praise and worship of God the Father and his
Son Jesus, in behalf of ourselves and our seven children **Dale Raymond, Madison Erin,
Talmage Weston, Zachary James, Elizabeth Ann, Ethan Young, and Liberty Eve**, and do
so while maintaining a steadfast hope and trust that declaring our testimony that His
redeeming blood will atone for every transgression against His laws for those who repent, will
of itself bless.

Coming to this earth is a spiritual separation from God, our Heavenly Father. We knew
before coming that this was the case and it required great faith and trust in Him that our
experience would be the perfect learning experience promised and designed by Him. We do
not consciously remember, but He has not left us to wander alone and in complete darkness
without a Light, in Jesus the Christ, to guide us back to Him, through the example, teachings
and Atonement victory over spiritual death (sin) and physical death of the body to be raised
from the grave in a perfect form. We acknowledge and accept Christ's victory.

We recognize that Satan, the Father of all Lies is a sworn enemy of God the Father and his
Son Jesus Christ, and their followers. Fear provided by misguided mortals is how Satan gains
his power. We choose not to fear and enable Satan or his minions, for this is a form of
worship that empowers his dark energy and cripples the fearful. Therefore, in reality we
choose not to worship him with fear, but instead to humbly worship and be empowered only

3

expiration date. I have done all I know how to do, but generally have enjoyed limited success in this regard in my community and in the nation. Nevertheless, I will continue to support and encourage all others who similarly believe, covenant and act in a manner most likely to achieve this oath's objective.

We agree with an early Supreme Court, which offered this perfect clarity:

> **"All laws which are repugnant to the Constitution are null and void."**
> *(Maybury vs Madison, US Supreme Court, 1803)*

Therefore, we declare that we accept only Constitutional law, and reject all other.

We want and need God's divine protection and guidance for our family, therefore, we stand with only laws and officials in keeping with fidelity towards the Constitution. Our allegiances are hereby openly and publicly declared to be with our Creator God and his Son, Jesus the Christ, our Savior and Redeemer, both of whom who we acknowledge gave us our unalienable birthright of freedom and liberty, and the Constitution designed to protect these rights.

We publicly acknowledge and accept our Creator God's declaration that his moral laws are provided as a path designed to provide mankind safety and access to the greatest happiness possible during this earthly existence. We realize that succumbing to the temptation to break His commandments, or our covenants of obedience, are the best way to insure pain, suffering, and misery not only for ourselves, but also for those who could suffer collateral damage of such actions.

We also publicly acknowledge our allegiance, praise and worship of God the Father and his Son Jesus, in behalf of ourselves and our seven children **Dale Raymond, Madison Erin, Talmage Weston, Zachary James, Elizabeth Ann, Ethan Young, and Liberty Eve,** and do so while maintaining a steadfast hope and trust that declaring our testimony that His redeeming blood will atone for every transgression against His laws for those who repent, will of itself bless.

Coming to this earth is a spiritual separation from God, our Heavenly Father. We knew before coming that this was the case and it required great faith and trust in Him that our experience would be the perfect learning experience promised and designed by Him. We do not consciously remember, but He has not left us to wander alone and in complete darkness without a Light, in Jesus the Christ, to guide us back to Him, through the example, teachings and Atonement victory over spiritual death (sin) and physical death of the body to be raised from the grave in a perfect form. We acknowledge and accept Christ's victory.

We recognize that Satan, the Father of all Lies is a sworn enemy of God the Father and his Son Jesus Christ, and their followers. Fear provided by misguided mortals is how Satan gains his power. We choose not to fear and enable Satan or his minions, for this is a form of worship that empowers his dark energy and cripples the fearful. Therefore, in reality we choose not to worship him with fear, but instead to humbly worship and be empowered only

3

by God the Father and his Son Jesus Christ, and their Light, and fear only not aligning ourselves with them.

Additionally, we also recognize that Satan has laid claim on this world, and has put ALL our names into his "Book of Death". All Satan can do is provide counterfeits, meant to deceive, intimidate and cause fear in the hearts of men. His lies are without force or validity, are null and void, unless we choose him. Despite the likelihood that many blindly accept Satan's claim on their souls, we do not. We do NOT choose Satan, his ways or goals.

Therefore, we clearly, publicly and officially reject Satan, and declare our allegiance only to God, in the hope that Christ might consider including us in the Lamb's Book of Life, with it's power to cleanse our souls, every whit, and insure the joyful eternal life it entails, by returning to be with God and his Son forever.

With this Declaration of Independence we completely reject Satan's fraudulent claims, and do so legally, lawfully and in full consciousness before God, man and angels as our witnesses, -- and declare our allegiance to the God that gave each of us our unalienable rights which include (but are not limited to) life, liberty and the right to pursue happiness.

Furthermore, ANY oaths, contracts, obligations, allegiances, etc., made by anyone that allegedly relate to us or our family, must be openly declared and freely agreed to, or these claims are hereby declared fraudulent, null, void, **of no efficacy, virtue, or force in this life or the next**. Thus, in doing this, we choose to make ourselves and our family available to have our names considered for inclusion in the Lamb's Book of Life, if He will have us.

> And we talk of Christ, we rejoice in Christ, we preach of Christ, we prophesy of Christ, and we write according to our prophecies, that our children may know to what source they may look for a remission of their sins.   *(2 Nephi 25:26 - The Book of Mormon)*

The circumstance is clear. The sides are delineated. Time is running out.

> And now, we can behold the decrees of God concerning this land, that it is a land of promise; and whatsoever nation shall possess it shall serve God, or they shall be swept off when the fulness of his wrath shall come upon them. And the fulness of his wrath cometh upon them when they are ripened in iniquity.
>
> For behold, this is a land which is choice above all other lands; wherefore he that doth possess it shall serve God or shall be swept off; for it is the everlasting decree of God. And it is not until the fulness of iniquity among the children of the land, that they are swept off.   *(Ether 2: 9-10 - The Book of Mormon)*

We know not what course others may choose, but as for me and my family, we declare our decision ...

> And if it seem evil unto you to serve the Lord, choose you this day whom ye will serve; ... but as for me and my house, we will serve the Lord.   *(Joshua 24:15 – The Holy Bible)*

4

ENT 55868:2012 PG 5 of 5

[We] trust in the LORD with all [our hearts]; and lean not unto [our] own understanding. In all [our] ways [we] acknowledge him, and [trust] he shall direct [our] paths.
*(Proverbs 3: 5-6   The Holy Bible)*

We understand that this life's adventure will become more "exciting" as the calamities prophesied occur before the Lord's triumphant return, rule and reign on this earth for the Millennium of peace. Therefore, me and my family publicly offer our Declaration of Independence, recognizing that while individually we may falter, we nevertheless together hereby covenant to chose and trust only in the God the Father and his Son, Jesus the Christ.

Most Solemnly Attested,

Paul Kenneth: Cromar        and, wife,        Barbara Ann: Cromar

In behalf of their children: Dale Ray Cromar, Madison Erin Cromar,

Talmage Weston Cromar, Zachary James Cromar,

Elizabeth Ann Cromar, Ethan Young Cromar,

and little Liberty Eve Cromar

9870 N. Meadow Drive / Cedar Hills, Utah [84062] / 801-785-5900 / uSA

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

NOTARIZED:

VERA ELAINE ANDERSON
NOTARY PUBLIC · 'TE OF UTAH
COMMISSION 502133
COMM. EXP 10-27-2014

In the State of Utah,
In the County of Utah,
On the date of July 5, 2012,

Paul Kenneth: Cromar and Barbara Ann Cromar personally appeared before me, a Notary Public for the State of Utah, who acknowledged and identified themselves and signed the document before me.

EXHIBIT - E

**EXHIBIT A**

## NOTICE OF INFORMATION

Table of Contents:

1. **Declaration of Independence** . . . . . . . . . . . . . . July 4, 2012 - Utah County Recorder
   By Paul Kenneth & Barbara Ann Cromar
   and their children

2. **Deed Pole Declaration of Name in Affidavit Form** . . . . . . . . .November 22, 2013
   February 4, 2020 - Utah County Recorder

3. **Affidavit of Jurisdiction Statement** . . . . August 15, 2012 - Utah County Recorder

4. **Notice of Federal Tax Lien RESCINDED** . . . . . . . . . . . . . . . . . . . . . . .May 15, 2020

5. **Memorandum & Notice Of Default Judgment** & other docs . . . October 26, 2010

6. **NOTICE OF RESCINDED Docs based on**
   **Fraud & Swindle in Dishonor** . . . . . . . . . May 8, 2020 - Utah County Recorder

7. **American State Grantees misc docs** . . . . . April 17, 2020 - Utah County Recorder
   **& LAND PATENT NOTICE**

8. **DECLARATION OF ASSIGNEES.** . . . . . . . . . .April 22, 2020 - Utah County Recorder
   **UPDATE OF PATENT**

9. **Affidavit - Utah State Tax Commission.** . . . . July 5, 2012 - Utah County Recorder

10. **2012 Case DISMISSED - #2:09-cv-01102-DAK** . . . . . . . . . . . . . . .May 25, 2010
    - Docket
    - Order Of Dismissal
    - Affidavit – IRS / Deborah Smith – May 7, 2010
    - REJECTION of R&R – April 29, 2010

11. **NOTICE OF LIS PENDENS - #2:19-cv-00255-BCW** . . . . . . . . . . . .June 25, 2019

## Deed Pole Declaration of Name
## in Affidavit Form

**The Name Establishes the Lawe of the Agreement**

**NOTICE** [of] **Standing** by the presentation of **my** given **name**.

To the family surname **"Cromar"**, my mother, upon my birth added the Christian name/appellation of **"Paul-Kenneth"** and thus declared the style of the name by which I, Paul-Kenneth, should be known among my fellow-men; thus I Paul-Kenneth am the rightful owner/<u>Secured Party</u> and <u>creditor</u> of my given copyrighted name and any/all <u>derives thereof</u>. Any person making any Commercial **Use** of my copyrighted name/private property or *altering* its style into a legal derive must pay me, Paul-Kenneth : Cromar my standard **Use Fee** of $ 500,000.00 dollars for each instance and must obtain my written permission before making such Use; any unauthorized Commercial **Use**/*alteration* of my name/property hereby <u>attaches</u> to all <u>Joined</u> as a **Default Judgment Lien**. The rules of English Grammar dictate that the style of my given name shall be **"Paul-Kenneth: Cromar"**; thus, I am Paul-Kenneth, Cromar, an American by naturalization, born naturally of an American father and a Uruguayan mother, in a land/place called **San Jose, Uruguay**, in the year of our Lord one thousand nine-hundred and fifty-nine, fifth day, fifth month, Certified by <u>Certificate of Live Birth</u> issued by the San Jose Municipal Government under Registrar's Stamp No. 1357678/Biblioteca Stamp No. 0823424, the recording of which is found in the San Jose Municipality Book of Births No. 53V, Entry No. 306. American naturalization/citizenship is confirmed by United States of America Passport # 2214385621USA5905052M1703205.

Further: An <u>all-caps</u> proper noun name constitutes nonsense, being a *legal* naming. The giving of a name which might sound exactly like an upper-lower case proper name when <u>spoken</u>, however, when <u>written</u> the two names have two entirely different meanings; the all-caps name being of civil/"legal" construction identifies a franchised person while a Christian name presents me as a man. My good mother by and through the act of having a live birth and my father by making the required Report to a local Municipal Registrar, granted no rights/authority to alter my given name into a legal format alleged "Franchised Resident" known as PAUL KENNETH CROMAR. They did not intend to make a *pledge* of **me** or my name/property/body,

Page 1 of 2

implied or otherwise, thus **my** name/standing/character/rights stand as received from my parents as inherent birth-rights – **No Trespass**.

I, **Paul-Kenneth: Cromar**, am thus severed from any implied Suretyship for the misnomer/alteration/personation identified as "**PAUL KENNETH CROMAR**", for such a name would work to reduce me to that of a legal entity/person/*State* Franchise.

I, Paul Kenneth: Cromar declare my good name; further, I declare that any unauthorized Commercial **Use** or *alteration* of my given name/property constitutes **Trespass** granting a priority Security Instrument in the form of alteration of my given name/property constitutes Trespass granting a priority Security Instrument in the form of a consensual Default Judgment Lien attaching to all persons joined, which Claim when **Back-Charged** shall attach to all persons and their property/interest in property joined to the fraud/unauthorized Commercial **Use** of my private copyrighted name/property.

In Witness hereof I Paul-Kenneth: Cromar set my hand/seal/mark

Paul-Kenneth: Cromar/Secured Party

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Without Prejudice as to Rights

In the State of the Utah,
Count of the Utah.

Sworn and Signed before me, a Notary Public, on 11/22/13

Notary Signature

NOTARY PUBLIC
RILEY RAY FITZGERALD
662883
COMMISSION EXPIRES
FEBRUARY 8, 2017
STATE OF UTAH

Notary Seal

Page 2 of 2

EXHIBIT - G



ENT  50724:2020 PG 1 of 38
JEFFERY SMITH
UTAH COUNTY RECORDER
2020 Apr 17 5:00 pm FEE 40.00 BY MA
RECORDED FOR CROMAR, PAUL

UTAH COUNTY RECORDING DISTRICT

PAUL KENNETH CROMAR and BARBARA ANN CROMAR, FOREIGN GRANTORS

Paul Kenneth Cromar and Barbara Ann Cromar, American State Grantees

**Acknowledgement, Acceptance and Deed of Re-Conveyance**
**Certificate of Assumed Name**
**Act of Expatriation Paul Kenneth Cromar and Barbara Ann Cromar**
**Act of Expatriation Paul Kenneth Cromar and Barbara Ann Cromar**
**Act of Expatriation Paul Kenneth Cromar and Barbara Ann Cromar**
**Cancellation of All Prior Powers of Attorney**
**Foreign Sovereign Immunities Act**
**Marriage Paperwork**
**Baby Deed for Land Recording**
**Paramount Claim of the Life and the Estate**

LAND PATENT NOTICE

Return to: Cromar, Paul Kenneth and Cromar, Barbara Ann
c/o 9870 N. Meadow Drive
Cedar Hills, Utah, [84062]

This cover sheet has been added to these recorded documents to provide space for the recording data.
This cover sheet appears as the first page of the document in the official public record.
**Do not detach.**

The united states of America, and in The Republic state of Utah

Paul Kenneth Cromar
  and Barbara Ann Cromar
c/o 9870 N. Meadow Drive
Cedar Hills, Utah, Republic,
usA NON-DOMESTIC    .

NOTICE OF,


CERTIFICATE OF ACCEPTANCE OF DECLARATION OF LAND PATENT,  .


LAND PATENT #392 / Homestead Certificate 1136 / Application 1864,


Dated, February 26, 1887. (SEE ATTACHED),


KNOW ALL YE MEN AND WOMEN BY THESE PRESENT.


1. That we, Paul Kenneth Cromar and Barbara Ann Cromar, do hereby
certify and declares that we are "Assignees" in the LAND PATENT named
and numbered above; that we have brought up said Land Patent in our names
as it pertains to the land described below. The character of said land so
claimed by the patent, and legally described and referenced under the Patent
Number Listed above is; Southeast quarter of section 6 in township five
south of range two east of Salt Lake Meridian in Utah Territory containing
on hundred and sixty acres." (SEE ATTACHED).

2. That we, Paul Kenneth Cromar and Barbara Ann Cromar, is domiciled at
9870 North Meadow Drive, Cedar Hills, Utah Republic, usA NON-
DOMESTIC. Unless otherwise stated, we have individual knowledge of matters
contained in this Certification of Acceptance of Declaration of Patent. We are
fully competent to testify with respect to these matters.

3. We, Paul Kenneth Cromar and Barbara Ann Cromar, am an Assignee at Law and a
bona fide subsequent purchaser by contract, of certain legally described portion of
LAND PATENT under the original, certified LAND PATENT # 392, Dated February
26, 1887, which is duly authorized to be executed in pursuance of the supremacy of

1

treaty law, citation and Constitutional Mandate, herein referenced, whereupon a duly authenticated true and correct lawful description, together with all hereditament , tenements , pre-emptive rights appurtenant thereto, the lawful and valuable consideration which is appended hereto, and made a part of this NOTICE OF CERTIFICATE OF ACCEPTANCE OF DECLARATION OF LAND PATENT.( SEE ATTACHED).

