**United States District Court**
**District of Utah**

Office of the Clerk
United States Courthouse

351 South West Temple
Salt Lake City, Utah
84101

Official Business



Hasler
12/30/2021
US POSTAGE $00.53⁰

FIRST-CLASS MAIL

ZIP 84101
011D11628168

NIXIE       841    FE 1           0001/08/22
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
        BC: 84101190899    *9336-06493-31-44