4.  No claim is made herein that we have been assigned the entire tract of land as described in the original patent. My assignment is inclusive of only the _attached lawful description. The filing of this NOTICE OF CERTIFICATE OF ACCEPTANCE AND DECLARATION OF LAND PATENT shall not deny or infringe on any right, privilege, or Immunity of any other Heir or Assigns to any other portion of land covered in the above described Patent Number 392. (SEE ATTACHED)

5.  If this duly certified LAND PATENT is not challenged by a lawfully qualified party having a claim, Lawful lien, debt, or other equitable interest if any in a court of law within sixty (60) days from the date of this filing this NOTICE, then the above described property shall become the Allodial Freehold of the Heir or Assignee to said Patent, the LAND PATENT shall be considered

6.  Henceforth perfected in our names "Paul Kenneth Cromar and Barbara Ann Cromar", and all future claims against this land shall be forever waived.
When a lawfully qualified Sovereign American individual has a claim to title and is challenged, the court of competent original and exclusive jurisdiction is the Common law Supreme Court (Article III). Any action against a patent by a corporate state or their Respective statutory, legislative units (i.e., courts ) would be an action at Law which is outside the venue and jurisdiction of these Article 1 courts. There is no Law issue contained herein which may be heard in any of the State courts (Article 1 ), nor can any court of Equity/Admiralty/Military set aside, annul, or correct a LAND PATENT.

7.  Therefore, said land remains unencumbered, free and clear, and without liens or lawfully attached in any way, and is hereby declared to be private land and private property, not subject to any commercial forums (e. g. U C C ) whatsoever.

8.  A common Law courtesy of sixty (60) days is stipulated for any challenges hereto, otherwise, laches or estoppel shall forever bar the same against said ALLODIAL freehold estate; assessment lien theory to the contrary, notwithstanding. Therefore, said declaration, after (60) days from date, if no challenges are brought forth and upheld, perfects this ALLODIAL TITLE the name/ names forever

### JURISDICTION

THE REPCIPIENT HERETO IS MANDATED by Article IV Sec. 3, Clause 2, Article VI, Sec.2 & 3, the 9th and 10th Amendments with reference to the 7th Amendment, enforced under Article III, Sec. 3, clause 1, of the Constitution for the United States of America.

2

## PERJURY JURAT

Pursuant to Title 28 USC sec. 1746 (1) and executed "without the United States", we affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my belief and informed knowledge . And further deponent saith not. We now affix my signature of the above affirmations with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any

Respectfully,

by: *(signature)*                              by: *(signature)*

Paul Kenneth Cromar                          Barbara Ann Cromar
c/o 9870 North Meadow Drive                  c/o 9870 North Meadow Drive
Cedar Hills, Utah [84062]                    Cedar Hills, Utah [84062]

Witnessed by: Maddie Senator                 Date as of April 17, 2020

Witnessed by: *(signature)* StAN Senator

Witnessed by:_____

3

EXHIBIT - H

ENT   52870:2020 PG 1 of 11
JEFFERY SMITH
UTAH COUNTY RECORDER
2020 Apr 22 11:22 am FEE 40.00 BY NA
RECORDED FOR CROMER, PAUL-KENNETH

Assignee's Update of Patent (to bring patent current)
RECORDING REQUESTED BY                        )
AND WHEN RECORDED MAIL TO             )

    Paul & Barbara Cromar                          )
    ~~and  Barbara Ann Cromar~~            )
    c/o  9870 N. Meadow Drive                )
    Cedar Hills, Utah  [84062]                   )

RECORDER'S USE


# DECLARATION OF ASSIGNEES UPDATE OF PATENT

LAND PATENT NUMBER #392


KNOW ALL MEN BY THESE PRESENTS:

THAT **Paul-Kenneth: Cromar.**
AND **Barbara-Ann: Cromar.**_____DO SEVERALLY CERTIFY AND
DECLARE THAT **We** ((WE/I) BRING UP THIS LAND PATENT IN **our** ((OUR/MY)
NAME(S).

(1) THE CHARACTER OF SAID PROPERTY SO SOUGHT TO BE PATENTED, AND
LEGALLY DESCRIBED AND REFERENCED UNDER PATENT NUMBER LISTED
ABOVE, WITH TWENTY-ONE DOLLARS SILVER COIN AS DUE CONSIDERATION, IS:

> Based on the original United States Land Patent #392 / Homestead
> Certificate 1136 / Application 1864 of May 20, 1882  as secured by Edward
> Meredith[see attached BLM 4-10-2020 Certified copy]; from which a part and
> parcel of the last lawful description of August 29, 1882 / Edward Meredith to
> Joseph Halliday [Bk S - pg 489], lawfully described as follows:

>> "This indenture, made the twenty ninth day of August in the year of
>> our Lord One thousand eighteen hundred and eighty two Between
>> Edward Meredith of the County of Utah and Territory of Utah-party of
>> the first part, and Joseph Halliday of the same place the party of the
>> second part, witnesseth, that the said party of the first part, for and in
>> consideration of the sum of three hundred and fifty (350) dollars
>> lawful money of the United States of America to him in hand paid by
>> the said party of the second part, the receipt whereof is hereby
>> acknowledged, has remised, released and forever quit clamed, and by
>> these presents does remise, release and forever  quit-claim unto the

said party of the second part , and to his heirs and assigns forever, all
that certain? piece or parcel of land known and described as follows to
wit: Beginning at the South East corner of Section six (6) Township
five (5) South of Range 2, East Salt Lake City Meridian, Thence North
one hundred and sixty rods. Thence West forty rods. Thence South
one hundred and sixty rods. Thence East forty rods, to the place of
beginning-continuing forty acres. –Together with all and singular the
tenements and appurtenances thereunto belonging, or in anywise
appertaining and the reversure [?] and reversion [?], remainder[?]
and remainders [?], rents [?], issues, and profits thereof: and also all
the estate right, title, interest, property, possessum, claim and demand
whatever, as well in law [?] as in equity of the said property of the first
part, of, in or to the said premises, and every part and parcel thereof,
with the appurtenances. To Have and to Hold all in singular and said
premises, together with the appurtenances the said party of the
second part, and to his heirs and assigns forever. In Witness Whereof,
the said party of the first part, has hereunto set his hand and seal the
day and year first above written.  Signed and sealed. Edward
Meredith."

With a lawful 1997 description of the specific part and parcel thereof, as filed
within coordinates as:

| North boundary: | S 89'45'59" W (165.061') |
| South boundary: | S 89'59'43" W (149.205') |
| West boundary: | N 00'13'59" W (80.494') |
| East boundary: | N 00'18'49" W (96.094') |

[see Surveyor's Certificate of 5/3/97, containing the above metes and bounds
as filed by Victor E. Hansen, filed in Utah County Records office under 97-
222 on a survey to "RESET PRPERTY CORNERS FOR LOT 3 NORTH MEADOW
ESTATES, PLAT C, AND LOT 32 NORTH MEADOW ESTATES PLAT B,
INCLUDING ADDITIONAL PROPERTY NORTH OF LOT 32. THE BASIS OF
BEARING IS THE SUBDIVISION SURVEY CONTROL MONUMENTS."]

[ AND as Previously referenced in the Utah County land records as:
Subdivision Map Filing "Legal description: LOT 3, Plat C, AMENDED NORTH
MEADOW EST. SUB. / Serial Number: 47:059:0003 / Serial Life 1981. /
Property Address: 9870 MEADOW – CEDAR HILLS / Last documentation:
121145-2008 .]

(2) NOTICE OF PRE-EMPTIVE RIGHT. PURSUANT TO THE DECLARATION OF
INDEPENDENCE [1776], THE TREATY OF PEACE WITH GREAT BRITAIN (8 STAT.
80) KNOWN AS THE TREATY OF PARIS [1793, AN ACT OF CONGRESS [3 STAT. 566,
APRIL 24,1824], THE OREGON TREATY [9 STAT. 869 , JUNE 15, 1846], THE

2

HOMESTEAD ACT [12 STAT. 392,1862] AND 43 USC SECTIONS 57, 59, AND 83; THE RECIPIENT HEREOF IS MANDATED BY ART. VI SECTIONS 1, 2, AND 3; ART. IV SECTIONS I CL. 1, &. 2; SECTION 2 CL. 1 8t 2 ; SECTION 4; THE 4TH, 7TH, 9TH, AND 10TH AMENDMENTS [U.S. CONSTITUTION, 1781-91] TO ACKNOWLEDGE ASSIGNEE'S UPDATE OF PATENT PROSECUTED BY AUTHORITY OF ART. III SECTION 2 CL. 1 &2 AND ENFORCED BY ORIGINAL/EXCLUSIVE JURISDICTION THEREUNDER AND IT IS THE ONLY WAY A PERFECT TITLE CAN BE HAD IN OUR NAMES, WILCOX vs. JACKSON, 13 PET. (U.S.) 498, 101. ED. 264; ALL QUESTIONS OF FACT DECIDED BY THE GENERAL LAND OFFICE ARE BINDING EVERYWHERE. AND INJUNCTIONS AND MANDAMUS PROCEEDINGS WILL NOT LIE AGAINST IT, LITCHFIELD vs. THE REGISTER, 9 WALL. (U.S.) 575, 19 L. ED. 681. THIS DOCUMENT IS INSTRUCTED TO BE ATTACHED TO ALL DEEDS AND/OR CONVEYANCES IN THE NAMES) OF THE ABOVE PARTY(IES) AS REQUIRING RECORDING OF THIS DOCUMENT, IN A MANNER KNOWN AS NUNC PRO TUNC [AS IT SHOULD HAVE BEEN DONE IN THE BEGINNING], BY ORDER OF UNITED STATES SUPREME LAW MANDATE AS ENDORSED BY CASE HISTORY CITED.

(3) NOTICE AND EFFECT OF A LAND PATENT. A GRANT OF LAND IS A PUBLIC LAW STANDING ON THE STATUTE BOOKS OF THE UTAH STATE, AND IS NOTICE TO EVERY SUBSEQUENT PURCHASER UNDER ANY CONFLICTING SALE MADE AFTERWARD; WINEMAN vs. GASTRELL, 54 FED 819, 4 CCA 596, 2 US APP 581. A PATENT ALONE PASSES TITLE TO THE GRANTEE; WILCOX vs. JACKSON, 13 PET (U.S.) 498, 10. L. ED. 264. WHEN THE UNITED STATES HAS PARTED WITH TITLE BY A PATENT LEGALLY ISSUED, AND UPON SURVEYS LEGALLY MADE BY ITSELF AND APPROVED BY THE PROPER DEPARTMENT, THE TITLE SO GRANTED CANNOT BE IMPAIRED BY ANY SUBSEQUENT SURVEY MADE BY THE GOVERNMENT FOR ITS OWN PURPOSES; CAGE vs. DANKS, 13, LA.ANN. 128. IN THE CASE OF EJECTMENT, WHERE THE QUESTION IS WHO HAS THE LEGAL TITLE. TILE PATENT OF THE GOVERNMENT IS UNASSAILABLE, SANFORD vs. SANFORD, 139 US 642. THE TRANSFER OF LEGAL TITLE (PATENT) TO PUBLIC DOMAIN GIVES THE TRANSFEREE THE RIGHT TO POSSESS AND ENJOY THE LAND TRANSFERRED, GIBSON vs. CHOUTEAU, 80 US 92. A PATENT FOR LAND IS THE HIGHEST EVIDENCE OF TITLE AND IS CONCLUSIVE AS EVIDENCE AGAINST THE GOVERNMENT AND ALL CLAIMING UNDER JUNIOR PATENTS OR TITLES, UNITED STATES vs. STONE, 2 US 525. ESTOPPEL HAS BEEN MAINTAINED AS AGAINST A MUNICIPAL CORPORATION (COUNTY). BEADLE vs. SMYSER, 209 US 393. UNTIL IT ISSUES, THE FEE IS IN THE GOVERNMENT, WHICH BY THE PATENT PASSES TO THE GRANTEE, AND HE IS ENTITLED TO ENFORCE POSSESSION IN EJECTMENT, BAGNELL vs. BRODERICK, 13 PETER (US) 436. STATE STATUTES THAT GIVE LESSER AUTHORITATIVE OWNERSHIP OF TITLE THAN THE PATENT CAN NOT EVEN BE BROUGHT INTO FEDERAL COURT, LANGDON vs. SHERWOOD, 124 U.S. 74, 80. THE POWER OF CONGRESS TO DISPOSE OF ITS LAND CANNOT BE INTERED WITH, OR ITS EXERCISE EMBARRASSED BY ANY STATE LEGISLATION; NOR CAN SUCH LEGISLATION DEPRIVE THE GRANTEES OF THE UNITED STATES OF THE POSSESSION AND ENJOYMENT OF THE PROPERTY GRANTED BY REASON OF ANY DELAY IN THE TRANSFER OF THE TITLE AFTER THE INITIATION OF

3

PROCEEDINGS FOR ITS ACQUISITION. [GIBSON vs. CHOUTEAU.13 WAL. (U.S.) 92, 93.

(4) LAND TITLE AND TRANSFER THE EXISTING SYSTEM OF LAND TRANSFER IS A LONG AND TEDIOUS PROCESS INVOLVING THE OBSERVANCE OF MANY FORMALITIES AND TECHNICALITIES, A FAILURE TO OBSERVE ANY ONE OF WHICH MAY DEFEAT THE TITLE. EVEN WHERE THESE HAVE BEEN MOST CAREFULLY COMPLIED WITH. AND WHERE THE TITLE HAS BEEN TRACED TO ITS SOURCE, THE PURCHASER MUST BE AT HIS PERIL, THERE ALWAYS BEING IN SPITE OF THE UTMOST CARE AND EXPENDITURE- THE POSSIBILITY THAT HIS TITLE MAY TURN OUT BAD: YEAKLE, TORRENCE SYSTEM. 209. PATENTS ARE ISSUED (AND THEORETICALLY PASSED) BETWEEN SOVEREIGNS LEADING FIGHTER vs COUNTY OF GREGORY, 230 N. W.2d 114, 116.

THE PATENT IS PRIMA FACIE CONCLUSIVE EVIDENCE OF TITLE, MARSH vs BROOKS, 49 U.S. 223,233.

AN ESTATE IN INHERITANCE WITHOUT CONDITION. BELONGING TO THE OWNER AND ALIENABLE BY HIM, TRANSMISSIBLE TO HIS HEIRS ABSOLUTELY AND SIMPLY, IS AN ABSOLUTE ESTATE IN PERPETUITY AND THE LARGEST POSSIBLE ESTATE A MAN CAN HAVE. BEING IN FACT ALLODIAL IN ITS NATURE, STANTON vs SULLIVAN, 63 R.I. 216 7 A. 696. THE ORIGINAL MEANING OF A PERPETUITY IS AN INALIENABLE, INDESTRUCTIBLE INTEREST. BOUVIER'S LAW DICTIONARY, VOLUME III P. 2570, (1914).

IF THIS LAND PATENT IS NOT CHALLENGED, AS STATED ABOVE, WITHIN 60 DAYS IT THEN BECOMES OUR/MY PROPERTY, AS NO ONE ELSE HAS FOLLOWED THE PROPER STEPS TO GET LEGAL TITLE, THE FINAL CERTIFICATE OR RECEIPT ACKNOWLEDGING THE PAYMENT IN FULL BY A HOMESTEADER OR PREEMPTOR IS NOT LEGAL EFFECT A CONVEYANCE OF LAND. U.S. vs STEENERSON. 50 FED 504,1 CCA 552,4 U.S. APP. 332.

A LAND PATENT IS A CONCLUSIVE EVIDENCE THAT THE PATENT HAS COMPLIED WITH THE ACT OF CONGRESS AS CONCERNS IMPROVEMENTS ON THE LAND, ETC JANKINS vs GIBSON, 3 LA ANN 203.

(5) LAW ON RIGHTS, PRIVILEGES, AND IMMUNITIES; TRANSFER BY PATENTEE ....."TITLE AND RIGHTS OF BONA FIDE PURCHASER FROM PATENTEE..........WILL BE PROTECTED". UNITED STATES vs DEBELL, 227 F 760 (C8 SD 1915), UNITED STATES vs. BEAMON, 242 F 876, (CA8 COLO. 1917): STATE vs HEWITT LAND CO., 74 WASH 573, 134 P.474. FROM 43 USC & 15 n 44. AS AN ASSIGNEE, WHETHER HE BE THE FIRST, SECOND OR THIRD PARTY TO WHOM TITLE IS CONVEYED SHALL LOSE NONE OF THE ORIGINAL RIGHTS, PRIVILEGES OR IMMUNITIES OF THE ORIGINAL GRANTEE OF LAND PATENT. "NO STATE SHALL IMPAIR THE OBLIGATIONS OF CONTRACTS". UNTIED STATES CONSTITUTION ARTICLE I SECTION 10.

4

(6) EQUAL RIGHTS: PRIVILEGES AND IMMUNITIES ARE FURTHER PROTECTED UNDER THE 14TH AMENDMENT TO THE U.S. CONSTITUTION, " NO STATE.... SHALL DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAWS".

IN CASES OF EJECTMENT, WHERE THE QUESTION IS WHO HAS THE LEGAL TITLE THE PATENT OF THE GOVERNMENT IS UNASSAILABLE. SANFORD vs. SANFORD, 139 U.S. 642, 35 L ED 290 IN FEDERAL COURTS THE PATENT IS HELD TO BE THE FOUNDATION OF TITLE AT LAW. FENN vs. HOLMES, 21 HOWARD 481.

IMMUNITY FROM COLLATERAL ATTACK: COLLINS vs. BARTLETT, 44 CAL 371; WEBER vs. PERE MARQUETTE BOOM CO.,62 MICH 626, 30 N. W. 469; SURGET vs. DOE, 24 MISS 118; PITTSMONT COPPER CO. vs. VANINA, 71 MONT. 44, 227 PAC 45; GREEN vs. BARKER 47 NEB 934 66 NW 1032

(7) DISCLAIMER; ASSIGNEE'S SEIZEN IN DEED, AND LAWFUL ENTRY IS INCLUSIVE OF SPECIFICALLY THAT A CERTAIN LAWFULLY DESCRIBED PART AND PARCEL PORTION OF THE ORIGINAL LAND GRANT OR PATENT NO. #392 AND NOT THE WHOLE THEREOF, INCLUDING HEREDITAMENT, TEMEMENTS, PRE-EMPTION RIGHTS APPURTENANT THERETO. THE RECORDING OF THIS INSTRUMENT SHALL NOT BE CONSTRUED TO DENY OR INFRINGE UPON ANY OTHERS RIGHT TO CLAIM THE REMAINING PORTION THEREOF. ANY CHALLENGES TO THE VALIDITY OF THIS DECLARATION & NOTICE ARE SUBJECT TO THE LIMITATIONS REFERENCED HEREIN. ADDITIONALLY; A COMMON COURTESY OF SIXTY (60) DAYS IS STIPULATED FOR ANY CHALLENGES HEERETO. OTHERWISE. LACHES/ESTOPPEL SHALL FOREVER BAR THE SAME AGAINST ALLODIAL FREEHOLD ESTATE; ASSESSMENT LIEN THEORY TO THE CONTRARY (ORS 275.130), INCLUDED.

THE FOLLOWING DOCUMENTS ARE ATTACHED TO THIS DECLARATION, CERTIFIED COPY OF ORIGINAL LAND GRANT OR PATENT, DECLARATION OF HOMESTEAD CERTIFICATE **1136** / APPLICATION **1864**, LAWFUL DESCRIPTION OF A PART AND PARCEL OF SAID GRANTOR PATENT.

X by: Paul-Kennit: C.

X by: Barbara-Ann: Croman

ASSIGNEE(S)

ACKNOWLEDGMENT                                        [CONTINUED...]

5

## NOTARY WITNESS

Utah State )

Utah County )

On __22nd April, 2020__ before me, __K. Usher__ personally
appeared __Paul Kenneth Cromar and Barbara Ann Cromar__ personally known
to me to be the person whose name *is* subscribed to the within instrument and
acknowledged to me that *he* executed the same in *his* authorized capacity, and that
by *his and her* signature on the instrument the person or the entity upon behalf of
which the person acted, executed the instrument.

**WITNESS** my hand and official seal

```
K. USHER
NOTARY PUBLIC • STATE OF UTAH
COMMISSION# 695730
COMM. EXP. 06-23-2021
```

_____ Signature of Notary

When Recorded, Return To:          Paul Kenneth: Cromar
                                    and Barbara Ann Cromar
                                    c/o  9870 N. Meadow Drive
                                    Cedar Hills, Utah  [84062]

6

490

ENT   52870:2020 PG 7 of 11

United States of America

Territory of Utah ꝶ S.S.

County of Utah ꝶ On this twenty ninth day of August A.D. One thousand eight hundred and eighty two personally appeared before me Elijah Mayhew a Notary Public in and for said County Edward Meredith whose name is subscribed to the annexed instrument as a party thereto, personally known to me to be the same person described in, and who executed the said annexed instrument as a party thereto, and duly acknowledged to me that he executed the same freely and voluntarily and for the uses and purposes therein mentioned. In Witness Whereof, I have hereunto set my hand and affixed my official seal, at my office in said County, the day and year in this certificate first above written.

*Seal*

Elijah Mayhew
Notary Public

(4-405)      The United States of America,

To all to whom these presents shall come, Greeting: Whereas, There has been deposited in the General Land Office of the United States a certificate of the Register of the Land Office at Salt Lake City, Utah Territory whereby it appears, that pursuant to the Act of Congress approved 20th May, 1862, "To secure Homesteads to actual settlers on the Public Domain," and the acts supplemental thereto, the claim of John F. Bollows has been established and duly consummated, in conformity to law, for the South East quarter of section eight in township eight South of Range Two East of Salt Lake Meridian, in Utah Territory, containing One hundred and sixty Acres, according to the Official Plat of the Survey of the said Lands, returned to the General Land Office by the Surveyor General: Now Know Ye, That there is therefore granted by the United States unto the said John F. Bollows the tract of Land above described: To Have and to Hold the said tract of land, with the appurtenances thereof, unto the said John F. Bollows and to his heirs and assigns forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing or other purposes, and rights to ditches and reservoirs used in connection with such water rights as may be recognized and acknowledged by the local customs, laws, and decisions of courts; and also subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted, as provided by law. In Testimony Whereof, I Chester A. Arthur, President of the United States of America have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed. Given under my hand, at the City of Washington, the seventh day of January, in the year of our Lord One thousand eight hundred and eighty five, and of the Independence of the United States the one hundred and ninth.

By the President

*Seal*

Chester A. Arthur
By Wm. McKean      Secretary

S. W. Clark, Recorder of the General Land Office

Recorded Vol. 4, page 7⅔

BK S
Pg 489

Whereof I have hereunto set my hand at my office in Goshen Precinct, Utah County Territory of Utah the day and year in this certificate first above written

Elazer Edwards
Justice of the Peace for Goshen Precinct Utah County

United States of America
Territory of Utah } SS.
County of Cache } On this sixth day of April A.D. One thousand eight hundred and eighty five, personally appeared before me W. W. Maughn a Notary Public in and for said County William Higginson proven to me by the oath of James Henderson, a competent witness by me duly sworn for that purpose to be the same person described in and who executed the said annexed instrument as a party thereto and the said William Higginson duly acknowledged to me that he executed the same freely and voluntarily, and for the uses and purposes therein mentioned. In Witness whereof I have hereunto set my hand and affixed my Official seal at my office in Logan City Utah the day and year in this certificate first above written
W. W. Maughn
Notary Public

[Seal]

This Indenture, Made the twenty ninth day of August in the year of our Lord one thousand eight hundred and eighty two Between Edward Meredith of the County Utah and Territory of Utah party of the first part, and Joseph Halliday of the same place the party of the second part. Witnesseth, That the said party of the first part, for and in consideration of the sum of three hundred and fifty (350) Dollars lawful money of the United States of America to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has remised, released and forever quit claimed, and by these presents does remise, release and forever quit claim unto the said party of the second part, and to his heirs and assigns forever, all that certain piece or parcel of land herein and described as follows to Wit: Beginning at the South East corner of Section Six (6) Township four (4) South of Range 2 East Salt Lake City Meridian. Thence North One hundred and sixty rods. thence West forty rods. Thence South One hundred and sixty rods, Thence East forty rods, to the place of beginning. Containing Forty Acres. Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest, property, possession, claim and demand whatsoever, as well in law as in equity, of the said party of the first part, of, in or to the said premises, and every part and parcel thereof, with the appurtenances. To Have and to Hold all and singular the said premises, together with the appurtenances unto the said party of the second part, and to his heirs, and assigns forever. In Witness Whereof, the said party of the first part, has hereunto set his hand and seal the day and year first above written.

Signed sealed and delivered in the presence of }

E. Mayhew
Maring P. Anderson.

Edward Meredith    (Seal)

ENT: 52870:2020 PG 8 of 11

Case 2:17-cv-01223-RJS   Document 148   Filed 02/08/21   PageID.1832   Page 50 of 100

392

# The United States of America,

### To all to whom these Presents shall come, Greeting:

Homestead Certificate No. *75*

Application *862*

**Whereas,** There has been deposited in the General Land Office of the United States a Certificate of the Register of the Land Office at *Salt Lake Utah Territory*, whereby it appears that, pursuant to the Act of Congress approved 20th May, 1862, "To secure Homesteads to actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of *Edward Meredith* has been established and duly consummated, in conformity to law, for the *south east quarter of section six in township five south of range two east of Salt Lake Meridian in Utah Territory containing one hundred and sixty acres*

Bureau of Land Management
Utah State Office
440 West 200 South, Suite 500
Salt Lake City, Utah 84101
I hereby certify that this reproduction is a copy of the
official record on file in this office.

Josh ____ 4/10/2020
Date

according to the Official Plat of the Survey of said Land, returned to the General Land Office by the Surveyor General.

**Now know ye** that there is, therefore, granted by the United States unto the said *Edward Meredith* the tract of Land above described: To have and to hold the said tract of Land, with the appurtenances thereof, unto the said *Edward Meredith* and to *his* heirs and assigns forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights as may be recognized and acknowledged by the local customs, laws, and decisions of courts, and also subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted, as provided by law.

**In testimony whereof, I,** *Grover Cleveland*, PRESIDENT OF THE UNITED STATES OF AMERICA, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

**Given** under my hand, at the City of Washington, the *twenty sixth* day of *February* in the year of our Lord one thousand eight hundred and *eighty seven*, and of the Independence of the United States the *one hundred and eleventh*.

[L.S.]

**By the President:** *Grover Cleveland*

*Robt W Russ* By *M McKean*, Secretary.

, Recorder of the General Land Office.

ENT   52870:2020 PG 9 of 11





## PROPERTY INFORMATION

mobile view

Serial Number: 47:059:0003          Serial Life: 1981...

Property Address: 9870 MEADOW - CEDAR HILLS
Mailing Address: 886 E 490 N LINDON, UT 84042-1595
Acreage: 0.36
Last Document: 121145-2008
Subdivision Map Filing
Legal Description: LOT 3, PLAT C, AMEMDED NORTH MEADOW EST. SUB.



Total Photos: 2

| Owner Names | Value History | Tax History | Location | Photos | Documents | Aerial Image |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 2009... | CROMAR, BARBARA ANN |
| 2009... | CROMAR, PAUL KENNETH |
| 2000-2008 | STRATEGY HOLDINGS |
| 2000-2008 | WHITE, LANNY |
| 1999 | STRATEGY HOLDINGS |
| 1999 | WHITE, LANNY |
| 1996-1998 | ARAN ISLANDS HOLDINGS |
| 1992-1995 | CROMAR, BARBARA A |
| 1992-1995 | CROMAR, KEN |
| 1992NV | TAYLOR HOMES |
| 1988-1991 | NORTH MEADOW INCORPORATED |
| 1984-1987 | NORTH MEADOW INCORPORATED |
| 1981-1983 | NORTH MEADOW INC |

Abstract ▼

Main Menu

Comments or Concerns on Value/Appraisal - Assessor's Office
Documents/Owner/Parcel Information - Recorder's Office
Address Change for Tax Notice

ENT   52870:2020  PG 11 of 11

This page was created on 4/17/2020 4:58:50 PM



EXHIBIT - I

December 7, 2020

<u>Sent:  USPS Certified Return Receipt #7020 0090 0000 4449 9347</u>

MR. JARED PERKINS
c/o OFFICE OF THE UTAH COUNTY ATTORNEY
100 East Center Street, #2100
Provo, Utah 84606

**RE:  NOTICE OF DEFAULT, ACCEPTANCE OF YOUR AGREEMENT, AND INTENT
TO COLLECT**

MR. PERKINS,

I, Paul-Kenneth: Cromar, a living and breathing man upon the land, Secured Party for
the copyrighted and trademarked undersigned name, hereby provide You, flesh-and-
blood MR. JARED PERKINS this **NOTICE OF DEFAULT, ACCEPTANCE OF
AGREEMENT, AND INTENT TO COLLECT** *(hereafter* "DEFAULT, ACCEPTANCE and
COLLECTION"), in part for the reasons explained hereafter.

You, flesh-and-blood MR. JARED PERKINS received Certified return receipt #7019
2280 0000 3191 1523 November 10, 2020 at 10:56 a.m. wherein You were serviced
a **PUBLIC NOTICE, DECLARATIONS, MANDATES, AND LAWFUL PROTEST**
*#PKC2201106a (hereafter* NOTICE & MANDATES), wherein You lawfully and morally

*© 2020 Paul-Kenneth: Cromar ™ – ACCEPTANCE of J. PERKINS ADMISSION – #PKC2201207a*

to obliged to contest, deny or agree by non-response.  You did not respond by the 10-day deadline of November 20, 2020, which I accepted as Your non-response and agreement.

The PUBLIC NOTICE, DECLARATIONS, MANDATES AND LAWFUL PROTEST gave You reasonable notice and grace to locate and produce the required evidence and /or verify the accuracy, reliability, and trustworthiness of the claims and charges You filed in the court with intent to prosecute in cases #201402860 and #201402868. Again, the deadline for production of such evidence, if any existed, was November 20, 2020 – with none being presented or received I accepted as Your non-response and agreement.

You, flesh-and-blood MR. PERKINS, as stipulated with Your failure to respond with support of Your disagreement *(if there had been any),* to the DECLARATIONS & MANDATES is now accepted as your acknowledgement the details therein are true, correct, legal, lawful, and serves as Your irrevocable Agreement attesting to this, fully binding upon You in any court in America, without Your protest or objection.

Accordingly, I now invoke the doctrine of ***estoppel by acquiescence***, because I can prove that Your previous fiduciary contract with me imposes upon You a legal, lawful and moral duty to answer, and Your silence can now be construed as a fraud.

"Silence can only be equated with **fraud** where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." See U.S. v. Tweel, 550 F .2d 297, 299(1977), emphasis added, quoting U.S. v. Prudden, 424 F .2d 1021, 1032 (1970).  See also Carmine v. Bowen, 64 A. 932 (1906).  *(see item #6 on pages 12-13 in* NOTICE & MANDATES)

You, flesh-and-blood MR. PERKINS are hereby notified that I, Paul-Kenneth: Cromar, having received no response from You, ACCEPT by Your silence this resulting **DEFAULT, ACCEPTANCE and COLLECTION** with said **PUBLIC NOTICE, DECLARATIONS, MANDATES, AND LAWFUL PROTEST**, and advise you of My INTENT TO COLLECT all fees, penalties, damages, agreements, requirements and mandates, etc., as identified therein.  A select few facts are highlighted here only as a courtesy to You *(see actual* NOTICE & MANDATES *for _ALL_ Your obligations),* as follows:

1.) **The Controversy is now Lawfully Resolved** (case #201402860 and 201402868) by You, MR. PERKINS while serving as a Deputy Utah County Attorney previously prosecuting two felony charges alleged against Me and my wife, the Cromars, and,

2.) NO LAWFUL CLAIMS exist other than by Us, Paul-Kenneth: Cromar and Barbara-Ann: Cromar, to Our home, land and property at the 9870 North Meadow Drive, of Cedar Hills, which we have never nor intend to ever

3

abandon except by Our wet ink signatures to Our "heirs or assigns forever", which is part and parcel of Land Patent #392, (as signed in 1887 by then President Grover Cleveland and supported in **settled law** supported by 180-years of <u>**UNANIMOUS** Supreme Court</u> findings), at Cedar Hills, in the Utah state, the attempted theft of which was NOT lawfully supported by *Due Process* and *a Trial by Jury* in any state or federal court to date, OR, by You, MR. PERKINS while serving as an officer in the Deputy Utah County Attorney in the Criminal Division now nhhaving knowledge of the fraud via dangerous legal mischief taking place within Your County where You are in official position and indeed are obligated to prosecute actual crime when identified, and,

3.)   I **ACCEPT Your AGREEMENT** that mandates You, "MR. JARED PERKINS pay All other fees for non-response, and various breeches of moral and legal obligation which you MR. PERKINS willing participated in the denying Me of My God-given, Constitutionally guaranteed rights."

The consequences of acting under the *color or law* by law enforcement, a definition which includes "police officers, prisons guards and other law enforcement officials, as well as judges,..." (see Title 18 USC sec 241, and sec 242 and possible R.I.C.O. violations) has possible penalties which includes being *"imprisoned for any term of years or for life, or both, or may be sentenced to death"* **– Exhibit A & B**).  You, MR. PERKINS, along with other law enforcement officials have inflicted irreparable damage

4

to our good names, reputation, our lives, liberties and property, through false arrest and false imprisonment, and other unlawful actions, – and We alert you to Our INTEND TO COLLECT on the DEFAULT already AGREED to by You, as described in DECLARATIONS & MANDATES, at Our earliest possible convenience.

Accordingly, I, Paul-Kenneth: Cromar., as a living and breathing man upon the land, Secured Party for the copyrighted and trademarked Undersigned name, now invoke the doctrine of **estoppel by acquiescence**, as I can prove that You, a living breathing man JARED PERKINS, through recent documented actions served to support the enforcement under the *color of law* of an unlawful transfer of ownership of My LAND PATENTED Cedar Hills home and property, backed by settled law of 180 years of UNANIMOUS Supreme Court rulings, which imposed a legal and moral duty upon You, flesh-and-blood MR. PERKINS to answer, with which your silence is now be construed and accepted as fraud.   WE HAVE BEEN INJURED AND REMAIN ENDANGERED BY THIS FRAUD, ARE HARMED, AND NOW EXERCISE OUR RIGHTS WITH WHICH YOU AGREED BY YOUR SILENCE THAT WE ARE ENTITLED TO COLLECT.   As cited above, *"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."*

Therefore, You, JARED PERKINS are in AGREEMENT with us, thereby nullifying and voiding the conflict which You, MR. PERKINS as of this date, unlawfully and surprisingly continue to prosecute against Us, Paul-Kenneth: Cromar and

Barbara-Ann: Cromar (rather than recuse for conflict of interest in cases #201402860 and #201402868) under *color of law* in Your official capacity as a Deputy Utah County Attorney, thus supporting, aiding and otherwise providing the appearance of credibility to an illegal "DEED" unlawfully filed on the Utah County Record, through Your prosecuting Us under fraudulent felony charges, false arrests and false imprisonments, as unlawfully ORDERED by flesh-and-blood MR. KRAIG J. POWELL *(sometimes acting as a judge in Utah state court who is listed as Defendant a related CIVIL CLAIM by Us in U.S. District Court)*, and as unlawfully enforced with a highly questionable, dramatic, overblown, neighborhood-endangering "75-man" quasi-military, multi-agency SWAT team by flesh-and-blood by MR. MIKE SMITH *(sometimes acting as the Utah County Sheriff)* acting outside of his oath to protect *We the People* from sometimes tyrannical government bad actors.

In the hopes of helping you succeed in your official capacity, under which You also swore a solemn oath to the Constitutions of state and federal, to protect *We the People,* You were offered a MANDATE FOR SUMMARY JUDGMENT AND DISMISSAL WITH PREJUDICE, was filed on the cases at the Utah Fourth District Court (Provo) and mailed to You via USPS Certified Mail #7020 0090 0000 4449 9330 which you received December 4, 2020 at 10:56 a.m., all done in order to simplify and assist your oath-bound object to secure Justice,

and curtail Your heavy and growing obligations under Your Agreed to **NOTICE AND MANDATE**.

MR. PERKINS, Your AGREEMENT of the facts detailed in the **NOTICE AND MANDATE** is hereby ACCEPTED.  **The matter is now settled.**  Thank you!

Accordingly, in the interest of JUSTICE (see **Exhibit C**), You, MR. PERKINS are hereby mandated to withdraw prosecution and VACATE cases **#201402860 and #201402868** so far as it is in your authority to do so <u>by</u> December 20, 2020 in a manner most likely to insure a 76-man (ala *17<u>76</u>*) law-enforcement entourage (unarmed & non-SWAT) with vehicle lights flashing and sirens blaring during Our being escorted back by into Our Meadow Drive home in Cedar Hills <u>by</u> Christmas Eve the 24th [with similarities to My all-time favorite feature film *"It's A Wonderful Life"*], in order to help mitigate the attempted FRAUD AND SWINDLE IN DISHONOR admitted by Your acquiescence to **NOTICE OF DEFAULT, ACCEPTANCE OF YOUR AGREEMENT, AND INTENT TO COLLECT,** and You are respectfully required to IMMEDIATELY end the abuses of law in violation of Our rights, and thus diminish Our continuing pursuit of ever-growing, lawful remedial action against You (some of which could find co-conspirators and perpetrators named in a likely U.S. District Court suit), via the most expeditious compliance to Your Agreement.

**FOR THE AFFIDAVIT IS OF THE TRUTH:**

For I, Paul-Kenneth: Cromar., THE Secured Party
[copyrighted] (Secured Party/Holder in Due Course)

**AM** FOR THE AFFIRMATION OF THE DECLARATION OF THE

TRUTH BY THE FIRSTHAND KNOWLEDGE OF THE FACTS:

| | | | |
|---|---|---|---|
| **Utah** County | ) | Asseveration | {seal} |
| | ) | | |
| **Utah** Republic | ) | | |
| united States of America | ) | L.S. _____ | |

Signed only in correct public capacity
As beneficiary to the Original Republic Jurisdiction.

:Paul-Kenneth: Cromar
c/o 9870 N. Meadow Drive
Cedar Hills, Utah
[ 84062 ]

CC:  MR. WILLIAM P. BARR acting as Attorney General
GARY HERBERT acting as Governor of Utah
MIKE SMITH acting as Utah County Sheriff
DAVID O. LEAVITT acting as Utah County Attorney
LaVoy Finicum - R.I.P. (in c/o his beloved widow Jeannette Finicum)*
Ryan Bundy*
Ammon Bundy*
Shawna Cox*
David Straight*
        ( * via email)

EXHIBIT - J

ENT  89469:2020 PG 1 of 324
JEFFERY SMITH
UTAH COUNTY RECORDER
2020 Jun 26 3:16 pm FEE 40.00 BY MA
RECORDED FOR CROMAR, PAUL-KENNETH

# PUBLIC NOTICE, DECLARATIONS, MANDATES, AND LAWFUL PROTESTS
## -- by Paul-Kenneth: Cromar, including references to:

### US DISTRICT COURT – SLC & OK:
ROBERT J. SHELBY - [Chief Judge - SLC]
D. MARK JONES - [CLERK OF THE COURT - SLC]
TIMOTHY D. DeGIUSTI - [Chief Judge – Oklahoma]

### THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT - JUDGES:
ROBERT E. BACHARACH
MARY BECK BRISCOE
JOEL M. CARSON III
JEROME HOLMES
CAROLYN B. McHUGH
GREGORY A. PHILLIPS

### U.S. DEPARTMENT OF JUSTICE:
RICHARD E. ZUCKERMAN - Principal Deputy Assistant Attorney Gen.
DAVID A. HUBBERT - Deputy Assistant Attorney General
ROBERT J. BRANMAN - DOJ - Attorney -- Appellate Section
RYAN S. WATSON – Lead Prosecutor - Trial Attorney, Tax Division
JOHN W. HUBER - United States Attorney (#7226)
JOHN K. MANGUM (#2072) - Assistant United States Attorney
"GARY CHAPMAN" [alias] - Employee ID # 10000324786 - IRS SBSE, Collections -- PALS
WANDA I. MANLEY - IRS Revenue Officer/Advisor

### UTAH STATE OFFICIALS:
LYNN W. DAVIS -- [Judge] - Utah Fourth District Court, Provo
JEFFREY SMITH - UTAH COUNTY RECORDER
ADAM ELLISON - American Fork Police Department

### CC:
WILLIAM P. BARR - U.S. Attorney General / Dept. of Justice
GARY R. HERBERT - GOVERNOR -- STATE OF UTAH
TIMOTHY TYMKOVICH - [Chief Judge of the Tenth Circuit Court of Appeals]
LaVoy Finicum R.I.P. - (c/o widow Jeanette Finicum)
Ryan Bundy
Ammon Bundy
Shawna Cox
US DISTRICT COURT JUDGES - Judge Howard C. Nielson Jr. / Judge David B. Barlow
Utah Senator Mike Lee

Filed on the Utah County Record by:

Paul-Kenneth: Cromar.
c/o 9870 North Meadow Drive
Cedar Hills, Utah
[84062] kencromar@bluemonprod.com
47:059:0003

# "PUBLIC NOTICE, DECLARATIONS, MANDATES, AND LAWFUL PROTESTS"
## – from Paul-Kenneth: Cromar, to:

## <u>US DISTRICT COURT – SLC & OK:</u>

**ROBERT J. SHELBY**
[Chief Judge - SLC]

**D. MARK JONES**
[CLERK OF THE COURT - SLC]

**TIMOTHY D. DeGIUSTI**
[Chief Judge – Oklahoma]

———————

ROBERT J. SHELBY
[Chief Judge]
c/o US DISTRICT COURT
351 South West Temple
Salt Lake City, UT 84101
USPS - 7019 2970 0001 7192 9347
Delivered & Received - June 15, 2020

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 2970 0001 7192 9347

For delivery information, visit our website at www.usps.com®.

SALT LAKE CITY, UT 84101
OFFICIAL USE

Certified Mail Fee $3.55
Extra Services & Fees (check box, add fee as appropriate) $2.85
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.40
Total Postage and Fees $7.80

0160
30
Postmark Here
06/13/2020

Sent To ROBERT J. SHELBY c/o UNITED STATES DISTRICT COURT
Street and Apt. No., or PO Box No. 351 South West Temple
City, State, ZIP+4® Salt Lake City, UT 84101

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Tue Jun 16 9:31:39 AM Ken Cromar

USPS.com® - USPS Tracking®

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=7019 2970

USPS.COM® | Quick Tools | Mail & Ship | Track & Manage | Postal Store | Business | International | Help

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY BE EXTENDED. PRIORITY MAIL EXPRESS® SERVICE WILL NOT CHANGE. READ MORE›

## USPS Tracking®

Tracking FAQs ›

Track Another Package +

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Remove ×

**Tracking Number: 70192970000171929347**

Status

Your item was delivered to an individual at the address at 12:48 pm on June 15, 2020 in SALT LAKE CITY, UT 84101.

**Delivered**

June 15, 2020 at 12:48 pm
Delivered, Left with Individual
SALT LAKE CITY, UT 84101

Get Updates

Delivered

Feedback

**Text & Email Updates**

**Tracking History**

June 15, 2020, 12:48 pm
Delivered, Left with Individual
SALT LAKE CITY, UT 84101
Your item was delivered to an individual at the address at 12:48 pm on June 15, 2020 in SALT LAKE CITY, UT 84101.

June 15, 2020



# DEED OF SECONDARY CONVEYANCE OF INCORPOREAL HEREDITAMENTS
## AN AUTHENTICATED FOREIGN DOCUMENT - HAGUE CONVENTION, 5 OCTOBER 1961

# PUBLIC NOTICE, DECLARATIONS, MANDATES, AND LAWFUL PROTEST

### THE LAW DOES NOT PERMIT IMPOSSIBILITIES

| | | |
|---|---|---|
| Utah County | ) | |
| | ) | Asseveration |
| **Utah** Republic | ) | |
| united States of America  .. | ) | L.S. by Paul-Kenneth |

Signed only in correct public capacity
As beneficiary to the Original Jurisdiction

NOTICE.  The term "Original Jurisdiction" herein and in all other documents issued by **Paul-Kenneth: Cromar,** means the constitution for the united States of America, anno Domini 1787, and articles of amendment anno Domini 1791 and other original parent agreements as indexed in Paragraph Number 12 below.

Let Right Be Done, Though The Heavens Should Fall

I, **Paul-Kenneth: Cromar** a/k/a **Paul-Kenneth** of the family :**Cromar**, in public capacity as beneficiary to the Original Jurisdiction, being of majority in age, competent to testify, a self-realized entity, a free, living and breathing Man upon the free soil, an American citizen of the ~~American Republic, My yeas being yeas, My nays being nays,~~ do hereby state that the truths and facts herein are of first hand personal research, true, correct, complete, certain, and not misleading, so help me GOD.

### PUBLIC NOTICE

THIS DOCUMENT GIVES NOTICE TO all **Public Officials** by and through the **Office of the Secretary of State, the United States of America a/k/a UNITED STATES a/k/a U. S. a/k/a UNITED STATES OF AMERICA, and the Office of the Secretary of State, the** ~~State of Utah a/k/a Utah a/k/a STATE OF UTAH a/k/a UT~~ a/k/a "this State" and to all whom it may concern, of the **DECLARATIONS, LAWFUL PROTESTS** and other matters contained herein.

---

**NOTICE OF FOREIGN JURISDICTION**
**TO: ALL U.S. AND STATE AGENTS & OFFICERS**

When this notice is affixed to a premises, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure.  The bearer of this Notice has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention.  Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

---

1

# DECLARATIONS

## APPELLATION, STATUS, AND FACTS

1.      **KNOW ALL MEN BY THESE PRESENTS**, Paul-Kenneth: Cromar, a/k/a Paul-Kenneth of the family : Cromar does hereby state, assert and aver all of the following:

2.      Paul-Kenneth: Cromar, is a living, breathing free Man upon the free soil, an American citizen of the American Republic, also known as a declared Utah state national, beneficiary to the Original Jurisdiction.

3.      Paul-Kenneth: Cromar, is not a United States Citizen, subject, vessel or "person" as defined in Title 26 United States Code, Section 7701 or elsewhere, or any other *ens legis* artificial person, individual, entity, fiction of law, procedural phantom or juristic personality, **notwithstanding the reproduction of any such fictions in any media, computer, record or instrument, written or electronic.**

4.      **Paul-Kenneth: Cromar, is foreign to the United States and retains official authority** within his chosen jurisdiction. As beneficiary to the Original Jurisdiction, he is not subject to nor does He volunteer to submit to or contract with any *ens legis* artificial or corporate jurisdiction to which a United States person may be subject.

5.      **Paul-Kenneth: Cromar, reserves all Rights, Remedies and Defenses** granted to him by God and memorialized by **Paul-Kenneth: Cromar's** correct public capacity as beneficiary to the Original Jurisdiction.

6.      **Paul-Kenneth: Cromar, waives no Rights, Remedies or Defenses** nor yields imprescriptible Rights including, without limitation, the Right to movement and travel without ~~restriction, permission or license in any conveyance of His choosing on any public roadway in~~ America, and the right to bear arms for the protection of His family, friends and neighbors without restriction, unless such wavier is specifically done so lawfully in writing.

7.      **Paul-Kenneth: Cromar, did not, does not, nor does he ever intend to volunteer, consent or contract** to being identified as, of, or connected by any nexus to, any institutional, bifurcated, public *cestui que* trust or other fictional construction of law or *ens legis* entity of a political state or subdivision thereof, in any capacity including, without limitation, as trustee, co-trustee, surety, co-surety, officer co-officer, fiduciary or co-fiduciary.

8.      **Paul-Kenneth: Cromar, reserves the nature and character of his exact and proper designation as:**

<div align="center">

**Paul-Kenneth: Cromar**

</div>

or in the alternative,

<div align="center">

**Paul-Kenneth of the family, :Cromar.**

</div>

...**which shall be spelled written, formatted, printed, engraved and inscribed now and in perpetuity** in all media exactly and precisely as just above-written with a first and second given name separated from, and joined to, a family name by a mark of punctuation or the words "of the

family"; with the first letter of each given and family name being capitalized and all other letters being written in lower case fully in accord with the Rules of English Grammar.

9.      **Trade Mark notice.** The name **Paul-Kenneth: Cromar** by common law is Trade Marked ™ and all trade names and derivatives thereof, whether or not registered, are Trade Marked ™ by and property of **Paul-Kenneth: Cromar,** to whom all rights are reserved. The use thereof without the express written permission of **Paul-Kenneth: Cromar,** creates a voluntary and informed consensual contract obligating the unauthorized user to the payment of a Trade Mark infringement fee as follows:

**A Trade Mark infringement fee in the sum certain of two-hundred fifty-thousand dollars ($250,000.00)** lawful specie, gold, or silver, American mint, or certified bullion, Lawful coin money at current spot market price pursuant to the Constitution for the united States of America, 1787 anno Domini, amended anno Domini 1791, Article I, Section 10, Clause 1, shall apply to each unauthorized use of the designation **Paul-Kenneth: Cromar,** and to each attempt or event of conversion, alteration, distortion and/or misnomer whether by improper spelling, abbreviation, capitalization, initializing, reversal of parts, or conversion to a fiction of law or other juristic personality or artificial being.

10.      Clause 1, shall apply to each unauthorized use of the designation **Paul-Kenneth: Cromar,** and to each attempt or event of conversion, alteration, distortion and/or misnomer whether by improper spelling, abbreviation, capitalization, initializing, reversal of parts, or conversion to a fiction of law or other juristic personality or artificial being.

11.      **The legal doctrine of *idem sonans* is inapposite to Paul-Kenneth: Cromar,** whether oral or written; all such improper usages and misnomers comprising infringement on the above-noticed copyright.

12.      **Paul-Kenneth: Cromar, does hereby accept the Original Jurisdiction,** to wit:

     A.      Constitution for the united States of America, anno Domini 1787,
            Articles of Amendment anno Domini 1791;

     B.      National Bill of Rights, anno Domini 1776;

     C.      The Northwest Ordinance, anno Domini 1787

     D.      Constitution of Utah, anno Domini 1896;

     E.      Bill of Rights for Utah, anno Domini 1896;

13.      **Paul-Kenneth: Cromar,** does hereby further state, assert and aver the following facts:

     a.      It is well established the Hague Regulations and Geneva Convention IV specifically protect the original jurisdiction from encroachment upon internationally protected people.

     b.      Furthermore, it is well established under public policy that citations, legislations, prescriptions and other comprise a cloak to disguise collateral undertaking in U.S. Funds. All such offers want for authority under original organic State Constitutions pursuant to which they are forbidden and can **never be duly enacted.**

     c. The U.S. a/k/a the United States is defined as a federal corporation at Title 28 USC 3002(15).

3

d. The United States is bankrupt pursuant to Perry v. United States, 294 US 330-381 (1935); 79 L. Ed 912.

e. United States is an obligor/grantor to the Federal Reserve Bank pursuant to the Federal Reserve Bank Act of December 23, 1913, 38 Stat 265, Ch. 6.

f. The said Federal Reserve Bank Act comprises a contractual granting by Congress to the Federal Reserve Bank of a paramount and enduring (ex-warrant 1913-1933) lien on the assets of the United States and all parties who would use bank notes issued by the Federal Reserve Bank pursuant to 38 Stat 265, Ch. 6 p266-267.

g. The Congress of the United States, by authority of the Gold Bullion Coin Act of 1985, PL 99-185, December 17, 1985, 99 Stat 1177 has decreed its intention that all Americans can no longer be forced into an obligor/grantor status in relation to said Federal Reserve Bank Notes.

h. The Constitution for the united States of America, 1787, Article 1, Section 4, Clause 2 (1856) states that Congress shall assemble at least once in every year, which shall be the first Monday of December.  Notwithstanding, Amendment XX, Section 2 (1933) states: "The Congress shall assemble at least once in every year, and that such meeting shall begin at noon on the third day of January, unless they by law appoint a different day."

14.     The Constitution cannot be in conflict with itself.  The *de jure* legislature of the united States of America identified as "Congress" in the aforementioned Article 1, Section 4, Clause 2 (1856) adjourned *"sine die"* in 1861.  Evidence of its reconvening in the absence of a congressional quorum has not been exhibited by the United States.  The national legislative body discernible in Amendment XX, Section 2 first appeared in 1863 by executive resolution as a department of the Executive Branch of government pursuant to "Emergency War Powers."  This *de facto* "Congress" was conceived and continues to sit at the pleasure of the president of the corporate *ens legis* UNITED STATES.

15.     The *de jure* private people who, by their inherent character *in rerum natura*, are **foreign to and wholly without the corporate *ens legis* United States** are not subject to the actions, acts and whims of the *ens legis* Congress of the corporate UNITED STATES.  Accordingly, living Men *in rerum natura* are not subject to the Federal Reserve Bank Act of December 23, 1913 which wants for force and effect of law in the Original Jurisdiction.

16.     Disclosure of the facts and frauds stated herein has been denied to **Paul-Kenneth: Cromar,** in his rightful capacity as beneficiary of the Original Jurisdiction by an extraordinary and persistent policy of covin, conspiracy, and collusion constructed and condoned by the UNITED STATES Congress, Amendment XX, the Federal Reserve Bank/System, and contractors, agents, assigns, successors, heirs, representatives, obligors and grantors thereof.

17.     It is well settled in law that "no right, by ratification or other means, can arise out of fraud." Fraud vitiates everything it touches.  There exists no lawful statute of limitation on fraud.

18.     By this PUBLIC NOTICE, DECLARATIONS AND LAWFUL PROTEST, the following addendum is attached by reference herein in its entirety to any and all Federal Reserve Notes, public policy instruments, and documents regardless of kind arising from or relating to the Federal Reserve Bank/System which are held, received or used by **Paul-Kenneth: Cromar**, now and in perpetuity:

4

> "The use of this instrument/conveyance by **Paul-Kenneth: Cromar,** is of
> necessity only and under Lawful Protest, *nunc pro tunc* to December 23,
> 1913, in the absence of a reasonable alternative."

19.     The labor of **Paul-Kenneth: Cromar,** is measured and valued *quantum meruit*
exclusively in gold and silver coin. As the value of such labor is tangible, it cannot be measured
by any instrument which serves as evidence of debt, notwithstanding that the operational currency
of the corporate UNITED STATES consists exclusively of instruments noted thereon to be
evidence of liability.

20.     **Paul-Kenneth: Cromar, hereby expressly states his intention to pay,** extinguish and
satisfy all of His obligations and make all parties whole. Accordingly, **Paul-Kenneth: Cromar,**
specifically disavows the use of "discharge" as a fraudulent transaction which implies payment
but serves to covertly transfer the debts of **Paul-Kenneth: Cromar,** to other parties contrary to
**Paul-Kenneth: Cromar,** deeply held Scriptural beliefs under God regarding theft and deceit.

21.     **Paul-Kenneth: Cromar,** is not now and has never been a United States Citizen under the
Fourteenth and Sixteenth Amendments of the *ens legis* Constitution for the corporate UNITED
STATES, notwithstanding any failures to properly pass the said amendments into law.

22.     **Paul-Kenneth: Cromar, has the absolute unalienable Divine right to keep and bear
arms** of any kind for protection of Self, family, and neighbors, by his own will and this
DECLARATION.

23.     **Paul-Kenneth: Cromar, has the absolute unalienable Divine right to move and
travel upon all public roadways** in America, of whatever kind and nature, in whatever mode or
carriage of transportation He may choose, without license or permission or any other
infringement of that right, by His own will and this DECLARATION.

24.     In addition to all of the above, **Paul-Kenneth: Cromar,** retains all of the Rights as
enumerated and protected by the constitutions, bills of rights, and ordinance pursuant to the
Original Jurisdiction.

# LAWFUL PROTEST

**As it is a crime to conceal a crime and conceal a fraud, Paul-Kenneth: Cromar, makes
Lawful Protest against, abjures, denounces, refuses, takes exception and does not assent to:**

1.     The formation of any institutional, bifurcated, public, *cestui que* trust in violation of the
copyright of **Paul-Kenneth: Cromar,** previously declared herein.

2.     Any allegation or presumption that **Paul-Kenneth: Cromar,** has consented expressly or
tacitly to being a Citizen pursuant to the Fourteenth and/or Sixteenth Amendment of the *ens legis*
Constitution of the UNITED STATES.

3.     Any pledge, mortgage, lien or encumbrance by the Council of State Governors, March 6,
1933 which would identify **Paul-Kenneth: Cromar,** as a security, surety, co-surety or collateral
for any part or portion of the public debt which has been hypothecated by the use of counterfeited
Federal Reserve securities.

5

4.      The forced involuntary use of U.S. funds such as Federal Reserve Bank/System notes, commercial liability instruments and electronic liability transactions as part of a scheme to compel the principals to impart artificial commodity value to the liability evidenced thereon, on the authority of MacLeod v. Hoover, (June 22, 1925) No. 26395, S. Ct. Louisiana; 105 S. Rep. 305, that court citing U.S. Bank v. Bank of Georgia, 23 U.S. 333, 10 Wheat, 333, 6 L. Ed. 34.

5.      Any presumption that Paul-Kenneth: Cromar, has volunteered to be a debtor in possession of Federal Reserve Notes with expectation of a quid pro quo; a guarantor/surety/co-surety on the lien created by the Federal Reserve Bank Act of December 23, 1913; a party to any confidence game, scheme, forced or *cestui que* use whereby paper wanting inherent value is placed into circulation by the Federal Reserve Banks in lieu of Constitutionally required gold or silver; a party to the failure of public officials and Federal Reserve principals to provide full disclosure of the liabilities and perils of using private scrip, instruments of debt, corporate U. S. obligations, and Federal Reserve Notes as inauthentic replacements for lawful money.

6.      Any presumption that **Paul-Kenneth: Cromar,** has at any time expressed or implied a promise to guarantee the debt hypothecated by the said Federal Reserve Act, the private debt of the corporate UNITED STATES, or any obligations of the Federal Reserve Banks, agents, contractors, assigns, successors, heirs and grantors thereof, now and in perpetuity.

7.      Any presumption that Paul-Kenneth: Cromar, has at any time volunteered expressly or tacitly to join as a co-conspirator in any fraud, conspiracy, covin, collusion, confederation or joint ~~business venture operated by the~~ *de facto* ~~STATE OF UTAH and the corporate~~ *ens legis* UNITED STATES as a surety, co-surety, guarantor or other obligor.

8.      Any attempt to induce **Paul-Kenneth: Cromar,** to act as a tort feasor to the Constitution for the united States of America, anno Domini 1787, where at Article 1, Section 10, it states "No State shall . . . emit bills of credit; make anything but Gold and Silver Coin a tender in payment of debts," all such offers being refused for fraud.

9.      Pursuant to the Original Grant of Depositum for Bailment via the 1896 Constitution of UTAH, **Paul-Kenneth: Cromar,** makes Lawful Protest against, abjures, denounces, refuses, takes exception and does not assent to the calculated use of legal fictions to undermine and convert the political Will of the People on the free soil of the organic country known as Utah into a legislative democracy that transforms the free People into subjects of the municipal law of foreigners within the geographical exterior boundary of Utah and contrary to the Northwest Ordinance and the original Grant of the People, September 17, 1787, anno Domini, as amended 1791, ~~anno Domini~~.

# MANDATES

**IT IS HEREBY EXPRESSLY MANDATED TO IMMEDIATELY:**

1.      **RETURN THE DEPOSITUM FOR BAILMENT** to **Paul-Kenneth: Cromar,** in his capacity as descendent by blood of the original Bailor/Grantor/Settlor and his endowment to warrant same by Almighty God, pursuant to the terms, conditions, stipulations, exceptions and reservations contained within the Original Grant.

2.      ACKNOWLEDGEMENT, RECOGNITION AND RETURN BY THE BAILEE OF THE SAID DEPOSITUM OF BAILMENT to Paul-Kenneth: Cromar, as repository trustee for the Original public Trust.

3.      EXHIBIT THE AUTHORITY whereby Paul-Kenneth: Cromar, can be compelled, forced or enticed to falsely act as a tort feasor to Article 1, Section 10, Clause 1 of the Original Grant against his will by using the aforementioned fictional bank notes within a scheme of discharge disguised as payment.  Failure to so exhibit within fifteen (15) days of PUBLIC NOTICE comprises stipulation that no such authority exists.

4.      EXHIBIT THE AUTHORITY whereby Paul-Kenneth: Cromar, can be compelled, forced or enticed to falsely present himself as a United States Citizen/person in violation of the Fourteenth and Sixteenth Amendments prohibition against slavery and involuntary servitude. Failure to so exhibit within fifteen (15) days of PUBLIC NOTICE comprises stipulation that no such authority exists.

5.      ADMIT OR DENY that all actions of the UNITED STATES, the STATE OF Utah and all political subdivisions thereof whether judicial, administrative, municipal, county or otherwise are by their nature actions *indebitatus assumpsit*.  Failure to respond within thirty (30) days of PUBLIC NOTICE comprises admission of an ongoing Fraud against the beneficiaries of the Original Jurisdiction.

> "Suits as well as transfers may be the protective coverings of fraud," Steelman v. All Continent Corp., 301 US 278, 81 L. Ed 1085; Shapiro v. Wilgus, 287 U.S. 348, 355, 53 S. Ct. 142, 144, 85 A.L.R. 128.  "The fact that the means employed to effect the fraudulent conveyance was the judgment of a court and not a voluntary transfer does not remove the taint of illegality," First National Bank v. Flershem, 290 US 504, 78 L. Ed. 465.  "... it is obvious that the fraud did not occur in open court nor in that sense enter into the decrees under attack, hence the fraud of which we complain was not susceptible to insulation. In the language of Shapiro v Wilgus, 287 US 348, 77 L. Ed 355. It was part and parcel to a scheme whereby the form of a judicial remedy was to supply a protective cover for a fraudulent design." Also, Steelman, supra Flersham, supra, Braun, supra., "That in the absence of an adversary trial or decision the distinction between extrinsic and intrinsic fraud becomes immaterial and made clear by the following from the Throckmorton opinion," 98 US 61, 65, Braun, supra.

6.      EXHIBIT VERIFIED EVIDENCE proving the time, place and nature of full disclosure of the benefits, risks and perils by which Paul-Kenneth: Cromar, could knowingly volunteer to submit to the Federal Reserve Bank Act of 1913.  Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that no such disclosure was made.

7.      ADMIT OR DENY that Paul-Kenneth: Cromar, did in fact knowingly and voluntarily ratify the *cestui que* trust created by the UNITED STATES through the Federal Reserve Bank Act of 1913 which resulted in the use of grammatical derivations of Paul-Kenneth: Cromar's name in a scheme of intentional misnomer for profit and gain.  Failure to respond within thirty (30) days of PUBLIC NOTICE comprises denial that the *cestui que* trust created by the UNITED STATES through the Federal Reserve Bank Act of 1913 was ever duly and lawfully ratified by and any assumption of such ratification is false.

8.      EXHIBIT VERIFIED EVIDENCE proving the knowledgeable and voluntary ratification and acceptance by Paul-Kenneth: Cromar, of the aforesaid *cestui que* trust. Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that the said *cestui que* trust was never ratified by Paul-Kenneth: Cromar, and any assumption of such ratification is false.

7

9.     **EXHIBIT VERIFIED EVIDENCE** proving the granting of a copyright license by **Paul-Kenneth: Cromar**, expressly conveying to the licensee the authority to use grammatical derivations of the proper name belonging to **Paul-Kenneth: Cromar**, in a scheme of intentional misnomer for profit and gain through an unauthorized *cestui que* trust. Failure to respond within thirty (30) days of PUBLIC NOTICE comprises stipulation that all such misnomers and uses of the aforesaid *cestui que* trust comprise intentional copyright infringement.

10.    I **Paul-Kenneth: Cromar**, do hereby deny having received disclosure of the existence, benefits, risks and perils of a *cestui que* trust named derivatively at any time, or having been asked to ratify the said trust. Consequently, I do hereby deny, denounce, adjure and disavow having ever ratified any such trust.

11.    I **Paul-Kenneth: Cromar**, Beneficiary of the *cestui que* trust, rejects and never accepted Offer to contract and does not consent to any proceedings.

12.    I **Paul-Kenneth: Cromar, beneficiary of *cestui que* trust mandate All debt** against **Paul-Kenneth: Cromar, AND Barbara-Ann: Cromar,** from the IRS be released, immediately voided, all liens and notices of lien voided, and all claims on land, property, improvements, or any pursuit of happiness at a place commonly known as 9870 North Meadow Drive in a neighborhood known as Cedar Hills in Utah state, be returned to **Paul-Kenneth: Cromar, AND Barbara-Ann: Cromar,** with a written **DECLARATION OF APOLOGY for denying Constitutional rights to due process, hearing, trial by jury and justice, be drafted and signed by you, notarized, then be recorded on the property through the Utah County Recorder, with this original being mailed to the address below via NEXT DAY USPS mail. If this mandate is not met, a penalty of ten thousand ($10,000.00) dollars a day will be enforced until such time the debt is paid in full, County record corrected, apology filed thereon, and if necessary, the house is returned with a $660,000 terrorism and threat of endangerment personal distress fee, plus $1000 per day penalty until fee is paid in full.**

13.    I **Paul-Kenneth: Cromar,** beneficiary of *cestui que* trust do hereby instruct, Flesh-and-Blood MR. ROBERT J. SHELBY being an officer of the CORPORATION cannot use the name of Paul KENNETH CROMAR, in any form, it is a **felony** in the **Utah State.**

14.    I **Paul-Kenneth: Cromar,** beneficiary of the *cestui que* trust, do not have a contract with any court of the UNITED STATES. If threatened in any manner, I **Paul-Kenneth: Cromar,** in the Body of Flesh-and-Blood by MR. JOHN W. HUBER, MR. D. MARK JONES, MR. TIMOTHY D. DeGIUSTI, MS. EVELYN J. FURSE, MR. RYAN S. WATSON, RICHARD E. ZUCKERMAN, MS. NANCY K PHILLIPS, R. A. MITCHELL, MS. WANDA I. MANLEY, MS. JOAN FLACH or JOAN FLACK, and MR. "GARY CHAPMAN" (alias for Employee ID # 10000324786), any Corporate employee, or any other suspected criminals not named here, charge for such fraud at Seventy-Five Thousand ($75,000.00) DOLLARS per officer, official or living individual. If any perceived threats are manifest, all the people above may be exposed to

8

investigation and prosecution for possible RICO violations, and all the fines, penalties and imprisonment there under.

15.    I **Paul-Kenneth: Cromar,** beneficiary of *cestui que* trust mandate that MR. ROBERT J. SHELBY show that the corporate regulations have authority over the BODY of Flesh-and Blood of **Paul-Kenneth: Cromar**. And since the corporation of the UNITED STATES has no authority over the Body of Flesh-and Blood, now fraud and swindle in dishonor, and extortion charges, do now apply since trying to bring me into contract with the corporation of the UNITED STATES, a penalty of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00) now applies to the Corporation of the OFFICE of ADMINISTRATIVE HEARINGS a subsidiary of the UNITED STATES Corporation for the distress that has been incurred to me in the Body of Flesh-and Blood.

16.    I **Paul-Kenneth: Cromar,** beneficiary of *cestui que* trust mandate that MR. ROBERT J. SHELBY provide a certified copies signed under the pains and penalty of perjury, of his Oath of Office, his Anti-Bribery Statement, his Foreign Agents Registration Act disclosure (see FARA.gov), and his bond number and bonding company name, address, phone and agent contact, sent via NEXT DAY USPS in c/o the mailing address below.

17.    I **Paul-Kenneth: Cromar,** beneficiary of *cestui que* trust mandate that MR. ROBERT J. SHELBY provide a certified financial audit and record audit of ALL United States District Court records surrounding any case, including but not limited to filings, phone logs, texts, emails, audio and/or video recordings, payment, payer and/or payee name(s), bonds, claims, off-sets, and ALL associated cataloguing numbers – signed declaring if 100% accurate under the pains and penalty of perjury that nothing related to Paul-Kenneth: Cromar, and/or Barbara-Ann: Cromar, since January 1, 2007 to the present day delivery of above items, has been withheld – in both hard copy and electronic. This including but not limited to case filings from 2:17-cv-01223-RJS-EJF, and all are required to be sent via NEXT DAY USPS mail free of charge, c/o mailing address below.

18.    If these mandates are not met in a timely basis, then arrests BY the appropriate authorities, at the appropriate time after 30 days will be made. I **Paul-Kenneth: Cromar,** hereby MANDATE MR. ROBERT J. SHELBY immediately resign without retirement pay for fraud and swindle in dishonor committed as the chief administrator (sometimes erroneously called the "Honorable Chief Judge" of the US District Court).

19. I **Paul-Kenneth: Cromar,** Beneficiary of the *cestui que trust*, do hereby instruct MR. WILLIAM P. BARR attorney general of **UNITED STATES corporation,** and responsible for all DOJ corporate employees for the **UNITED STATES,** to hereby enforce all above mandates. If these mandates are not met within thirty (30) days from the date of receipt of this **PUBLIC NOTICE, DECLARATIONS, MANDATES AND LAWFUL PROTEST,** all individual names mentioned in this document will be submitted to the US Marshals and/or the Utah County Sheriff for action.

9

# CAVEAT LAW – SUPREME COURT CASES

1.      All public officials, Officers of government bodies politic, in all branches/departments, Executive, Legislative, or Judicial, being of Oath of Office, bonded to fidelity, are under ministerial duty,   Supervisors v. United States ex rel. 71 U.S. 435, 4 Wall 435, U.S. v. Thomas, 15 Wall 337, U.S. v Lee, 106, US 196, 1 S. Ct 240, fiduciary/trustees, U.S. v Carter, 217 US 286, 30 S. Ct 515. "The implication of a trust is the implication of every duty proper to a trust... Whoever is a fiduciary or in conscience chargeable as a fiduciary is expected to live up to them." Buffum v Peter Barceloux Co. 289 US 227, 237; 77 L. Ed 1140, 1146, cited Braun v. Hansen, 103 F.2d 685 (1939), wherein it further states "Being fiduciaries, the ordinary rules of evidence are reversed", must obey the law, Butz v. Economou, (US) 98 S Ct. 2895, Davis v Passman (1979, US) 442 US 226, 99 S. Ct. 2264.

2.      "The law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a public officer." Lyle v Arkansas, 9 Howe 314, 13 L. Ed 153, Duluth & Iron Range Co. v Roy, 173 US 587, 19 S. Ct 549, 43 L. Ed 820. "It is a maxim of the law, admitting few if any exceptions, that every duty laid upon a public officer for the benefit of a private person, is enforceable by judicial process". Butterworth v U.S. ex rel. Hoe, 112 US 50, 5 S. Ct 25, 28 L. Ed 656.

3.      "A ministerial officer is liable for an injury done, where his acts are clearly against the law." Tracy v. Swartwout, 10 Pet. 80, 9 L Ed 354. "The judicially fashioned doctrine of official immunity of judicial, legislative or executive officers does not reach so far as to immunize criminal conduct prescribed by an Act of Congress." O'Shea v. Littleton, 414 US 488, 94 S Ct. 669, "in equity there are certain rules prohibiting parties bearing certain relations to each other from contracting between themselves; and if parties bearing such relations enter into contracts with each other, courts of equity presume them to be fraudulent, and convert the fraudulent party into a trustee." Perry on Trusts (7th Ed) Sec. 194, in Braun v Hansen (1939) 103 F 2d 685. Under the doctrines of *res gestae, res ipsa loquitur, respondeat superior*, as now having prior knowledge, authority, power, opportunity to prevent or aid in preventing injury, damage, having been or about to be committed. Title 42 USCS Section 1986, as applies to public officials, Officers, by the existence of an agreement between two or more persons, acting in a private conspiracy, McNalley v Pulitzer Pub. Co. (1976) 532 F 2d 69, 429 US 855, 50 L Ed 2d 131, to conspire, through said conspiracy, to impede or hinder, or obstruct or defeat the due course of justice in a State or Territory, with the purposeful intent to deny the equal protection of the law, under color of State law or authority, or other, Griffin v. Breckinridge (1971) 403 US 88, 91 S Ct. 1790, depriving of having or exercising a Right, Federal Conspiracy to Obstruct Justice Act (Title 42 USCS Section 1985(2), deprivation of due process, even by federal officials, Williams v. Wright (1976) 432 F Supp 732, Founding Church of Scientology v Director, FBI (1978)459 F Supp 748, 98 L Ed 2d 150, 108 S Ct 199, even District Attorneys, Rouselle v Perez (1968) 293 F Supp. 298, places upon you the badges of fraud, prior knowledge, superior knowledge of the law, will of intent, perjury of Oath of Office, constructive treason, bad faith, breach of fiduciary/trustee responsibility, whereupon "Being fiduciaries, the ordinary rules of evidence are reversed," (1939) 103 F 2d 685. Further, being advised, as in Ex Parte v Young, 209 US 123 (1908), **"The attempt of a State Officer to enforce an unconstitutional statute is a proceeding without authority of and does not effect, the State in its sovereign or governmental capacity, and is an illegal act, and the officer is stripped of his official character and is subject in his person to the consequences of his individual conduct. The State has no power to impart to its officer immunity from responsibility to the supreme authority of the United States."** (Emphasis added.)

10

Support NOTES from lower courts: From Perry on Trusts, (7th ed), Sec. 851 "… in order that the release, confirmation, waiver, or acquiescence may have any effect …. The cestui que trust must also know the Law, and what his rights are, and how they would be dealt with by the court." The Supreme Court of Arizona in Garrett v Reid Cashion Land, 34 Ariz 245, 270 P. 3044 at page 1052 quotes thus from Adair v Brimmer, 74 NY 539 "Confirmation and ratification imply to legal minds, knowledge of a defect in the act to be confirmed, and the right to reject or ratify it. The cestui que trust must therefore not only have been acquainted with the facts, but apprised by the law, of how these facts would be dealt with by a court of equity, All that is implied in the act of ratification, when set up in equity by a trustee against his cestui que trust, must be proved, and will not be assumed. The maxim 'ignorantis legis excusat neminem' cannot be invoked in such a case. **The cestui que trust must be shown to have been apprised of his legal rights.**" (Emphasis added.) Also from Ungrich v Ungrich, 115 NYS 413, 417, "The rule (is) that to fasten ratification upon a cestui que trust he must not only have been acquainted with all the facts, but apprised also in the law, and how such facts would be dealt with by a court of equity." Likewise, Thaw v Thaw, 27 Fed 2d 729, US v Carter, 217 US 286, 54 L Ed 769, Wendt v Fisher (Cardozo, J.) 234 NY 439, 154 N.E. 303, Leach v Leach, 65 Wis. 284, 26 NW 754.

4.      The delay in discovery of the Frauds stated herein pursuant to Amendment XX provides no defense to the remedy, laches or otherwise. Michoud v Girod, 4 How 503, @ 561, 11 L Ed 1076, Pomeroy's Equity, Sec. 847, Wiget v Rockwood 69 F @d 326, et seq., and from Texas & Pacific Ry, v Pottorff, 291 US 245, 78 L Ed 777, in Braun, supra, "the doctrine is thus affirmed. It is the settled doctrine of this court that no rights arise on an ultra vires contract, even though the contract has been performed; and this conclusion cannot be circumvented by erecting and estoppel which would prevent challenging the legality of a power exercised." And from US v Grossmayer, 9 Wall 72, 19 L Ed 6 27, "A transaction originally unlawful cannot be made any better by being ratified." And, further, following Braun, supra, "It is held axiomatic that no right, by ratification or other means, can arise out of fraud." 13 C.J. 492, Sec. 440, 6 R.C. L., p 698, the following is quoted in Thompson on Corporations, 3rd Ed Sec. 2828, from Central Transportation Co. v Pullman Palace Car Co., 139 US 24, as established doctrine of the Supreme Court, "No performance of either side can give the unlawful contract any validity, or be the foundation of any right of action upon it." As said long ago by the great Justice Story in Prevost v Gratz, 6 Wheat 481, 497; 5 L Ed 311, 315, **"It is currently true that length of time is no bar to a trust clearly established; and in a case where fraud is imputed and proved, length of time ought not, upon principles of eternal justice, to be admitted to repel relief. On the contrary, it would seem that the length of time during which the fraud has been successfully concealed and practiced, is rather an aggravation of the offense, and calls more loudly upon a court of equity to grant ample and decisive relief."** (Emphasis added.)

5.      It is a maxim of law that peonage and involuntary servitude are forbidden, and **immunity is denied to any party, real or imagined, person or public official who would or conspire to traffic in slaves or participate in aiding or abetting.** Clyatt v US, 197 US 207 (1905), Plessy v Ferguson, 163 US 537, 542, "Whoever [Title 18 U.S.C. Sec.1581] holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined not more than $5,000.00 or imprisoned not more than five years."

6.      **All public officials in receipt of this notice are required by their Oath of Office to answer.** Notification of legal responsibility is "the first essential of due process of law" Connally v. General Construction Co., 269 U.S. 385,391. "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." U.S. V. Tweel, 550 F.2d.297. It is the ministerial fiduciary/trustee duty of each and

11

every government official, officer, agent, contractor and assign of the UNITED STATES, the STATE OF UTAH, the Federal Reserve Banks/System, the International Monetary Fund, the International Finance Corporation, the International Bank for Reconstruction and Development, the Inter-American Development Bank, the World Bank, the Commission of the European Communities, the Organization for Economic Co-operation and Development, the United Nations and any and all other obligors/grantors who view this notice ("Respondents") to timely and fully answer, Federal Crop Insurance v Merrill (1947) 332 US 380., 92 L Ed 10, 68 S Ct 1, 175 ALR 1075.

7.      **The period for Respondents to respond to this notice is thirty (30) days.** Any party or public official wishing to answer, respond, refute, rebut, deny, object or protest any statement, term, declaration, denial or provision in this presentment must do so by Lawful Protest within thirty (30) days of the date of issuance or forever lose all rights, titles, interests, and the opportunity to plead. All such responses must be verified and have exhibitions and factual evidence in support annexed thereto.

8.      **Respondents may agree with all statements, terms, declarations, denials and provisions herein by remaining silent.** Failure to timely respond to all such terms and provisions with which Respondents disagree comprises Respondents' stipulation and confession jointly and severally to acceptance of all statements, terms, declarations, denials and provisions herein as facts, the whole truth, correct and fully binding on all parties.

9.      **This document serves as Notice of Fault** in the event Respondents fail to timely respond.

10.     **Notice of Default shall be issued no sooner than three (3) days after Notice of Fault.** Default is final three (3) days after Notice of Fault is issued. Default comprises Respondents consent jointly and severally to be named as defendant(s) in various actions, administrative and judicial

11.     **Upon Default, all matters are settled** *res judicata* **and** *stare decisis.*

12.     **Default comprises an estoppel of all actions, administrative and judicial,** by Respondents against **Paul-Kenneth: Cromar,** 3J. Pomeroy, Equity Jurisprudence Section 805, p. 192, Restatement 2d of Torts Section 894(1) (1979), and now reasonably relied on, Wilbur National Bank v US 294 US 120, 124-125 (1935), due to misconduct by Government agents Heckler v Community Health Services, 467 US 51, at 59, 60, Federal Crop Ins., *supra.* "It [the doctrine of Estoppel by Silence] arises where a person is under duty to another to speak or failure to speak is inconsistent with honest dealings." In Re McArdles Estate, 140 Misc. 257, et seq., and Silence, to work estoppel, must amount to bad faith. Wise v USDC Ky., 38 F Supp 130, 134, where duty and opportunity to speak, Codd v Westchester Fire Ins. Co. 14 Wash. 2d 600, 128 P 2d 968, 151 ALR 316, creating ignorance of facts, Cushing v US Mas s, 18 F Supp 83, inducing person claiming estoppel to alter his position, Braunch v Freking, 219 Iowa 556, 258 NW 892, knowledge of facts and of rights by person estopped, Harvey v Richard, 200 La. 97, 7 So. 2d 674, willful or culpable silence, Lenconi v Fidelity Trust & Savings Bank of Fresno, 96 Cal. App. 490, 273 P. 103 et seq., "Silence" implies knowledge, and an opportunity to act upon it, Pence v Langdon, 99 US 578 @ 581, et seq.

13.     Under the Clearfield Doctrine, derived from the 1943 Supreme Court Decision in Clearfield Trust, et al. vs. United States, (328 U.S. 363, 318), the court ruled, in essence, that when a government reduces itself to a corporate status, it becomes merely another corporation, having no more nor less standing than all other corporations.

15.    The UNITED STATES Supreme court in 2000 ruled, **Bond vs. UNITED STATES 529 US 334-2000,** held that the people are in fact Sovereign and not the STATES or government. The court went on to define that local, **STATE and FEDERAL law enforcement officers are committing unlawful actions against the Sovereign people by the enforcement of laws and are personally liable for their actions.**

# DISCLAIMER

THE QUOTATION OF THE PRIVATELY COPYRIGHTED STATUTORY LEGISLATIVELY CREATED CASE LAW AND STATE AND FEDERAL STATUTES PURSUANT TO PL 88-244, DECEMBER 30, 1963, IS DONE WITHOUT INTENT TO CREATE A "USE", VIOLATE ANY PRIVATE COPYRIGHT, OR GIVE LEGAL ADVISE TO ANYONE, AND STANDS SO UNLESS LAWFULLY PROTESTED BY ANY CONCERNED PARTY(IES)

**Notice to the principal is notice to all agents. Notice to an agent is notice to all principals.  By this Public Notice, Declarations, Mandates and Lawful Protests the world is now informed.**

BE IT SO EXECUTED, and by this execution, be made to appear, in-deed, enacted, decreed, This the _12th_ day of the _6th_ month, anno Domini, two thousand and _20_, Amen

(SEAL)

L.S. **by**

Signed only in correct public capacity as
Beneficiary of the Original Jurisdiction

**Paul-Kenneth: Cromar.**
c/o  9870 north meadow drive.
Cedar Hills
Utah  [ 84062 ]

CC:  MR. WILLIAM P. BARR acting as Attorney General
MR. GARY HERBERT acting as Utah Governor
United States Marshals office – Salt Lake City
Ryan Bundy
Ammon Bundy
Shawna Cox
US District Court President Trump appointed Judges:
        Judge Howard C. Nielson Jr. - (2019 to present)
        Judge David B. Barlow - (2020 to present)
        (as potential witnesses / investigators to their court's un-Constitutional mischief)
Utah Senator Mike Lee

D. MARK JONES
CLERK OF THE COURT
c/o U.S. DISTRICT COURT
351 South West Temple
Salt Lake City, UT 84101
USPS - 7019 2280 0000 3188 5657
Delivered & Received - June 15, 2020

7019 2280 0000 3188 5657

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SALT LAKE CITY, UT 84101
OFFICIAL USE

Certified Mail Fee $3.55
$ $2.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $7.75
$
Total Postage and Fees $14.15
$

0180
30
Postmark Here
06/13/2020

Sent To D. Mark Jones / Clerk of Court
Street and Apt. No., or PO Box No. 351 S. West Temple
City, State, ZIP+4® Salt Lake City, Utah 84101

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Tue Jun 16 8:28:53 AM Ken Cromar

USPS.com® - USPS Tracking® ×

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=7019 2280 90%

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY BE EXTENDED. PRIORITY MAIL EXPRESS® SERVICE WILL NOT CHANGE. READ MORE›

## USPS Tracking®

Tracking FAQs ›

Track Another Package +

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

**Tracking Number:** 70192280000031885657

Remove ×

Your item was delivered to an individual at the address at 12:48 pm on June 15, 2020 in SALT LAKE CITY, UT 84101.

Status

**Delivered**

June 15, 2020 at 12:48 pm
Delivered, Left with Individual
SALT LAKE CITY, UT 84101

Get Updates

Delivered

Feedback

**Text & Email Updates**

**Tracking History**

June 15, 2020, 12:48 pm
Delivered, Left with Individual
SALT LAKE CITY, UT 84101
Your item was delivered to an individual at the address at 12:48 pm on June 15, 2020 in SALT LAKE CITY, UT 84101.

June 15, 2020, 7:10 am
Out for Delivery
SALT LAKE CITY, UT 84101





# *The Story of a Mother*
### *In two parts*

EXHIBIT - K

### by  David Lester Straight

**PART #1**

Let me tell you little story... a story about life...
a story about a new mother, happy, excited for life with her young family. A mother who grew up properly and like the majority, educated in a public governmentally controlled school system. She was brought up to be a good US Citizen. Proud of her Country and it's government.

Then Walking in the doors of a hospital one day at the end of her beautiful 9 month full term of pregnancy, about to have a major medical procedure commonly known as childbirth delivers her precious and healthy baby. A gift from GOD!

While under the influence of painkillers and wanting nothing more than to be at home in her comfortable bed, she is asked to pick a name for her flesh and blood living soul and she was handed a stack of papers to sign to registrar her baby with the DEPARTMENT of "HUMAN RESOURCES".

Unknowingly under duress and without full and honest disclosure, she, Signing as an informant (definition of informant is one who gives up someone to another) she gives "title" to her bouncing baby up to the STATE.

She takes her bundle of joy home not knowing the long term consequences of her actions. Her baby registered as a "vessel" an "entity" "a transmitting utility" for life is registered, bonded and insured, and placed into a Cestui Que Vie public trust and forever bought and sold as US treasury bonds under LEI's through its CUSIP#'s becomes the "full faith and credit" of the UNITED STATES Inc...

Upon the date of registration (3 days to a month after date born "live" baby becomes a "vessel" presumed forever dead and lost at sea, until it hopefully one day returns to the land and claims its minor (e)state.  The Cestui Que Vie Trust.

The mother not knowing what took place, not having had "full and honest disclosure" not having been taught during K-12 either, (a government funded and controlled curriculum) goes home and does as she was taught and raises the child the best she can.

1

The government through fraudulent TACIT Agreement of ones own consent and ones own lack of knowledge presumes and assumes to have title to all your property and your children, and jurisdiction over all aspects of you and your family's life.

The governments, justice department and its BAR Association members, judges, attorneys, and its agents and agencies ONLY have authority through this assumption of TACIT Agreement and presumption of Jurisdiction of the Person = legal entity, the STATUS of US Citizen = employee, and the resident = someone there to do business, a resident of District of Columbia through the postal zip code..... regardless upon what state your live in.

They operate under "Color of Law" they deprive you of all your rights through your consent to the privileges of citizenship and removal of your natural rights.

But it, The government, nor its agents have any such authority over a man or woman or their private property. Only it's artificially created beings.

Only, through your own consent do they rule over you... usually while your kicking and screaming and crying and/or not knowing how they do it to you. This is, How they pull off the Con.

To win....

It's all about status, = who you are! Your beliefs! You must prove.

It's all about standing, = having the knowledge, the competence, the strength, to stand upon your rights!  To know where your rights are listed and how to bring them up in court.

How to correct the errors of Path = presumption, assumption, tacit agreements and Hearsay.

How to hold them accountable!

A dead entity, a corporation, can not stand! Cannot have standing, only a man or woman, a living soul, of flesh and blood can stand, can have standing.

It's all about.... your ability and your right to object, to descent, to rebuke, to repudiate, to refute, to rescind, to say NO to the hearsay, to say NO to any and all presumptions and assumptions, to say NO to all contracts, and signatures for reason of fraud.   How to put the burden of proof back on them.

Did you know an attorney can only represent a entity, a corporation, a person, a minor, someone in-firmed, incompetent, a ward of the state... That you cannot speak for yourself if you have an attorney. That you wave your rights by merely having one.

2

...And they cannot represent a man or a woman who's competent.

So, where are the claims against you! Where are they, the first hand witnesses, the notarized affidavits, the sworn testimony, that was sworn under oath and under the pains and penalty of perjury!

Did you know...

The Supreme Court of the United States says that rules, codes, statutes, and ordinances are NOT law. That they are corporate by-laws.

The Supreme Court of the United States says that all corporate by-laws are colorable.
Colorable = without fact, voluntary, must by obeyed by consent.

See U.S.C. title 18 section 242 "Deprivation of rights under color of law"

The Supreme Court of the United States says since governments have chosen to in-Corporate, that they must follow all the same rules as any other corporation. That since they chose to incorporate that they are not de jure = without truth of the people...
but that they are de facto = or without fact!

Did you know all courts are banks! All judges bankers! All are "for profit' corporations. All indictments are "a true bill". If you can't pay the bill, your brought up on "charges". If you can't pay the charges, They use you the man or woman, using you as the "surety" for the bond.

They are after your Cestui Que Vie trust.

This is why they take your kids, or why they charge you with a crime. For your CQV trust.

So here shall I stand. Will you STAND with me!

————————

**PART #2**

# *The Story of <u>YOUR</u> Mother ...?*

3

A mother, nine months pregnant and about to deliver her precious child, unknowingly walks into a "*foundling* hospital".

(Since 1908 all hospitals are deemed foundling hospitals in the United States. The Legal definition of the word "foundling" is a safe place to *abandon* a child.)

*The mother goes through a major medical procedure, commonly known as childbirth! She is in extreme pain, "under duress", Often under the influence of painkillers, just happily looking forward to getting home with her bouncing baby.*

*When she is brought and handed a stack of papers to "sign" and merely told "that these are just to give your baby a name and register it with the State".*

So, Without any *"full and honest disclosure"*, of the *"terms and conditions"* of the *"securities contract"*.
Without a *"Meeting of the minds"*. She "signs" as an *"informant"*.
*(*The Legal definition of the word *"informant"* is *"someone who gives someone else up to another".*

Thereby, under the false and fraudulent doctrines of
"Parens Patriae" (State is Parent) and "In Loco Parentis" (Crazy Parenting),
She unknowingly gives "equitable title" to the State(s)
Department of Human Resources.

Forever to be known as "*Human Capital*", or "*Chattel Property*".  (ie. a Slave)

The "**NAMED VESSEL**" (*PERSONA*) is "**Reg**-i-'**star**'-ed" (given a *FLAG*) a **CUSIP** number (an SEC Regulated investment control number) is created.

A *Cestui Que Vie Trust* is set up under the PUBLIC CHARITABLE TRUST through a "BANK" where it "issues reserved" (Certificate) and is "Bonded and Insured" (Birth Certificate).

What is an "issues reserved"?  It is a Federal Reserve Note ($ Loan).  A Debit
What is a "Insured Bond"?   It is a United States Treasury Bond (B).   A Credit

A "Balance Sheet" is created!

.

4

### *Debits and Credits*
### On the Debit Side

1933-1975.     $630,000 FRN Loan from IMF to the PCT     $1,000,000. Policy
1975-Present  $1,000,000 FRN Loan from IMF to the PCT     $2,000,000. Policy
On behalf of the individual Cestui Que Vie

### On the Credit Side

1933-1975.     $630,000. US Treasury Bonds were issued under CUSIP#
1975-Present  $1,000,000. US Treasury Bonds were issued under CUSIP#
On behalf of the individual Cestui Que Vie.

*Other CUSIP'S added later.*
*SS#, DL#, Military ID#, Advanced College Degree#,*
*Court Case #'s*

# In other words...

The "**NAMED VESSAL**" comes out of the sea "***water***" is tugged through the birth "***canal***", where it is "***docked***" by the Doctor, ie. "***Dock-tender***".
Where it is "***inspected***" a "***bill of lading***" is "***presented***". And a "***Manifest***" is "***issued***".

The "**NAMED Vessel**" is then sent with the "tug", "out to sea" presumed lost and assumed dead, until it returns to pay its "tax" and claim its "goods"

## *...the "Person" is traffic-ked in commerce*

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

# While the baby...
# "a living soul"
# is sent home to live with its mother!

# Until... (it claims it's minor estate).

5

# The United States Isn't a Country — It's a Corporation!

EXHIBIT - L

## by Lisa Guliani

This article by Lisa Guliani was published on this *Serendipity* website sometime prior to February 2004. This is proven by the page as archived on the Wayback Machine. This article has also been published on many other websites.

https://www.serendipity.li/jsmill/us_corporation.htm

*"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."*

— Preamble of the original "organic" Constitution

*"We hold these truths to be self-evident. That all men are created equal; that they are endowed by their Creator with certain unalienable rights; that among these are life, liberty, and the pursuit of happiness; that to secure these rights, governments are instituted among men, deriving their just powers from the consent of the governed; that whenever any form of government becomes destructive of these ends, it is the right of the people to alter or abolish it, and to institute new government, laying its foundation on such principles, and organizing its powers in such form, as to them shall seem most likely to effect their safety and happiness."*

— Excerpted from the Declaration of Independence of the original thirteen united states of America, July 4, 1776

Fourth of July 2002 has come and gone, and Americans honored the holiday with a renewed patriotic fervor that reminded me of the Bicentennial celebrations of 1976. As is customary, traditional fireworks displays took center stage and scores of people turned out to witness the dazzling show in the summer sky. With mixed feelings, I sat with friends on a crowded Pennsylvania sidewalk beneath a glittering, mesmerizing explosion of color, pondering the keen sense of sadness and betrayal that overwhelmed my spirit. Looking around at the huge crowds gathered for the annual events, I thought silently, "We are not free." In truth, we have not been a free people for a very long time.

We celebrate this day in honor of our "independence". We call ourselves a free people in

1

a land of liberty. Our anthems proudly sing the praises of this nation, and we raise our voices, wave our flags and join in song — but how many Americans realize they are not free? This is a myth perpetuated by the powers-that-be in order to avoid any major civil unrest, and to keep us all living under the thumb of a militaristic corporate Big Brother within the illusions that have been created for us. The truth of the matter is this: what freedom has not been stolen from us, we have surrendered willingly through our silence and ignorance. As Americans, most of us have no idea how our freedoms are maintained — or lost. Apparently, our ancestors didn't have a good grasp of this either. It is sad, but it is also very true.

Don't point to that beloved parchment, the Constitution, as a symbol of your enduring freedom. It is representative of a form of government which seemingly no longer exists in this country today. The Constitution has been thrown out the window, the Republic shoved aside and replaced with a democracy. The thing is; most people in this country remain unaware that this is so because they simply do not know the truth — what lies beyond the myths. Your so-called government is not going to tell you, either.

To even begin to understand what has happened to the Republic, we must look backward in time to the period following the Civil War. We must go back to the year 1871, which was the beginning of the decline of the Republic. When we examine what happened during that time in our history, we begin to piece together this troubling, perplexing puzzle that is "America" — only then should we answer as to whether we are indeed a "free" people or not.

So, let's roll backward into the past for a moment. It is time we learned what they didn't teach us in school. It is far more interesting than what they DID tell us. I think you'll stay awake for this lesson.

———————————

The date is February 21, 1871 and the Forty-First Congress is in session. I refer you to the "Acts of the Forty-First Congress," Section 34, Session III, chapters 61 and 62. On this date in the history of our nation, Congress passed an Act titled: "An Act To Provide A Government for the District of Columbia." This is also known as the "Act of 1871." What does this mean? Well, it means that Congress, under no constitutional authority to do so, created a separate form of government for the District of Columbia, which is a ten mile square parcel of land.

What??? How could they do that? Moreover, WHY would they do that? To explain, let's look at the circumstances of those days. The Act of 1871 was passed at a vulnerable time in America. Our nation was essentially bankrupt — weakened and financially depleted in the aftermath of the Civil War. The Civil War itself was nothing more than a calculated "front" for some pretty fancy footwork by corporate backroom players. It was a strategic maneuver by European interests (the international bankers) who were intent upon gaining a stranglehold on the neck (and the coffers) of America.

2

The Congress realized our country was in dire financial straits, so they cut a deal with the international bankers — (in those days, the Rothschilds of London were dipping their fingers into everyone's pie) thereby incurring a DEBT to said bankers. If we think about banks, we know they do not just lend us money out of the goodness of their hearts. A bank will not do anything for you unless it is entirely in their best interest to do so. There has to be some sort of collateral or some string attached which puts you and me (the borrower) into a subservient position. This was true back in 1871 as well. The conniving international bankers were not about to lend our floundering nation any money without some serious stipulations. So, they devised a brilliant way of getting their foot in the door of the United States (a prize they had coveted for some time, but had been unable to grasp thanks to our Founding Fathers, who despised them and held them in check), and thus, the Act of 1871 was passed.

In essence, this Act formed the corporation known as THE UNITED STATES. Note the capitalization, because it is important. This corporation, owned by foreign interests, moved right in and shoved the original "organic" version of the Constitution into a dusty corner. With the "Act of 1871," our Constitution was defaced in the sense that the title was block-capitalized and the word "for" was changed to the word "of" in the title. The original Constitution drafted by the Founding Fathers, was written in this manner: "The Constitution for the united states of America".

The altered version reads: "THE CONSTITUTION OF THE UNITED STATES OF AMERICA". It is the corporate constitution. It is NOT the same document you might think it is. The corporate constitution operates in an economic capacity and has been used to fool the People into thinking it is the same parchment that governs the Republic. It absolutely is not.

Capitalization — an insignificant change? Not when one is referring to the context of a legal document, it isn't. Such minor alterations have had major impacts on each subsequent generation born in this country. What the Congress did with the passage of the Act of 1871 was create an entirely new document, a constitution for the government of the District of Columbia. The kind of government THEY created was a corporation. The new, altered Constitution serves as the constitution of the corporation, and not that of America. Think about that for a moment.

Incidentally, this corporate constitution does not benefit the Republic. It serves only to benefit the corporation. It does nothing good for you or me — and it operates outside of the original Constitution. Instead of absolute rights guaranteed under the "organic" Constitution, we now have "relative" rights or privileges. One example of this is the Sovereign's right to travel, which has been transformed under corporate government policy into a "privilege" which we must be licensed to engage in. This operates outside of the original Constitution.

So, Congress committed TREASON against the People, who were considered Sovereign

3

under the Declaration of Independence and the organic Constitution. When we consider the word "Sovereign," we must think about what the word means.

According to Webster's Dictionary, "sovereign" is defined as: 1. chief or highest; supreme. 2. Supreme in power, superior in position to all others. 3. Independent of, and unlimited by, any other; possessing or entitled to, original and independent authority or jurisdiction.

In other words, our government was created by and for "sovereigns" — the free citizens who were deemed the highest authority. Only the People can be sovereign — remember that. Government cannot be sovereign. We can also look to the Declaration of Independence, where we read: "government is subject to the consent of the governed" — that's supposed to be us, the sovereigns. Do you feel like a sovereign nowadays? I don't.

It doesn't take a rocket scientist or a constitutional historian to figure out that this is not what is happening in our country today. Government in these times is NOT subject to the consent of the governed. Rather, the governed are subject to the whim and greed of the corporation, which has stretched its tentacles beyond the ten-mile-square parcel of land known as the District of Columbia — encroaching into every state of the Republic. Mind you, the corporation has NO jurisdiction outside of the District of Columbia. THEY just want you to think it does.

You see, you are presumed to know the law. This is ironic because as a people, we are taught basically nothing about the law in school. We are made to memorize obscure factoids and paragraphs here and there, such as the Preamble, and they gloss over the Bill of Rights. But we are not told about the law. Nor do our corporate government schools delve into the Constitution in any great depth. After all, they were put into place to indoctrinate and dumb down the masses — not to teach us anything. We were not told that we were sold-out to foreign interests and made beneficiaries of the debt incurred by Congress to the international bankers. For generations, American citizens have had the bulk of their earnings confiscated to pay on a massive debt that they, as a People, did not incur. There are many, many things the People have not been told. How do you feel about being made a beneficiary of somebody else's massive debt without your knowledge or consent? Are we gonna keep going along with this??

When you hear some individuals say that the Constitution is null and void, think about how our government has transformed over time from a municipal or service-oriented entity to a corporate or profit-oriented entity. We are living under the myth that this is lawful, but it is not. We are being ruled by a "de facto," or unlawful, form of government — the corporate body of the death-mongers — The Controllers.

With the passage of the Act of 1871, a series of subtle and overt deceptions were set in motion — all in conjunction and collusion with the Congress, who knowingly and deliberately sold the People down the river. Did they tell you this in government school?

4

I doubt it. They were too busy drumming the fictional version of history into your brain — and mine. By failing to disclose what THEY did to the American People, the people became ignorant of what was happening. Over time, the Republic took it on the chin to the point of a knockdown. With the surrender of their gold in 1933, the People essentially surrendered their law. I don't suppose you were taught THAT in school either. That's because our REAL history is hidden from us. This is the way Roman Civil Law works — and our form of governance today is based upon Roman Civil Law and Admiralty/Maritime Law — better known as the "Divine Right of Kings" and "Law of the Seas", respectively. This explains a lot. Roman Civil Law was fully established in the original colonies even before our nation began and is also known as private international law.

The government which was created for the District of Columbia via the Act of 1871 operates under Private International Law, and not Common Law, which was the law of the Constitutional Republic. This is very important to note since it impacts all Americans in concrete ways. You must recognize that private international law is only applicable within the District of Columbia and NOT in the other states of the Union. The various arms of the corporation are known as "departments" such as the Judiciary, Justice and Treasury. You recognize those names? Yes, you do! But they are not what you assume them to be. These "departments" all belong to the corporation known as THE UNITED STATES. They do NOT belong to you and me under the corporate constitution and its various amendments that operate outside of the Constitutional Republic.
I refer you to the UNITED STATES CODE (note the capitalization, indicating the corporation, not the Republic) Title 28 3002 (15) (A) (B) (C). It is stated unequivocally that the UNITED STATES is a corporation [see note]. Realize, too, that the corporation is not a separate and distinct entity from the government. It IS the government. YOUR government. This is extremely important. I refer to this as the "corporate empire of the UNITED STATES," which operates under Roman Civil Law outside of the Constitution. How do you like being ruled by a cheesy, sleazy corporation? You'll ask your Congressperson about this, you say? HA!!

Congress is fully aware of this deception. You must be made aware that the members of Congress do NOT work for you and me. Rather, they work for the Corporation known as THE UNITED STATES. Is this really any surprise to you? This is why we can't get them to do anything on our behalf or to answer to us — as in the case with the illegal income tax — among many other things. Contrary to popular belief, they are NOT our civil servants. They do NOT work for us. They are the servants of the corporate government and carry out its bidding. Period.

The great number of committees and sub-committees that the Congress has created all work together like a multi-headed monster to oversee the various corporate "departments." And, you should know that every single one of these that operates outside the District of Columbia is in violation of the law. The corporate government of the UNITED STATES has no jurisdiction or authority in ANY state of the Republic beyond the

5

District of Columbia. Let this sink into your brain for a minute. Ask yourself, "Could this deception REALLY have occurred without the full knowledge and complicity of the Congress?" Do you think it happened by accident? You are deceiving yourself if you do. There are no accidents or coincidences. It is time to confront the truth and awaken from ignorance.

Your legislators will not apprise you of this information. You are presumed to know the law. THEY know you don't know the law, or your history for that matter, because this information has not been taught to you. No concerted effort has been made to inform you. As a Sovereign, you are entitled to full disclosure of the facts. As a slave, you are entitled to nothing other than what the corporation decides to "give" you — at a price. Be wary of accepting so-called "benefits" of the corporation of the UNITED STATES. Aren't you enslaved enough already?

I said (above) that you are presumed to know the law. Still, it matters not if you don't in the eyes of the corporation. Ignorance of the law is not considered an excuse. It is your responsibility and your obligation as an American to learn about the law and how it applies to you. THEY count on the fact that most people are too uninterested or distracted or lazy to do so. The People have been mentally conditioned to allow the alleged government to do their thinking for them. We need to turn that around if we are to save our Republic before it is too late.

The UNITED STATES government is basically a corporate instrument of the international bankers. This means YOU are owned by the corporation from birth to death. The corporate UNITED STATES also holds ownership of all your assets, your property, and even your children. Does this sound untrue? Think long and hard about all those bills you pay, all those various taxes and fines and licenses you must pay for. Yes, they've got you by the pockets. Actually, they've had you by the ass for as long as you've been alive. In your heart, you know it's true. Don't believe any of this? Read up on the 14th Amendment. Check out how "free" you really are.

With the Act of 1871 and subsequent legislation such as the purportedly ratified 14th Amendment, our once-great nation of Sovereigns has been subverted from a Republic to a democracy. As is the case under Roman Civil Law, our ignorance of the facts has led to our silence. Our silence has been construed as our consent to become beneficiaries of a debt we did not incur. The Sovereign People have been deceived for hundreds of years into thinking they remain free and independent, when in actuality we continue to be slaves and servants of the corporation.

Treason was committed against the People in 1871 by the Congress. This could have been corrected through the decades by some honest men (assuming there were some), but it was not, mainly due to lust for money and power. Nothing new there. Are we to forgive and justify this crime against the People? You have lost more freedom than you may realize due to corporate infiltration of the so-called government. We will lose more

6

unless we turn away from a democracy that is the direct road to disaster — and restore our Constitutional Republic.

In an upcoming article, we'll take a closer look at the purportedly ratified 14th Amendment and how we became "property" of the corporation and enslaved by our silence.

I am saddened to think about the brave men and women who were killed in all the wars and conflicts instigated by the Controllers. These courageous souls fought for the preservation of ideals they believed to be true — not for the likes of a corporation. Do you believe that any one of the individuals who have been killed as a result of war would have willingly fought if they knew the full truth? Do you think one person would have laid down his life for a corporation? I think not. If the People had known long ago to what extent their trust had been betrayed, I wonder how long it would have taken for another Revolution. What we need is a Revolution in THOUGHT. We change our thinking and we change our world.

Will we ever restore the Republic? That is a question I cannot answer yet. I hope, and most of all — pray — that WE, the Sovereign People, will work together in a spirit of cooperation to make it happen in this lifetime. I know I will give it my best shot — come what may. Our children deserve their rightful legacy — the liberty our ancestors fought so hard to give to us. Will we remain silent telling ourselves we are free, and perpetuate the MYTH? Or, do we stand as One Sovereign People, and take back what has been stolen from the house of our Republic?

Something to think about — it's called freedom.

———————————

*If we are stupid enough to surrender our freedom to a bunch of lousy international bankers, then we deserve to live in bondage.*
*— Lisa Guliani*

**Editor's note: Actually in the U.S. Code the term "United States" is said to have any of three meanings:**
**US CODE: Title 28,3002. Definitions (Page gone, but archived here.)**

> (15) "United States" means —
>   (A) a Federal corporation;
>   (B) an agency, department, commission, board, or other entity of the United States; or
>   (C) an instrumentality of the United States.

**Note that (B) and (C) refer to (A), so basically, in the American legal code the "United States" is a federal corporation, not a country.**

7

## *Further reading:*

**Added 2015-02-21:** *The following is an anomymous comment (posted 15 February, 2015) on the blog of* The Saker*:*

Americans are lied to in a great many ways but perhaps the most perfidious is the actual truth that the subsequent Constitution for the United States does not apply to 14th Amendment United States citizens. Americans universally do not even understand that the legal term 'citizen' means *subject*; i.e., serf. They do not realize that they have, typically by their formal and/or tacit acceptance, contracted away all unalienable rights to the UNITED STATES Federal corporation which owns them and now have only 'privileges' as commercial entities. They do not realize that they do not even 'own' their own names. Their names, via the birth certificate registered, are owned by the corporation. No longer men and women. Just 'human beings'(corporate resources) which in Black's Law means "monsters". The Corporate United States is intertwined with all similar so-called governments across the planet, which today are not sovereign nations but simply private mega corporations masquerading as the sovereign nations they replaced. The 'one world government' of the Banking elites seems nearly at hand — though there do appear to be some nations unwilling to go along with that scheme ... it 'appears' Russia is such a one. Until proven to me otherwise, my prayers will lie with it inasmuch as I cannot abide a (hideous) private corporation such as the US, Great Britain, Canada, France, et al. now are (and legally defined as such and as commercial entities), that depend upon rape and theft of the remainder of the world for its/their financial sustenance. Oh, for those that did not know this, the United States is legally in receivership to the IMF having gone through at least three unsuccessful bankruptcies. Administered by the UN. All of this may seem strange to many, but all you have to do is go back to maritime/admiralty law, money 'magic' and Babylon. The evil has been around for a very long time and is currently personified by Israel (though the real power is in the City of London).

**Added 2017-05-08:** *The following is a comment by Chupacabra-322 (posted May 7, 2017) to an* article *on Zero Hedge:*

The "government" has not been legitimate since Lincoln's War. When the southern States' contingent walked out of congress and congress adjourned "sine die" (without a day), congress officially dissolved. They never had a lawful quorum so never lawfully reconvened.

It was Lincoln ruling by decree back then which is the basis for all actions since. He ordered congress to do certain things under martial law (military rule). He even had the governor of New York arrested for opposing certain decrees.

We have had a corporation ACTING as government since 21 Feb 1871.
See:
    28 U.S.C. 3002 (15)

8

(15)"United States" means—
(A) a Federal corporation;
(B) an agency, department, commission, board, or other entity of the United States; or
(C) an instrumentality of the United States.

So... B and C are subdivisions of the "Federal corporation." For further verification go to Dunn & Bradstreet (dnb.com) or manta.com. You will find that ALL government entities are listed as private corporations right down to your local police department and school district.

The "law" isn't what you think it is. It's all corporate regulations. Congress and legislatures are acting as the board of directors for the corporations and most don't have any idea. You are simply seen as a corporate asset (human resource) with an asset tag # (SS#) that is not allowed to tell your owner what to do.

The questions you should be asking are, "Who owns it?" "Who are they really working for whether they know it or not?" "What are the requirements to be a CEO of a corporation?"
Hint: You don't have to be a Citizen of any specific country to head up a corporation.
[You could even be a citizen, or dual citizen, of some country in the Middle East.]

These Criminal Psychopaths / Sociopaths are just minions gaming a Criminal FRAUD system all based on Contract Fraud through our CONSENT (Blacks Law Dictionary) & deception.

From Lincoln, to the Act of 1871, Fed Reserve Act of 1913, to The Emergency Banking Act of 1933. No doubt, these Megalomaniacs have taken historical FACT, twisted it, kept it from public knowledge to use as leverage in their diabolical plan to Enslave/Control mankind. And the entire planet.

The purported 14th Amendment to the United States Constitution [which created the legal fiction of a "citizen of the United States"] is and should be held to be ineffective, invalid, null, void and unconstitutional for the following reasons:

The Joint Resolution proposing said amendment was not submitted to or adopted by a Constitutional Congress per Article I, Section 3, and Article V of the U. S. Constitution.

The Joint Resolution was not submitted to the President for his approval as required by Article I, Section 7 of the U. S. Constitution.

The proposed 14th Amendment was rejected by more than one-fourth of all the States then in the Union, and it was never ratified by three-fourths of all the States in the Union as required by Article V of the U. S. Constitution.

They also ratified the 14th amendment after the southern states were not allowed

9

to rejoin congress. Thus the 14th was never ratified by 3/4's of the states.

*Added 2018-08-11: The same writer added this comment (posted August 10, 2018) to this article on Zero Hedge:*

Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913) "Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve — in which the Trustees (stockholders) held legal title.

The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects" — the 14th Amendment U.S. citizen — to the Federal Reserve System.

In the 1930s, during the turmoil of the "Great Depression", the concept of birth certificates, licenses for occupation and marriage, property registration, income taxation, and a whole host of regulations governing nearly every little aspect of our lives began to encroach on a distinctly unique American society. The pre-1930s American society was still more than vaguely a republic in its character. However, things changed after the depression of the 1930s, which lead to the bankruptcy of the government created of/by/for the people and endlessly perverted throughout the preceding century, and resulted in our being converted to collateral for the bankrupt United States corporate entity.

*If you are a U.S. citizen then you own nothing. All your 'property' — including your past, present and future earnings — is actually owned by the UNITED STATES Federal Corporation. So bow down, Citizen, lest they take it all — and put you in jail.*

## *Watch: "You Are Slave Property Of A Corporation Called The United States Of America"*

https://www.serendipity.li/jsmill/us_corporation.htm

10

EXHIBIT - M

Paul K. Cromar
9870 N. Meadow Drive
Cedar Hills, UT  84062

ENT 105533:2006 PG 1 of 2
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
2006 Aug 15 4:58 pm FEE 12.00 BY KH
RECORDED FOR CROMAR, PAUL K

## AFFIDAVIT OF JURISDICTION STATEMENT BY PAUL K. CROMAR

1.   WHEREFORE, I Paul K. Cromar am a citizen of the state of Utah, domiciled in Utah County, governed and protected by the laws of the state of Utah, properly made pursuant to the Utah Constitution properly created and passed by the Utah Legislature and the Governor of the state of Utah, and my own good moral character.

2.   Paul K. Cromar does not now and never has been a resident of the United States as defined in,

> IRC 26 section 3121(e)(2) United States.
> The term "United States" when used in a geographical sense includes the Commonwealth of Puerto Rico, the Virgin Islands, Guam and American Samoa." And, IRC 7701(a)(9).
> [also known as the Federal Zone]

3.   Paul K. Cromar is not now, nor has ever been, a resident in a state over which the US government has jurisdiction, as defined in IRC 26 section 3121(e)(1)

> The term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa.  And, IRC 7701(10)
> [also known as the Federal Zone]

4.   Paul K. Cromar is not now, and never has been, a resident of a federal enclave as defined US Constitution Article 1, section 8, paragraph 17:

> "...To exercise like Authority over all Places purchased by Consent of the Legislature of the State in which the Same shall be,...."
> [also known as the Federal Zone]

5.   Paul K. Cromar does not now, nor has ever pursued, an occupation or trade in any of the aforementioned jurisdictions mentioned above in 2, 3, and 4.

6.   Paul K. Cromar does not now, nor has ever pursued, a trade or business as mentioned in IRC 26 section 1402(a).

> The term "net earnings from self employment" means the gross income derived by an individual from any trade or business...

The term "net earnings from self employment" means the gross income derived by an individual from any trade or business (emphasis mine), and, defined in IRC 7701 (26).

1

The term "trade or business" includes the performance of the function of a public office.

7.  Paul K. Cromar does not now, and never has received wages as an employee as defined in IRC 3401(C).

For purpose of this chapter, the term "employee" includes an officer, employee, or elected official of the United States, a State or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one of the foregoing, the term "employee" also includes an officer of a corporation.

8.  Paul K. Cromar is not now, nor has he ever been an officer of a United States Corporation" as defined in Section 207 of the Public Salary tax act as, "a corporate agency or instrumentality is one (a) a majority of the stock of which is owned by or on behalf of the United States."

9.  Paul K. Cromar is not now, or has he ever been the proper object or subject of a federal Levy as described in IRC 6331 A.

Levy may be made upon the accrued salary or wages of any officer, employee, or elected official of the United States or the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia...

10. Paul K. Cromar has never knowingly or willingly volunteered into the jurisdiction of the United States as defined in section 2 of this statement, and is not willingly or knowingly prepared to do so at this time.

Paul K. Cromar, declares this statement to be true and correct to the best of his knowledge and belief.

Respectfully submitted this 11th day of August, 2006.

_____
Paul K. Cromar

NOTARY: _____

I  Nathan Keith witnessed Paul K. Cromar
sign this document in my presence on this date of
15 Aug 2006 and confirmed positive identification.

NATHAN KEITH
Notary Public
State of Utah
My Comm. Expires Mar 1, 2010
1900 N Canyon Rd Provo UT 84604

2

| Registered No. RE 117630 502 US | | Date Stamp |
|---|---|---|
| **Postage $** | **Extra Services & Fees** (continued) | |
| **Extra Services & Fees** <br> ☐ Registered Mail $_____ <br> ☐ Return Receipt (hardcopy) $_____ <br> ☐ Return Receipt (electronic) $_____ <br> ☐ Restricted Delivery $_____ | ☒ Signature Confirmation $_____ <br> ☐ Signature Confirmation Restricted Delivery $_____ <br> **Total Postage & Fees** $ | |
| **Customer Must Declare Full Value** $ 50,000 | **Received by** | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

**To Be Completed By Post Office**

OFFICIAL USE

**FROM** Paul-Kenneth: Cromar
c/o 9870 N. Meadow Rd
Cedar Hills, Utah
[84062]

**TO** D. Mark Jones
Court Clerk US District Court
351 S. Temple
Salt Lake City Utah 84101

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

PS Form **3806, Registered Mail Receipt**          Copy 2 - Post Office
April 2015, PSN 7530-02-000-9051

PRESS FIRMLY TO SEAL

# UNITED STATES
# POSTAL SERVICE ®

# PRIORITY
# MAIL


PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL** ®

PRIORITY MAIL
POSTAGE REQUIRED

U.S. POSTAGE PAID
PM 1-DAY
AMERICAN FORK, UT
84003
FEB 08, 21
AMOUNT
**$16.00**
R2304M113813-11

7020 0090 0000 3817 1914

© Expected delivery date specified for domestic use.
■ Most domestic shipments include up to $50 of insurance (restrictions apply).*
■ USPS Tracking® included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

# PRIORITY MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

**FOR DOMESTIC AND INTERNATIONAL USE**

United States
Postal Service®

# PRIORITY
# ★ MAIL ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Paul-Kenneth: Cromar.
c/o 9870 N. Meadow Drive
Cedar Hills, Utah [84062]

TO: D. Mark Jones
Court Clerk - U.S. District Court
351 S. West Temple
Salt Lake City, Utah
84101

FOR DOMESTIC AND INTERNATIONAL USE
Label 228, March 2016

TRACKED ■ INSURED

EP14 May 2020
OD: 11 5/8 x 15 1/8

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES

Google    70200090000038171914                              ✕   🔍

🔍 All    📍 Maps    ▶ Videos    🖼 Images    🛍 Shopping    ⋮ More          Settings    Tools

About 0 results (0.27 seconds)

Track your package                                           ⋮

Tracking number 70200090000038171914

**Delivered** ⊘
February 08, 01:03PM
Salt Lake City, UT

🌐    View details on USPS

📞    Call 1-800-275-8777

🚚    Track another package

**Oklahoma County, Oklahoma** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms